UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**KELLI SMITH,**

      **Plaintiff,**

v.                                      Case No.:  2:23-CV-840-JES-KCD

**THE FLORIDA GULF COAST
UNIVERSITY BOARD OF TRUSTEES,**

      **Defendant.**
_____/

### **DEFENDANT'S NOTICE OF A RELATED ACTION**[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

<u>Kelli Smith v. Florida Gulf Coast University Board of Trustees</u>,
Case No. 22-CA-004114, Twentieth Judicial Circuit, Lee County, Florida

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated this 14th day of November, 2023.

                                      Respectfully submitted,

                                      *s/Sacha Dyson*
                                      SACHA DYSON
                                      Florida Bar No. 509191
                                      sdyson@bgrplaw.com
                                      FRANK E. BROWN
                                      Florida Bar No.: 734969
                                      fbrown@bgrplaw.com
                                      BUSH GRAZIANO RICE &
                                      PLATTER, P.A.
                                      100 S. Ashley Drive, Suite 1400
                                      Tampa, Florida 33602
                                      Tel: (813) 228-7000
                                      Fax: (813) 273-0091
                                      Attorneys for Defendant