UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KELLI SMITH, an individual,

    Plaintiff,

v.                              Case No.:   2:23-cv-840-JES-KCD

THE FLORIDA GULF COAST
UNIVERSITY BOARD OF
TRUSTEES,

    Defendant.
_____/

**AMENDED CASE MANAGEMENT AND SCHEDULING ORDER**

Pursuant to the Court's order (Doc. 31), the Court enters this Amended Case Management and Scheduling Order:

| | |
|---|---|
| **Discovery Deadline** | **February 28, 2025** |
| **Mediation Deadline:** | **March 7, 2025** |
| **Dispositive Motions, *Daubert* Motions, and *Markman* Motions** | **March 28, 2025** |
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | **August 29, 2025** |
| **Joint Final Pretrial Statement (including, as applicable, joint-proposed jury instructions and verdict form, case-specific *voir dire* questions, witness lists, and exhibit lists, all of which must also be emailed to the presiding trial judge's chambers email inbox as provided on the Court's public website)** | **September 12, 2025** |

| | |
|---|---|
| **All Other Motions (including motions *in limine*) and Trial Briefs (non-jury trials)** | September 8, 2025 |
| **Final Pretrial Conference**    Date:<br>Time:<br>Judge: | September 26, 2025<br>9:30 AM<br>John E. Steele |
| **Trial Term Begins** | October 1, 2025 |
| **Estimated Length of Trial** | 7 days |
| **Jury/Non Jury** | Jury |

All other provisions of the prior scheduling order(s) entered in this case shall remain in effect unless expressly modified herein or by further court order.

**ORDERED** in Fort Myers, Florida on December 16, 2024.

Kyle C. Dudek
United States Magistrate Judge

2