UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KELLI SMITH,

    Plaintiff(s),

CASE NO: 2:23-cv-840-JES-KCD

vs.

FGCU BOARD OF TRUSTEES,

    Defendant(s),
_____/

## MEDIATOR'S REPORT

The undersigned Mediator hereby reports to the Court the disposition of the mediation of the above captioned action. The mediation was held on: February 6, 2025 and all required persons were in attendance. The disposition was as follows:

- ☐ The entire action was resolved at mediation.
- ☐ A partial resolution was achieved. Some issues remain for disposition by the Court.
- ☐ The mediation was continued and will be rescheduled.
- ☒ Impasse.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/EFC system which will send a notice of electronic filing to Benjamin Yormak, Esq., Esquire, Yormak Employment & Disability Law, 27200 Riverview Ctr. Blvd., Ste. 109 Bonita Springs, FL 34134; and Sacha Dyason, Esq., Esquire, Bush Graziano Rice & Hearing, P.A., 100 S. Ashley Drive Tampa, FL 33602.

Respectfully Submitted:

/s/ Denise Wheeler Wright
Denise Wheeler Wright
Bar No.: 0017809
Wright Mediation, Inc.
4600 Summerlin Road, Suite C-2517
Fort Myers, FL 33919
Telephone: (239) 312-3258
Denise@wrightmediation.com