UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**KELLI SMITH,**

    **Plaintiff,**

v.                           Case No.:  2:23-CV-840-JES-KCD

**THE FLORIDA GULF COAST
UNIVERSITY BOARD OF TRUSTEES,**

    **Defendant.**

_____/

**INDEX TO DOCUMENTS FILED IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The following documents are filed simultaneously in support of Defendant's Motion for Summary Judgment:

1. Deposition of Plaintiff, Kelli Smith, transcript and exhibits dated January 22, 2025.

2. Deposition of Dr. Martin, transcript dated January 14, 2025.

3. Declaration of Sara Stensrud with exhibits dated March 28, 2025.

4. Declaration of Michael Martin dated March 27, 2025.

DATED this <u>28</u> day of March, 2025.
.

                                      Respectfully submitted,

                                      *s/ SACHA DYSON*
                                      GREGORY A. HEARING
                                      Florida Bar No. 817790
                                      ghearing@bgrhlaw.com
                                      SACHA DYSON

2

Florida Bar No. 509191
sdyson@bgrhlaw.com
FRANK E. BROWN
Florida Bar No.: 734969
fbrown@bgrhlaw.com
BUSH GRAZIANO RICE
& HEARING, P.A.
100 South Ashley Drive, Suite 1400
Tampa, Florida 33602
Tel: (813) 228-7000
Fax: (813) 273-0091
Attorneys for Defendant