

REEMPLOYMENT ASSISTANCE PROGRAM
PO BOX 5250
TALLAHASSEE, FL 32314-5250

**Ron DeSantis**
*Governor*

**Meredith Ivey**
*Acting Secretary*



*284343775 *

Smith, Kelli J.

**Claimant ID: 8848804**
**Claim ID: 202301**
**Claim Submit Date: 5/1/2023A**

---

**The following is a summary of your entries during this Reemployment Benefit Application process:**

| Initial Questions | |
|---|---|
| Did you or will you work full time from 4/30/2023 to 5/6/2023? | N |
| Did you or will you work and earn at least $275.00 from 4/30/2023 to 5/6/2023? | N |
| Are you unemployed as a direct result of DSTR - Hurricane Nicole? | No |
| The county in which you worked, were scheduled to work, or the county you were prevented from traveling through in order to reach your place of employment at the time of the disaster. | N/A |
| Are you Employed in Florida (excluding military and federal civilian employment)? | Y |
| Are you Employed in State other than Florida (excluding military and federal civilian employment)? | N |
| Are you Employed by the Military in Active Duty? | N |
| Are you Employed as a Federal Civilian Employee? | N |
| Have you not been employed since ? | N |
| Since 5/1/2022, have you applied for unemployment benefits from a state other than Florida? | N |
| Are you filing from Florida? | Y |
| If you are not filing from Florida, select the state from which you are filing? | |
| Please select the location from where you are filing this application. | Home |
| If you selected 'Other', please type your location. | |

| Claimant Authentication Information | |
|---|---|

Social Security Number:

Birth Date:

First Name (as it appears on your Social Security card):

Middle Name:



Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750

**500164**

Last Name (as it appears on your Social Security card):

Suffix:

Since  did you work by another name?                                      N

Other First Name, if any (Name under which you worked):

Other Middle Name:

Other Last Name (Name under which you worked):


Do you have a valid Driver's License?                                     Y

Issuing State:                                                            FL

Driver's License Number:


If you do not have a valid Driver's License, do you have a state identification card?     N

Issuing State:

Identification Card Number:

| Contact Information |
| --- |

**Residential Address**

Address Line 1

Address Line 2

City, State Zip

Department of Commerce
Reemployment Assistance

**Mailing Address**

Address Line 1                       Benefit Records

Address Line 2                       P.O. Drawer 5750

City, State Zip                      Tallahassee, FL 32314-5750


**Telephone Numbers**

Do you have a telephone number?                                           Y

Home Number:

Cell Number:

Other:

International:


**Correspondence Preference**

How would you like to receive your correspondence?          Email

Email address:                                          @gmail.co
                                                        m

Language Preference:                                    English

## Proactive Notifications

You have selected to receive Proactive Notifications in the form of "Email" using Email Address:
▨▨▨▨▨@gmail.com

Activate Email Alerts Regarding Your Florida Reemployment Assistance Claim (RA)
I understand that by participating, I consent to receive email notifications sent by an automatic emailing system regarding my RA claim. These include but are not limited to: reminders such as when to request benefits, notice of payments and alerts on actions needed or determinations made on your claim. If you would like to change your proactive notification option, go to the Contact Information page in CONNECT. Standard usage and data rates may apply. If you do not receive your proactive notification emails, please check your spam or junk email folders.
◎ Yes
○ No

## Personal Information

| | | |
|---|---|---|
| Ethnic Heritage: | | Not Hispanic or Latino |
| Race: | Department of Comm | White |
| Highest level of education completed: | Reemployment Assist | Master's Degree |
| Do you have a disability? | Benefit Records | No |
| Are you a U.S. citizen? | P.O. Drawer 5750 | Y |
| | Tallahassee, FL 32314 | |

## Occupational Information

| | |
|---|---|
| Job title: | First-Line Supervisors/Manager |

## Tax Withholding Information

**Reemployment Assistance benefits are fully taxable if you are required to file a tax return.**

**Public Law 103-465 requires the Department of Economic Opportunity to deduct and withhold federal income tax from Reemployment Assistance if an individual receiving those benefits voluntarily requests such deduction and withholding.  You may request a withholding deduction equal to 10% of your weekly assistance for federal income taxes.**

**A statement, Form 1099-G, will be furnished to you at the end of January stating the amount of benefits paid and withheld during the prior year.  The same information will be transmitted to the Internal Revenue Service (IRS).**

**The income taxes deducted are held in trust for the U.S. Government.  All refunds must be obtained from the IRS on any overpayment of income taxes.**

**The department is not responsible for refunding withheld taxes.**

It may be necessary for you to make estimated tax payments.  For more information on when these payments should be made, refer to the IRS publication titled "Tax Withholding and Estimated Tax" or contact the Internal Revenue Service.  PLEASE DIRECT ALL QUESTIONS CONCERNING YOUR INCOME TAX LIABILITY TO THE INTERNAL REVENUE SERVICE.

**Do you want federal taxes withheld from any reemployment assistance payable to you?**

⊙  I hereby authorize the Department of Economic Opportunity NOT to deduct and withhold federal income tax
    from my reemployment assistance.

◉  I hereby authorize the Department of Economic Opportunity to deduct and withhold federal income tax from
    my reemployment assistance benefits.

Verify your identity by entering your
  * Social Security Number: **
        ☑ I certify that I am making the above choice regarding my federal income tax withholding status

| Payment Options | |
|---|---|
| How would you like your benefits paid? | Direct Deposit |

| Florida Employment Information | |
|---|---|
| Employer Legal Name: | FLORIDA GULF COAST UNIVERSITY |
| Employer Doing Business As (DBA) Name: | |
| Employer Legal Address: | 10501 FGCU BLVD S FORT MYERS, FL 339656565 |
| Employer Physical Address: | , |
| Employer Phone Number: | 9415901063 |
| Did you work for this employer? | Y |
| Employment Start Date: | 05/03/2021 |
| Employment End Date: | 04/30/2022 |
| Have you had multiple periods of new employment with this employer since ? | N |
| Were your total gross wages at least $4,675.00 during this period of employment? | Y |
| Total gross wages for the total period of your employment. | $141208.86 |
| Are you considering working on-call for this employer? | N |
| Did you work full time for this employer? | Y |
| Are you an officer of a corporation? | N |
| Are you a sole proprietor, a partner in a partnership, or do you work for a family member who owns/operates a sole proprietorship and/or partnership at this company? | N |
| Are you a school employee? | N |
| Did you work for a private company and as part of your work did you provide services to a school or other educational institution? For example, you drove a school bus, but you were not a school board employee. | N |
| Reason For Separation from this Employer: | Discharged |

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750

**Return to Work Information**

Are you scheduled to return to work for this employer?

500167

The date you will return to work:

Have you received or will you receive vacation or holiday pay for any of the period you
are unemployed?

## Florida Employment Information

| | |
|---|---|
| Employer Legal Name: | FLORIDA GULF COAST UNIVERSITY |
| Employer Doing Business As (DBA) Name: | |
| Employer Legal Address: | 10501 FGCU BLVD S FORT MYERS, FL 339656565 |
| Employer Physical Address: | |
| | , |
| Employer Phone Number: | 9415901063 |
| Did you work for this employer? | Y |
| Employment Start Date: | 05/03/2001 |
| Employment End Date: | 04/01/2022 |
| Have you had multiple periods of new employment with this employer since ? | |
| Were your total gross wages at least $4,675.00 during this period of employment? | Y |
| Total gross wages for the total period of your employment. | $51643.24 |
| Are you considering working on-call for this employer? | N |
| Did you work full time for this employer? | Y |
| Are you an officer of a corporation? | N |
| Are you a sole proprietor, a partner in a partnership, or do you work for a family member who owns/operates a sole proprietorship and/or partnership at this company? | N |
| Are you a school employee? | N |
| Did you work for a private company and as part of your work did you provide services to a school or other educational institution? For example, you drove a school bus, but you were not a school board employee. | |
| Reason For Separation from this Employer: | Layoff |

## Return to Work Information

Are you scheduled to return to work for this employer?

The date you will return to work:

Have you received or will you receive vacation or holiday pay for any of the period you
are unemployed?

## Fact-Finding Questionnaires

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750
500168

Completed fact-findings can be accessed through your inbox. To go to your inbox, login to your account after submitting the claim and select the inbox link.

Discharged - Employer Replaced Claimant

## Military Service Information

Branch of Military Service:

Military Service Start Date (Line 12a on DD214):

Military Service End Date (Line 12b on DD214):

Have you applied for or are you receiving from the Veteran's Administration a subsistence allowance for the vocational rehabilitation training?

Have you applied for or are you receiving from the Veteran's Administration a war orphan's or widow's educational assistance allowance?

## Eligibility Information

| | |
|---|---|
| Are you enrolled in or attending school? | N |
| Have you refused or turned down any specific job offer since you became unemployed? | N |
| Since you became unemployed, were you referred to a job by a WORK Source One-Stop Career Center and refused/failed to accept the referral? | N |
| Did you perform services as a professional athlete for any employer since ? | N |
| Have you applied for or are you receiving payments from a pension fund, annuity fund, or retirement account other than Social Security? | Y |
| Have you applied for or are you receiving Workers' Compensation that is classified as Temporary Total? | N |
| Have you applied for or are you receiving Workers' Compensation that is classified as Permanent Total? | N |
| Have you received or will you receive severance pay, wages in lieu of notice, or any other separation payments in connection with a separation from employment that occurred after ? | N |
| Are you seeking only part-time work? | N |
| Are you a member in good standing of a labor union which requires that you seek work through their hiring hall? | N |
| Union Name: | |
| Hiring Hall Number: | |
| Phone Number: | |
| Have you accepted a job offer with a new employer? | N |
| The date that you will begin working: | N/A |

Have you worked and earned $825.00 since Sunday, May 1, 2022?

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750

500189

## Pension or Retirement Account Information

Employer(s) that contributed to your pension or retirement account:
**Employer Name**                                        **Payment Method**

FLORIDA GULF COAST UNIVERSITY

If Employer is not listed, did you work for the contributing employer prior to

## Fact-Finding Questionnaires

Completed fact-findings can be accessed through your inbox. To go to your inbox, login to your account after submitting the claim and select the Inbox link.

Discharged - Employer Replaced Claimant

## Certifications

☑ I understand that I will be notified if I am required to attend a One-Stop Career Center Seminar. Failure to attend by the given date may result in a delay or loss of my unemployment benefits. If a One-Stop Career Center gives me a job referral, I understand that failure to pursue this referral may result in a loss of unemployment benefits.

☑ I understand the following:
  o I am required to request benefit payments for each week I wish to receive benefits.
  o The first week of a new benefit year for which I would be eligible to receive unemployment benefits will be an unpaid waiting week.
  o If there is a pending issue or appeal on my claim, I must continue requesting benefit payments in order to be paid for those weeks if I am later determined to be eligible.

☑ I understand that if I do any work, including military reserve drill pay or self-employment, I must report the total wages earned (before taxes), whether or not I have been paid when I request benefit payment for that week.

☑ I understand I will be required to submit a minimum of five (5) work search contacts or the details of a One-Stop Career Center visit when I request benefit payments. Each week I will be required to submit the:
  o Date of contact
  o Method of contact
  o Business name, telephone number, website name/URL or email address
  o Result of each contact
  o Type of work sought

☑ I have answered all questions fully and truthfully. I know there are penalties for giving wrong information. I know that to receive benefits I must meet the eligibility requirements

By submitting this application, I acknowledge that I am filing this application for reemployment assistance for myself and that all information provided is complete and accurate to the best of my ability; I further understand that knowingly making a false statement or representation or knowingly failing to disclose a material fact can be prosecuted as a third degree felony pursuant to section 443.071, Fla. Stat.

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750

**500170**



REEMPLOYMENT ASSISTANCE PROGRAM
PO BOX 5250
TALLAHASSEE, FL 32314-5250

**Ron DeSantis**
*Governor*

**Dane Eagle**
*Secretary*

**EN-US**



*272087519 *

Smith, Kelli J.

**Claimant ID: 8848804**
**Claim ID: 202201**
**Claim Submit Date: 08/10/2022**

| Initial Questions | |
|---|---|
| You answered the following questions for the week of Sunday, 07/24/2022 through Saturday, 07/30/2022. | |
| During the week of Sunday, 07/24/2022 through Saturday, 07/30/2022: Did you look for work? | N |
| During the week of Sunday, 07/24/2022 through Saturday, 07/30/2022: Did you make an in-person contact at a CareerSource Center? | N |
| During the week of Sunday, 07/24/2022 through Saturday, 07/30/2022: Were you able and available to work if work had been offered? | N |
| During the week of Sunday, 07/24/2022 through Saturday, 07/30/2022: Did you refuse any offer of work or referral to work? | N |
| During the week of Sunday, 07/24/2022 through Saturday, 07/30/2022: Did you work or earn any money? | N |
| Did you receive, or apply for income from any other sources that you have not previously reported to us? | N |

**Availability**

You indicated that you were not able and available to accept work because of the following reason(s).

   • Other Reason Not Listed Above

**Issue Summary**
The following issues have been created during your continued claims process.

Actively Seeking  -  Failure to Meet Work Search Requirements

**Fact-Finding Questionnaires**
Completed fact-findings can be accessed through your inbox. To go to your inbox, login to your account after submitting the claim and select the Inbox link.

Actively Seeking - Failure to Meet Work Search Requirements

Availability - Other



Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750
500193

## Certifications

- I acknowledge that I have read and understand the statements regarding Reemployment Assistance Fraud and wish to continue to file my claim.

- I certify that the information I have provided is true and correct. I know that Florida Law provides penalties and/or imprisonment for false statements to obtain benefits and that DEO actively pursues fraudulently collected benefits. I hereby acknowledge that DEO will verify my information to assure its accuracy.

- I have read and understood that when I am engaged in a self-employment activity, my obligations and the potential effects of my self-employment on my reemployment assistance eligibility are as follows:
  - 1. I must be available for suitable full time work in addition to my self-employment. I must be able and willing to rearrange or discontinue my self-employment activities to accept an employer's offer of suitable employment.
  - 2. Self-employment earnings are deductible from my Reemployment Assistance. Report the earnings during the week in which I sell a product or a transaction is closed or becomes final, or services are provided, regardless of when I will receive the payment.
    3. Report gross earnings. Earnings must be reported before taxes or expenses are deducted.

## Workforce Registration Certification

IMPORTANT:  Our records indicate you have not completed full Workforce registration as of yesterday with Employ Florida Marketplace.  If you have completed your registration prior to accessing this screen, your status will be updated overnight and you should click Next to continue.

I UNDERSTAND THAT I WILL NOT RECEIVE REEMPLOYMENT ASSISTANCE BENEFITS UNTIL I COMPLETE FULL WORKFORCE REGISTRATION VIA EMPLOY FLORIDA MARKETPLACE.

☑ I agree

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750

500194



REEMPLOYMENT ASSISTANCE PROGRAM
PO BOX 5250
TALLAHASSEE, FL 32314-5250

**Ron DeSantis**
*Governor*

**Dane Eagle**
*Secretary*

**EN-US**



*271085128 *

Smith, Kelli J.

**Claimant ID: 8848804**
**Claim ID: 202201**
**Claim Submit Date: 07/28/2022**

| Initial Questions | |
|---|---|
| You answered the following questions for the week of Sunday, 07/17/2022 through Saturday, 07/23/2022. | |
| During the week of Sunday, 07/17/2022 through Saturday, 07/23/2022: Did you look for work? | N |
| During the week of Sunday, 07/17/2022 through Saturday, 07/23/2022: Did you make an in-person contact at a CareerSource Center? | N |
| During the week of Sunday, 07/17/2022 through Saturday, 07/23/2022:  Were you able and available to work if work had been offered? | N |
| During the week of Sunday, 07/17/2022 through Saturday, 07/23/2022: Did you refuse any offer of work or referral to work? | N |
| During the week of Sunday, 07/17/2022 through Saturday, 07/23/2022: Did you work or earn any money? | N |
| Did you receive, or apply for income from any other sources that you have not previously reported to us? | N |

**Availability**

You indicated that you were not able and available to accept work because of the following reason(s).

• Other Reason Not Listed Above

**Issue Summary**
The following issues have been created during your continued claims process.

Actively Seeking  -  Failure to Meet Work Search Requirements

**Fact-Finding Questionnaires**
Completed fact-findings can be accessed through your inbox. To go to your inbox, login to your account after submitting the claim and select the Inbox link.

Actively Seeking - Failure to Meet Work Search Requirements

Availability - Other

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750

## Certifications

- I acknowledge that I have read and understand the statements regarding Reemployment Assistance Fraud and wish to continue to file my claim.

- I certify that the information I have provided is true and correct. I know that Florida Law provides penalties and/or imprisonment for false statements to obtain benefits and that DEO actively pursues fraudulently collected benefits. I hereby acknowledge that DEO will verify my information to assure its accuracy.

- I have read and understood that when I am engaged in a self-employment activity, my obligations and the potential effects of my self-employment on my reemployment assistance eligibility are as follows:

    - 1. I must be available for suitable full time work in addition to my self-employment. I must be able and willing to rearrange or discontinue my self-employment activities to accept an employer's offer of suitable employment.

    - 2. Self-employment earnings are deductible from my Reemployment Assistance. Report the earnings during the week in which I sell a product or a transaction is closed or becomes final, or services are provided, regardless of when I will receive the payment.
    3. Report gross earnings. Earnings must be reported before taxes or expenses are deducted.

## Workforce Registration Certification

IMPORTANT: Our records indicate you have not completed full Workforce registration as of yesterday with Employ Florida Marketplace. If you have completed your registration prior to accessing this screen, your status will be updated overnight and you should click Next to continue.

I UNDERSTAND THAT I WILL NOT RECEIVE REEMPLOYMENT ASSISTANCE BENEFITS UNTIL I COMPLETE FULL WORKFORCE REGISTRATION VIA EMPLOY FLORIDA MARKETPLACE.

☑ I agree

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750

500196



REEMPLOYMENT ASSISTANCE PROGRAM
PO BOX 5250
TALLAHASSEE, FL  32314-5250

FLORIDA DEPARTMENT of
ECONOMIC OPPORTUNITY

**Ron DeSantis**
*Governor*

**Dane Eagle**
*Secretary*

**EN-US**



*270088578 *

Smith. Kelli J.

**Claimant ID: 8848804**
**Claim ID: 202201**
**Claim Submit Date: 07/14/2022**

| Initial Questions | |
|---|---|
| You answered the following questions for the week of Sunday, 06/26/2022 through Saturday, 07/02/2022. | |
| During the week of Sunday, 06/26/2022 through Saturday, 07/02/2022: Did you look for work? | N |
| During the week of Sunday, 06/26/2022 through Saturday, 07/02/2022: Did you make an in-person contact at a CareerSource Center? | N |
| During the week of Sunday, 06/26/2022 through Saturday, 07/02/2022: Were you able and available to work if work had been offered? | Y |
| During the week of Sunday, 06/26/2022 through Saturday, 07/02/2022: Did you refuse any offer of work or referral to work? | N |
| During the week of Sunday, 06/26/2022 through Saturday, 07/02/2022: Did you work or earn any money? | N |
| You have already told us that you have received: | |
| Did you receive, or apply for income from any other sources that you have not previously reported to us? | Y |

| Income from Another Source | |
|---|---|
| You indicated that you received or applied for income that you have not previously reported to us. | |
| For the week of Sunday 06/26/2022 through Saturday 07/02/2022, the income source(s) identified by you are: | Pension Retirement Annuity |

| Issue Summary |
|---|
| The following issues have been created during your continued claims process. |
| Actively Seeking  -  Failure to Meet Work Search Requirements<br>Alternate Flow - Pension |

| Fact-Finding Questionnaires |
|---|
| Completed fact-findings can be accessed through your inbox. To go to your inbox, login to your account after submitting the claim and select the Inbox link. |

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5250
Tallahassee, FL 32314-5750

500197

Actively Seeking - Failure to Meet Work Search Requirements

## Certifications

- I acknowledge that I have read and understand the statements regarding Reemployment Assistance Fraud and wish to continue to file my claim.

- I certify that the information I have provided is true and correct. I know that Florida Law provides penalties and/or imprisonment for false statements to obtain benefits and that DEO actively pursues fraudulently collected benefits. I hereby acknowledge that DEO will verify my information to assure its accuracy.

- I have read and understood that when I am engaged in a self-employment activity, my obligations and the potential effects of my self-employment on my reemployment assistance eligibility are as follows:
    - 1. I must be available for suitable full time work in addition to my self-employment. I must be able and willing to rearrange or discontinue my self-employment activities to accept an employer's offer of suitable employment.
    - 2. Self-employment earnings are deductible from my Reemployment Assistance. Report the earnings during the week in which I sell a product or a transaction is closed or becomes final, or services are provided, regardless of when I will receive the payment.
    3. Report gross earnings. Earnings must be reported before taxes or expenses are deducted.

## Workforce Registration Certification

IMPORTANT: Our records indicate you have not completed full Workforce registration as of yesterday with Employ Florida Marketplace. If you have completed your registration prior to accessing this screen, your status will be updated overnight and you should click Next to continue.

I UNDERSTAND THAT I WILL NOT RECEIVE REEMPLOYMENT ASSISTANCE BENEFITS UNTIL I COMPLETE FULL WORKFORCE REGISTRATION VIA EMPLOY FLORIDA MARKETPLACE.

☑ I agree

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5700
Tallahassee, FL 32314-5700

500198



**FLORIDAC🌢MMERCE**
REEMPLOYMENT ASSISTANCE PROGRAM
PO BOX 5250
TALLAHASSEE, FL 32314-5250

**Ron DeSantis**
*Governor*

**J. Alex Kelly**
*Secretary*

*290704002 *

Kelli J. Smith

*Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750*

**Issue Identification Number**

**0101 2499 64-01**

Distribution/Mailed Date
Appeal Due Date

10/11/2023
10/31/2023

# Notice of Disqualification

### Reasonings & Findings

A review of the submitted work search record indicated an inadequate search for work for the period shown
below. It has not been shown that the claimant was engaged in systematic and sustained efforts to find work. This
determination is issued in accordance with Section 443.091, Florida Statutes.

### Additional Reasonings & Findings

The claimant was not available for work as required by law.

### Applicable Section of Law

In accordance with Section 443, Florida Statutes: Benefits are not payable because: The claimant is not available
for work as required by law. Any benefits received for which you were not entitled are overpayments and subject
to recovery.

### Effect of this Determination

You are not entitled to receive benefits for the period beginning from 7/24/2022 to 7/30/2022.

If you have any questions about this notice, please visit the Reemployment Assistance Help Center located at
**FloridaJobs.org/RAHelpCenter**.



500282

## APPEAL RIGHTS

This determination will be final unless an appeal is filed within 20 calendar days after the distribution/mailed date shown above. If the 20th day is a Saturday, Sunday or holiday as defined in F.A.C. 73b-20.005(2), an appeal may be filed on the next business day that is not a Saturday, Sunday or holiday.

To file an appeal, you may file:
- On-line at connect.myflorida.com or
- Mail to RA Appeals; P.O. Box 5250 Tallahassee, FL 32314-5250;
- Or fax to (850) 617-6504.

Include the claimant's name and the last four digits of the social security number.

If filed on-line, the confirmation date is the filing date. If mailed, the postmark date is the filing date. If faxed, the date stamped received is the filing date. Call (800) 204-2418 with any questions about this claim or filing an appeal.

If unemployed, you must continue reporting on your claim until all redeterminations/appeals are resolved.

Kelli J. Smith
2420 Caraway Dr
Venice, FL 342924177

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750

## DERECHOS DE APELACIÓN

Esta determinación será definitiva a menos que se presente una apelación dentro de los 20 días calendario luego de la fecha de distribución/envío postal indicada en la parte superior. Si el veinteavo día (20°) es Sábado, Domingo o festivo, según se define en F.A.C. 73b-20.005(2), la apelación podría presentarse el día hábil siguiente que no sea Sábado, Domingo ni festivo.

La apelación puede presentarse:
- En línea en connect.myflorida.com o
- Por correo postal a RA Appeals; P.O. Box 5250 Tallahassee, FL 32314-5250;
- O por fax al (850) 617-6504.

Incluya el nombre y apellido y los últimos cuatro dígitos del número de seguro social del reclamante.

Si se presenta en línea, la fecha de confirmación es la fecha de presentación. Si se envía por correo postal, la fecha del matasellos es la fecha de presentación. Si se envía por fax, la fecha del sello de recibido es la fecha de presentación. Llame al (800) 204-2418 si tiene alguna pregunta sobre esta reclamación o sobre cómo presentar una apelación.

Si está desempleado, debe continuar informando en base a su reclamo hasta que todas las nuevas determinaciones/apelaciones se resuelvan.

500283

## DWA APÈL

Detèminasyon sa a pral definitif sòf si ou depoze yon apèl nan lespas 20 jou almannak aprè dat distribisyon/postal detèminasyon ki endike anwo a. Si 20yèm jou a se yon Samdi, Dimanch oswa yon jou ferye daprè jan sa define nan F.A.C. 73b-20.005(2), ou ka depoze apèl la nan pwochen jou ouvrab ki pa yon Samdi, Dimanch oswa yon jou ferye.

Pou depoze yon apèl, ou ka fè sa:
- Sou entènèt nan connect.myflorida.com oswa
- Poste l bay RA Appeals; P.O. Box 5250 Tallahassee, FL 32399-5250;
- Oswa fakse l nan (850) 617-6504.

Mete non reklaman an ak kat (4) dènye nimewo sekirite sosyal li sou apèl la.

Si w fè l sou entèuèt, dat konfimasyon an se dat sa ou depoze apèl la. Si w poste l, dat tenb lan se dat sa a ou depoze apèl la. Si w faks li, dat yo resevwa la se dat sa a apèl la depoze. Rele (800) 204-2418 pou tout kesyon ou genyen konsènan reklamasyon sa a oswa sou fason pou depoze yon apèl.

Si w pap travay, ou dwe kontinye rapòte reklamasyon w lan pou jiskaske tout redetèminasyon/apèl yo fin rezoud.

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5760
Tallahassee, FL 32314-5760

**FLORIDAC☮MMERCE**
REEMPLOYMENT ASSISTANCE PROGRAM
PO BOX 5250
TALLAHASSEE, FL 32314-5250

**Ron DeSantis**
*Governor*

**J. Alex Kelly**
*Secretary*



*293669709 *

Kelli J. Smith

*Department of Commerce
Reemployment Benefit Assistance
Tallahassee, P.O. Drawer 5750
FL 32314-5750*

**Issue Identification Number**                    **0101 4979 19-01**

Distribution/Mailed Date          1/17/2024
Appeal Due Date                   2/6/2024

## Notice of Disqualification

### Reasonings & Findings

A review of the submitted work search record indicated an inadequate search for work for the period shown below. It has not been shown that the claimant was engaged in systematic and sustained efforts to find work. This determination is issued in accordance with Section 443.091, Florida Statutes.

### Additional Reasonings & Findings

The claimant was not available for work as required by law.

### Applicable Section of Law

In accordance with Section 443, Florida Statutes: Benefits are not payable because: The claimant is not available for work as required by law. Any benefits received for which you were not entitled are overpayments and subject to recovery.

### Effect of this Determination

You are not entitled to receive benefits for the period beginning from 7/31/2022 to 8/6/2022.

If you have any questions about this notice, please visit the Reemployment Assistance Help Center located at **FloridaJobs.org/RAHelpCenter**.

## APPEAL RIGHTS

This determination will be final unless an appeal is filed within 20 calendar days after the distribution/mailed date shown above. If the 20th day is a Saturday, Sunday or holiday as defined in F.A.C. 73b-20.005(2), an appeal may be filed on the next business day that is not a Saturday, Sunday or holiday.

To file an appeal, you may file:
- On-line at connect.myflorida.com or
- Mail to RA Appeals; P.O. Box 5250 Tallahassee, FL 32314-5250;
- Or fax to (850) 617-6504.

Include the claimant's name and the last four digits of the social security number.

If filed on-line, the confirmation date is the filing date. If mailed, the postmark date is the filing date. If faxed, the date stamped received is the filing date. Call (800) 204-2418 with any questions about this claim or filing an appeal.

If unemployed, you must continue reporting on your claim until all redeterminations/appeals are resolved.

Kelli J. Smith
2420 Caraway Dr
Venice, FL 342924177


## DERECHOS DE APELACIÓN

Esta determinación será definitiva a menos que se presente una apelación dentro de los 20 días calendario luego de la fecha de distribución/envío postal indicada en la parte superior. Si el veinteavo día (20°) es Sábado, Domingo o festivo, según se define en F.A.C. 73b-20.005(2), la apelación podría presentarse el día hábil siguiente que no sea Sábado, Domingo ni festivo.

La apelación puede presentarse:
- En línea en connect.myflorida.com o
- Por correo postal a RA Appeals; P.O. Box 5250 Tallahassee, FL 32314-5250;
- O por fax al (850) 617-6504.

Incluya el nombre y apellido y los últimos cuatro dígitos del número de seguro social del reclamante.

Si se presenta en línea, la fecha de confirmación es la fecha de presentación. Si se envía por correo postal, la fecha del matasellos es la fecha de presentación. Si se envía por fax, la fecha del sello de recibido es la fecha de presentación. Llame al (800) 204-2418 si tiene alguna pregunta sobre esta reclamación o sobre cómo presentar una apelación.

Si está desempleado, debe continuar informando en base a su reclamo hasta que todas las nuevas determinaciones/apelaciones se resuelvan.

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-57

500130

293669706

## DWA APÈL

Detèminasyon sa a pral definitif sòf si ou depoze yon apèl nan lespas 20 jou almannak aprè dat distribisyon/postal detèminasyon ki endike anwo a. Si 20yèm jou a se yon Samdi, Dimanch oswa yon jou ferye daprè lan sa define nan F.A.C. 73b-20.005(2), ou ka depoze apèl la nan pwochen jou ouvrab ki pa yon Samdi, Dimanch oswa yon jou ferye.

Pou depoze yon apèl, ou ka fè sa:
- Sou entènèt nan connect.myflorida.com oswa
- Poste l bay RA Appeals; P.O. Box 5250 Tallahassee, FL 32399-5250;
- Oswa fakse l nan (850) 617-6504.

Mete non reklaman an ak kat (4) dènye nimewo sekirite sosyal li sou apèl la.

Si w fè l sou entènèt, dat konfimasyon an se dat sa ou depoze apèl la. Si w poste l, dat tenb lan se dat sa a ou depoze apèl la. Si w faks li, dat yo resevwa la se dat sa a apèl la depoze. Rele (800) 204-2418 pou tout kesyòn ou genyen konsènan reklamasyon sa a oswa sou fason pou depoze yon apèl.

Si w pap travay, ou dwe kontinye rapòte reklamasyon w lan pou jiskaske tout redetèminasyon/apèl yo fin rezoud.

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750

500131



**FLORIDACOMMERCE**
REEMPLOYMENT ASSISTANCE PROGRAM
PO BOX 5250
TALLAHASSEE, FL 32314-5250

Ron DeSantis
*Governor*

J. Alex Kelly
*Secretary*

*293663751 *

Kelli J. Smith

Department of C.
Reemployment Assik .a...
Benefit Records
P.O. Drawer 8, 5)
Tallahassee, FL 32314.

**Issue Identification Number**                    **0101 5427 68-01**

Distribution/Mailed Date                    1/17/2024
Appeal Due Date                             2/6/2024

# Notice of Disqualification

## Reasonings & Findings

A review of the submitted work search record indicated an inadequate search for work for the period shown
below. It has not been shown that the claimant was engaged in systematic and sustained efforts to find work. This
determination is issued in accordance with Section 443.091, Florida Statutes.

## Additional Reasonings & Findings

The claimant was not available for work as required by law.

## Applicable Section of Law

In accordance with Section 443, Florida Statutes: Benefits are not payable because: The claimant is not available
for work as required by law. Any benefits received for which you were not entitled are overpayments and subject
to recovery.

## Effect of this Determination

You are not entitled to receive benefits for the period beginning from 8/7/2022 to 8/13/2022.

If you have any questions about this notice, please visit the Reemployment Assistance Help Center located at
**FloridaJobs.org/RAHelpCenter**.

## APPEAL RIGHTS

This determination will be final unless an appeal is filed within 20 calendar days after the
distribution/mailed date shown above. If the 20th day is a Saturday, Sunday or holiday as defined in
F.A.C. 73b-20.005(2), an appeal may be filed on the next business day that is not a Saturday, Sunday or
holiday.

To file an appeal, you may file:
- On-line at connect.myflorida.com or
- Mail to RA Appeals; P.O. Box 5250 Tallahassee, FL 32314-5250;
- Or fax to (850) 617-6504.

Include the claimant's name and the last four digits of the social security number.

If filed on-line, the confirmation date is the filing date. If mailed, the postmark date is the filing date. If
faxed, the date stamped received is the filing date. Call (800) 204-2418 with any questions about this
claim or filing an appeal.

If unemployed, you must continue reporting on your claim until all redeterminations/appeals are
resolved.

Kelli J. Smith
2420 Caraway Dr
Venice, FL 342924177


## DERECHOS DE APELACIÓN

Esta determinación será definitiva a menos que se presente una apelación dentro de los 20 días
calendario luego de la fecha de distribución/envío postal indicada en la parte superior. Si el veinteavo
día (20º) es Sábado, Domingo o festivo, según se define en F.A.C. 73b-20.005(2), la apelación podría
presentarse el día hábil siguiente que no sea Sábado, Domingo ni festivo.

La apelación puede presentarse:
- En línea en connect.myflorida.com o
- Por correo postal a RA Appeals; P.O. Box 5250 Tallahassee, FL 32314-5250;
- O por fax al (850) 617-6504.

Incluya el nombre y apellido y los últimos cuatro dígitos del número de seguro social del reclamante.

Si se presenta en línea, la fecha de confirmación es la fecha de presentación. Si se envía por correo
postal, la fecha del matasellos es la fecha de presentación. Si se envía por fax, la fecha del sello de
recibido es la fecha de presentación. Llame al (800) 204-2418 si tiene alguna pregunta sobre esta
reclamación o sobre cómo presentar una apelación.

Si está desempleado, debe continuar informando en base a su reclamo hasta que todas las nuevas
determinaciones/apelaciones se resuelvan.

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750
500136

## DWA APÈL

Detèminasyon sa a pral definitif sòf si ou depoze yon apèl nan lespas 20 jou almannak aprè dat distribisyon/postal detèminasyon ki endike anwo a. Si 20yèm jou a se yon Samdi, Dimanch oswa yon jou ferye daprè jan sa define nan F.A.C. 73b-20.005(2), ou ka depoze apèl la nan pwochen jou ouvrab ki pa yon Samdi, Dimanch oswa yon jou ferye.

Pon depoze yon apèl, ou ka fè sa:
- Sou entènèt nan connect.myflorida.com oswa
- Poste l bay RA Appeals; P.O. Box 5250 Tallahassee, FL 32399-5250;
- Oswa fakse l nan (850) 617-6504.

Mete non reklaman an ak kat (4) dènye nimewo sekirite sosyal li sou apèl la.

Si w fè l sou entènèt, dat konfimasyon an se dat sa ou depoze apèl la. Si w poste l, dat tenb lan se dat sa a ou depoze apèl la. Si w faks li, dat yo resevwa la se dat sa a apèl la depoze. Rele (800) 204-2418 pou tout kesyon ou genyen konsènan reklamasyon sa a oswa sou fason pou depoze yon apèl.

Si w pap travay, ou dwe kontinye rapòte reklamasyon w lan pou jiskaske tout redetèminasyon/apèl yo fin rezoud.

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750



## FLORIDA DEPARTMENT *of*
## ECONOMIC OPPORTUNITY

### Able & Available Form Responses

Please be advised: Claimants are directed only to answer specific questions. Any blanks on this form are due to the claimant not being asked these questions.

1. Date of Form Submission:

2. What is your Claimant ID (CID)?
8848804

3. What is your last name?
Kelli

4. What is your first name?
Smith

5. What are the last four digits of your Social Security Number?
0N/A

6. Since you filed your claim for Reemployment Assistance benefits, have you been or are you available to work, if suitable work was offered to you?

7. Since filing your claim for Reemployment Assistance benefits, have you been able to work, had suitable work been offered to you?

56. I certify that the answers provided in this form are truthful to the best of my knowledge and acknowledge that knowingly giving a false statement is punishable by law.

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750

500138



## FLORIDA DEPARTMENT of
## ECONOMIC OPPORTUNITY

### Able & Available Form Responses

Please be advised: Claimants are directed only to answer specific questions. Any blanks on this form are due to the claimant not being asked these questions.

1. Date of Form Submission:

2. What is your Claimant ID (CID)?
8848804

3. What is your last name?
Kelli

4. What is your first name?
Smith

5. What are the last four digits of your Social Security Number?
0N/A

6. Since you filed your claim for Reemployment Assistance benefits, have you been or are you available to work, if suitable work was offered to you?

7. Since filing your claim for Reemployment Assistance benefits, have you been able to work, had suitable work been offered to you?

56. I certify that the answers provided in this form are truthful to the best of my knowledge and acknowledge that knowingly giving a false statement is punishable by law.

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750

500139



**FLORIDAC🟠MMERCE**
REEMPLOYMENT ASSISTANCE PROGRAM
PO BOX 5250
TALLAHASSEE, FL  32314-5250

**Ron DeSantis**
*Governor*

**J. Alex Kelly**
*Secretary*

*293665130 *

Kelli J. Smith

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750

**Issue Identification Number**          **0101 5443 88-01**

Distribution/Mailed Date          1/17/2024
Appeal Due Date                   2/6/2024

## Notice of Disqualification

**Reasonings & Findings**

A review of the submitted work search record indicated an inadequate search for work for the period shown
below. It has not been shown that the claimant was engaged in systematic and sustained efforts to find work. This
determination is issued in accordance with Section 443.091, Florida Statutes.

**Additional Reasonings & Findings**

The claimant was not available for work as required by law.

**Applicable Section of Law**

In accordance with Section 443, Florida Statutes: Benefits are not payable because: The claimant is not available
for work as required by law. Any benefits received for which you were not entitled are overpayments and subject
to recovery.

**Effect of this Determination**

You are not entitled to receive benefits for the period beginning from 8/14/2022 to 8/20/2022.

If you have any questions about this notice, please visit the Reemployment Assistance Help Center located at
**FloridaJobs.org/RAHelpCenter**.

## APPEAL RIGHTS

**This determination will be final unless an appeal is filed within 20 calendar days after the distribution/mailed date shown above. If the 20th day is a Saturday, Sunday or holiday as defined in F.A.C. 73b-20.005(2), an appeal may be filed on the next business day that is not a Saturday, Sunday or holiday.**

**To file an appeal, you may file:**
- **On-line at connect.myflorida.com or**
- **Mail to RA Appeals; P.O. Box 5250 Tallahassee, FL 32314-5250;**
- **Or fax to (850) 617-6504.**

**Include the claimant's name and the last four digits of the social security number.**

**If filed on-line, the confirmation date is the filing date. If mailed, the postmark date is the filing date. If faxed, the date stamped received is the filing date. Call (800) 204-2418 with any questions about this claim or filing an appeal.**

**If unemployed, you must continue reporting on your claim until all redeterminations/appeals are resolved.**

Kelli J. Smith
2420 Caraway Dr
Venice, FL 342924177

## DERECHOS DE APELACIÓN

**Esta determinación será definitiva a menos que se presente una apelación dentro de los 20 días calendario luego de la fecha de distribución/envío postal indicada en la parte superior. Si el veinteavo día (20°) es Sábado, Domingo o festivo, según se define en F.A.C. 73b-20.005(2), la apelación podría presentarse el día hábil siguiente que no sea Sábado, Domingo ni festivo.**

**La apelación puede presentarse:**
- **En línea en connect.myflorida.com o**
- **Por correo postal a RA Appeals; P.O. Box 5250 Tallahassee, FL 32314-5250;**
- **O por fax al (850) 617-6504.**

**Incluya el nombre y apellido y los últimos cuatro dígitos del número de seguro social del reclamante.**

**Si se presenta en línea, la fecha de confirmación es la fecha de presentación. Si se envía por correo postal, la fecha del matasellos es la fecha de presentación. Si se envía por fax, la fecha del sello de recibido es la fecha de presentación. Llame al (800) 204-2418 si tiene alguna pregunta sobre esta reclamación o sobre cómo presentar una apelación.**

**Si está desempleado, debe continuar informando en base a su reclamo hasta que todas las nuevas determinaciones/apelaciones se resuelvan.**

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750

500133

## DWA APÈL

Detèminasyon sa a pral definitif sòf si ou depoze yon apèl nan lespas 20 jou almannak aprè dat distribisyon/postal detèminasyon ki endike anwo a. Si 20yèm jou a se yon Samdi, Dimanch oswa yon jou ferye daprè jan sa define nan F.A.C. 73b-20.005(2), ou ka depoze apèl la nan pwochen jou ouvrab ki pa yon Samdi, Dimanch oswa yon jou ferye.

Pou depoze yon apèl, ou ka fè sa:
- Sou entènèt nan connect.myflorida.com oswa
- Poste l bay RA Appeals; P.O. Box 5250 Tallahassee, FL 32399-5250;
- Oswa fakse l nan (850) 617-6504.

Mete non reklaman an ak kat (4) dènye nimewo sekirite sosyal li sou apèl la.

Si w fè l sou entènèt, dat konfimasyon an se dat sa ou depoze apèl la. Si w poste l, dat tenb lan se dat sa a ou depoze apèl la. Si w faks li, dat yo resevwa la se dat sa a apèl la depoze. Rele (800) 204-2418 pou tout kesyon ou genyen konsènan reklamasyon sa a oswa sou fason pou depoze yon apèl.

Si w pap travay, ou dwe kontinye rapòte reklamasyon w lan pou jiskaske tout redetèminasyon/apèl yo fin rezoud.

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750

**FLORIDAC🌀MMERCE**
REEMPLOYMENT ASSISTANCE PROGRAM
PO BOX 5250
TALLAHASSEE, FL 32314-5250

**Ron DeSantis**
*Governor*

**J. Alex Kelly**
*Secretary*



*301970224-8848604*

Kelli J. Smith

| | | |
|---|---|---|
| **Issue Identification Number** | 0105 3690 10-01 | |
| Distribution/Mailed Date | 7/26/2024 | |
| Appeal Due Date | 8/15/2024 | |

## Notice of Disqualification

### Reasonings & Findings

A review of the submitted work search record indicated an inadequate search for work for the period shown below. It has not been shown that the claimant was engaged in systematic and sustained efforts to find work. This determination is issued in accordance with Section 443.091, Florida Statutes.

### Additional Reasonings & Findings

The claimant was not available for work as required by law.

### Applicable Section of Law

In accordance with Section 443, Florida Statutes: Benefits are not payable because: The claimant is not available for work as required by law. Any benefits received for which you were not entitled are overpayments and subject to recovery.

### Effect of this Determination

You are not entitled to receive benefits for the period beginning from 5/14/2023 to 5/20/2023.

If you have any questions about this notice, please visit the Reemployment Assistance Help Center located at
**FloridaJobs.org/RAHelpCenter.**

## APPEAL RIGHTS

This determination will be final unless an appeal is filed within 20 calendar days after the distribution/mailed date shown above. If the 20th day is a Saturday, Sunday or holiday as defined in F.A.C. 73b-20.005(2), an appeal may be filed on the next business day that is not a Saturday, Sunday or holiday.

To file an appeal, you may file:
- On-line at connect.myflorida.com or
- Mail to RA Appeals; P.O. Box 5250 Tallahassee, FL 32314-5250;
- Or fax to (850) 617-6504.

Include the claimant's name and the last four digits of the social security number.

If filed on-line, the confirmation date is the filing date. If mailed, the postmark date is the filing date. If faxed, the date stamped received is the filing date. Call (800) 204-2418 with any questions about this claim or filing an appeal.

If unemployed, you must continue reporting on your claim until all redeterminations/appeals are resolved.

Kelli J. Smith
2420 Caraway Dr
Venice, FL 342924177

## DERECHOS DE APELACIÓN

Esta determinación será definitiva a menos que se presente una apelación dentro de los 20 días calendario luego de la fecha de distribución/envío postal indicada en la parte superior. Si el veinteavo día (20º) es Sábado, Domingo o festivo, según se define en F.A.C. 73b-20.005(2), la apelación podría presentarse el día hábil siguiente que no sea Sábado, Domingo ni festivo.

La apelación puede presentarse:
- En línea en connect.myflorida.com o
- Por correo postal a RA Appeals; P.O. Box 5250 Tallahassee, FL 32314-5250;
- O por fax al (850) 617-6504.

Incluya el nombre y apellido y los últimos cuatro dígitos del número de seguro social del reclamante.

Si se presenta en línea, la fecha de confirmación es la fecha de presentación. Si se envía por correo postal, la fecha del matasellos es la fecha de presentación. Si se envía por fax, la fecha del sello de recibido es la fecha de presentación. Llame al (800) 204-2418 si tiene alguna pregunta sobre esta reclamación o sobre cómo presentar una apelación.

Si está desempleado, debe continuar informando en base a su reclamo hasta que todas las nuevas determinaciones/apelaciones se resuelvan.

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750

500123

301970224

## DWA APÈL

Detèminasyon sa a pral definitif sòf si ou depoze yon apèl nan lespas 20 jou almannak aprè dat distribisyon/postal detèminasyon ki endike anwo a. Si 20yèm jou a se yon Samdi, Dimanch oswa yon jou ferye daprè jan sa define nan F.A.C. 73b-20.005(2), ou ka depoze apèl la nan pwochen jou ouvrab ki pa yon Samdi, Dimanch oswa yon jou ferye.

Pou depoze yon apèl, ou ka fè sa:
- Sou entènèt nan connect.myflorida.com oswa
- Poste l bay RA Appeals; P.O. Box 5250 Tallahassee, FL 32399-5250;
- Oswa fakse l nan (850) 617-6504.

Mete non reklaman an ak kat (4) dènye nimewo sekirite sosyal li sou apèl la.

Si w fè l sou entènèt, dat konfimasyon an se dat sa ou depoze apèl la. Si w poste l, dat tenb lan se dat sa a ou depoze apèl la. Si w faks li, dat yo resevwa la se dat sa a apèl la depoze. Rele (800) 204-2418 pou tout kesyon ou genyen konsènan reklamasyon sa a oswa sou fason pou depoze yon apèl.

Si w pap travay, ou dwe kontinye rapòte reklamasyon w lan pou jiskaske tout redetèminasyon/apèl yo fin rezoud.

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750

500124



## FLORIDA DEPARTMENT *of* ECONOMIC OPPORTUNITY

### Able & Available Form Responses

Please be advised: Claimants are directed only to answer specific questions. Any blanks on this form are due to the claimant not being asked these questions.

1. Date of Form Submission:

2. What is your Claimant ID (CID)?
8848804

3. What is your last name?
Kelli

4. What is your first name?
Smith

5. What are the last four digits of your Social Security Number?
0N/A

6. Since you filed your claim for Reemployment Assistance benefits, have you been or are you available to work, if suitable work was offered to you?

7. Since filing your claim for Reemployment Assistance benefits, have you been able to work, had suitable work been offered to you?

56. I certify that the answers provided in this form are truthful to the best of my knowledge and acknowledge that knowingly giving a false statement is punishable by law.

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750

**FLORIDAC☉MMERCE**
REEMPLOYMENT ASSISTANCE PROGRAM
PO BOX 5250
TALLAHASSEE, FL 32314-5250

**Ron DeSantis**
*Governor*

**J. Alex Kelly**
*Secretary*

|||||||||||||||||||||||||||||||||||||||||||||||||||
*301919669-9848804 *

Kelli J. Smith



**Issue Identification Number**                    0105 3690 27-01

Distribution/Mailed Date                           7/25/2024

Appeal Due Date                                    8/14/2024

## Notice of Disqualification

### Reasonings & Findings

A review of the submitted work search record indicated an inadequate search for work for the period shown below. It has not been shown that the claimant was engaged in systematic and sustained efforts to find work. This determination is issued in accordance with Section 443.091, Florida Statutes.

### Additional Reasonings & Findings

The claimant was not available for work as required by law.

### Applicable Section of Law

In accordance with Section 443, Florida Statutes: Benefits are not payable because: The claimant is not available for work as required by law. Any benefits received for which you were not entitled are overpayments and subject to recovery.

### Effect of this Determination

You are not entitled to receive benefits for the period beginning from 5/21/2023 to 5/27/2023.

If you have any questions about this notice, please visit the Reemployment Assistance Help Center located at **FloridaJobs.org/RAHelpCenter**.

## APPEAL RIGHTS

This determination will be final unless an appeal is filed within 20 calendar days after the distribution/mailed date shown above. If the 20th day is a Saturday, Sunday or holiday as defined in F.A.C. 73b-20.005(2), an appeal may be filed on the next business day that is not a Saturday, Sunday or holiday.

To file an appeal, you may file:
- On-line at connect.myflorida.com or
- Mail to RA Appeals; P.O. Box 5250 Tallahassee, FL 32314-5250;
- Or fax to (850) 617-6504.

Include the claimant's name and the last four digits of the social security number.

If filed on-line, the confirmation date is the filing date. If mailed, the postmark date is the filing date. If faxed, the date stamped received is the filing date. Call (800) 204-2418 with any questions about this claim or filing an appeal.

If unemployed, you must continue reporting on your claim until all redeterminations/appeals are resolved.

Kelli J. Smith
2420 Caraway Dr
Venice, FL 342924177

## DERECHOS DE APELACIÓN

Esta determinación será definitiva a menos que se presente una apelación dentro de los 20 días calendario luego de la fecha de distribución/envío postal indicada en la parte superior. Si el veinteavo día (20°) es Sábado, Domingo o festivo, según se define en F.A.C. 73b-20.005(2), la apelación podría presentarse el día hábil siguiente que no sea Sábado, Domingo ni festivo.

La apelación puede presentarse:
- En línea en connect.myflorida.com o
- Por correo postal a RA Appeals; P.O. Box 5250 Tallahassee, FL 32314-5250;
- O por fax al (850) 617-6504.

Incluya el nombre y apellido y los últimos cuatro dígitos del número de seguro social del reclamante.

Si se presenta en línea, la fecha de confirmación es la fecha de presentación. Si se envía por correo postal, la fecha del matasellos es la fecha de presentación. Si se envía por fax, la fecha del sello de recibido es la fecha de presentación. Llame al (800) 204-2418 si tiene alguna pregunta sobre esta reclamación o sobre cómo presentar una apelación.

Si está desempleado, debe continuar informando en base a su reclamo hasta que todas las nuevas determinaciones/apelaciones se resuelvan.

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750

500127

## DWA APÈL

Detèminasyon sa a pral definitif sòf si ou depoze yon apèl nan lespas 20 jou almannak aprè dat
distribisyon/postal detèminasyon ki endike anwo a. Si 20yèm jou a se yon Samdi, Dimanch oswa yon
jou ferye daprè jan sa define nan F.A.C. 73b-20.005(2), ou ka depoze apèl la nan pwochen jou ouvrab ki
pa yon Samdi, Dimanch oswa yon jou ferye.

Pou depoze yon apèl, ou ka fè sa:
- Sou entènèt nan connect.myflorida.com oswa
- Poste l bay RA Appeals; P.O. Box 5250 Tallahassee, FL 32399-5250;
- Oswa fakse l nan (850) 617-6504.

Mete non reklaman an ak kat (4) dènye nimewo sekirite sosyal li sou apèl la.

Si w fè l sou entènèt, dat konfimasyon an se dat sa ou depoze apèl la. Si w poste l, dat tenb lan se dat sa
a ou depoze apèl la. Si w faks li, dat yo resevwa la se dat sa a apèl la depoze. Rele (800) 204-2418 pou
tout kesyon ou genyen konsènan reklamasyon sa a oswa sou fason pou depoze yon apèl.

Si w pap travay, ou dwe kontinye rapòte reklamasyon w lan pou jiskaske tout redetèminasyon/apèl yo
fin rezoud.

Department of Commerce
Reemployment Assistance
Benefit Records
P.O. Drawer 5750
Tallahassee, FL 32314-5750



## UNIVERSITY OF CENTRAL FLORIDA
### Resignation Form

I, the undersigned, hereby tender my resignation effective at the close of business on
Kelli J. Smith _____ for the following reason: (please check one)

☐ Family Reasons        ☐ Health Reasons    ☐ Return to School
☐ Personal Reasons      ☐ Relocation        ☑ Retirement
☐ Transportation Problems                   ☐ Other Position (outside of UCF)
☐ Other_____                       ☐ Transfer within UCF (new dept completes ePAF)

I certify that this resignation is executed by me voluntarily and of my own free will, and that I desire to
discontinue my services at the University of Central Florida. This resignation is not given or executed
due to any threat, force, duress, menace, or undue influence of any kind, by any person or persons
whomsoever.

**Supervisor's Response** (do not complete for transfers within UCF) - **Must be completed if the
employee provides less than two weeks' notice:**

☐ I accept the above resignation. The employee **is** eligible for rehire.

☐ I accept the above resignation. The employee **is not** eligible for rehire.

**Employee's Acknowledgment** (do not complete for transfers within UCF) - **Must be completed if the
employee provides less than two weeks' notice:**

My supervisor has advised me of the University's resignation policy. I understand that:

☑ I am eligible for rehire.        ☐ I am not eligible for rehire.

Signature Section - Supervisor and employee signatures are required.

| _____ | J. B Meade | 1/10/17 |
|---|---|---|
| Signature of Supervisor | Print Name | Date |

| _____ | Kelli J. Smith | 01/12/17 |
|---|---|---|
| Signature of Employee | Print Name | Date |

| 018267 | UCF Police Dept. |
|---|---|
| Employee ID | Department Name |

Attach to:    Electronic Personnel Action Form (ePAF)
Copy to:      Employee
              Department File

EXHIBIT
4
PENGAD 800-631-6989
12/22/5 Smith

Rev 08Dec2015

Case 2:23-cv-00840-JES-KCD    Document 37-1    Filed 03/28/25    Page 36 of 68 PageID
514
Old Internet Admin App for SMITH, KELLI J (Page 17 of 56)

Application Date: **Thursday, May 24, 2018 at 10:19 AM**

## Sarasota County Public Schools
1960 Landings Boulevard
Sarasota, Florida 34231
Telephone: (941) 927-9000; Fax: (941) 927-4020

**Administrative
Application**

### CONTACT INFORMATION

PID: **68097**

Last Name: **Smith**    First Name: **Kelli**    Middle Initial: **J**

Present Address:

City:    State:    Country: **United States**    Postal Code:

Primary contact number:    Other Phone:    Address Valid Until:

E-mail Address:    **@gmail.com**

Alternate Contact:

Name:    Address:

Phone:

### EMPLOYMENT PREFERENCE(S)

**DISTRICT ADMINISTRATOR**

Employment Preferences Selected:

### PROFESSIONAL INFORMATION

Date available for employment: **07/01/2018**

When can you report for an interview:  **05/16/2018**

Are you currently under contract with another school district?  **No**
 If Yes, name, address, and phone number of district:

Are you now, or have you ever been employed by Sarasota County Public Schools?  **No**
If Yes, state position(s) and date(s) and name(s):

Have you ever:

had a teaching/administrative credential denied, revoked or suspended in any state?  **No**

failed to fulfill a teaching or administrative contract?  **No**

had any disciplinary action taken against you by any Board of Education?  **No**

been removed or dismissed from any position?  **No**

resigned in lieu of termination?  **No**

had a contract non-renewed?  **No**

Explanation and Work Locations for all YES answers:

State briefly why you have chosen to apply for an administrative position in Sarasota County Schools:
**I am applying for the Chief of Police Position. I retired from the University of Central Florida Police Department as a Major in
January, 2017. I am the Chief of Police at Northern Arizona University. I have more than 27 years of law enforcement
experience with 21 years in higher education law enforcement. I am Florida Law Enforcement Officer Certified.**

State the reason for desiring a change of employment (if applicable):
**I love working in law enforcement in educational institutional environments. I would love to return to Florida and work in
Sarasota County. I could relocate quickly and easily should I be selected.**

### PERSONAL INFORMATION

Can you, after employment submit verification of your legal right to work in the United States?  **Yes**

If not, indicate your work status:

List honors/scholarships, special skills, talents, interests and abilities, office equipment you can operate, professional development
training conducted and other pertinent information:
**Florida Law Enforcement Officer Certified Arizona Peace Officer Certified Flagstaff Metro Board of Directors (Organized
Crime) Southern Police Institute Command Officers Development Course Graduate International Association of Chief's of
Police Women's Leadership Graduate University of Central Florida Master's of Science Degree Criminal Justice University of
Central Florida Bachelor's of Science Degree Criminal Justice**



**500477**

Case 2:23-cv-00840-JES-KCD    Document 37-1    Filed 03/28/25    Page 37 of 68 PageID
515
Old Internet Admin App for SMITH, KELLI J (Page 18 of 56)

## EDUCATION

List all high schools/trade schools etc. that you have attended and type of degree earned.

| Dates From / To | Degree | College / University / Trade School / Other | Major | | Minor |
|---|---|---|---|---|---|
| 06/2005 - 12/2006 | Masters | -OTHER--PLEASE LIST BELOW University of Central Florida | LAW | Criminal Justice | |
| 06/1998 - 06/2005 | Bachelors | -OTHER--PLEASE LIST BELOW University of Central Florida | LAW | Criminal Justice | |

## WORK EXPERIENCE

Teaching Experience

| Dates From / To | School/Address District | State | Grade & Subjects | Supervisor | Phone Number | Reason for Leaving |
|---|---|---|---|---|---|---|
| 01/2010 - 01/2017 | University of Central Florida 4000 Central Florida Blvd Orlando | FL | Undergradute Criminal Justice Courses Job Type: PartTime School Type: Public | Melvin Rogers | 407-496-1015 | Retired |

Total Years Teaching Experience: 7

Administrative Experience

| Dates From / To | School/Address District | State | Position / Duties | Supervisor | Phone Number | Reason for Leaving |
|---|---|---|---|---|---|---|
| 09/2017 - 05/2018 | Northern Arizona University 550 E Pine Knoll Drive, Flagstaff | AZ | Chief of Police - managing a 4.9 million dollar budget Job Type: Fulltime School Type: | Dan Okoli | 928-523-6108 | Still Employed |
| 07/2007 - 06/2015 | University of Central Florida 4000 Central Florida Blvd, Orland | FL | Lieutenant. I supervised large scale events including football games with 45k attendees. Admiral Harms oversaw game day operations and was my sueprvisor. My responsibility included the supervision of more than 150 sworn officers, tailgating and game day functions for a major university. Job Type: Fulltime School Type: Public | Alfred Harms | 407-206-1900 | Retired |
| | | | I began working as a patrol officer in 1997 and eventually retired as Police Major. I supervised large scale | | | |

500478

Old Internet Admin App for SMITH, KELLI J (Page 19 of 56)
Case 2:23-cv-00840-JFS-KCD   Document 37-1   Filed 03/28/25   Page 38 of 68 PageID
516

| 10/1997 - 01/2017 | University of Central Florida Police Dep 4000 Central Florida Blvd | FL | events of greater than 45k people, accreditation, patrol,complex criminal and adminstrative investigations, and training. See resume for more detail. Job Type: Fulltime School Type: | Christine Gigicos | 407-399-2696 | Retired after 26 years in FRS - I have been out of FRS for 1.5 years |

Total Years Administrative Experience:  11

General Experience

| Dates From / To | Company | Address & State | Title | Supervisor | Phone Number | Reason for Leaving |
|---|---|---|---|---|---|---|

**PROFESSIONAL REFERENCES**

**REFERENCES PREVIOUSLY PROCESSED:**

Name:  **Alfred  Harms**                              Title:  **Vice Admiral (USN, RET)/VP Em.**

School / University / Company:  **University of Central Florida**

Work Phone:  **407-206-1900**                        Home Phone:

E-Mail Address:  **harmsag4@gmail.com**

Name:  **Christine  Gigicos**                        Title:  **Police Commander**

School / University / Company:  **University of Central Florida**

Work Phone:  **407-399-2696**                        Home Phone:

E-Mail Address:  **Christine.Gigicos@ucf.edu**

**NEW REFERENCES:**

**VETERANS PREFERENCE**

Last Name:  **Smith**                    First Name:  **Kelli**                    Middle Initial:  **J**

The School Board of Sarasota County will comply with Florida Statutes on Veterans' Preference. Applicants claiming Veterans' Preference must complete the Veterans' Preference Claim Form below and submit a copy of the DD214 (Member Copy 4) form in order for the application file to be regarded as complete.

Are you claiming Veterans' preference?  No

Have you ever claimed Veterans' Preference in the State of Florida?  No

Have you ever been employed in a full-time capacity by the State of Florida or any political subdivision of the state to include public school districts?  Yes

Are you a resident of the State of Florida?  No

*If active service:*

Date of Entry:

Date of Discharge:

Branch of Service:

Applicants claiming Veterans' Preference must submit a letter of intent to the Human Resources Department for each vacancy of interest. The letter of intent must specify that Veterans' Preference is being claimed.

**Veteran's Preference Claim Form**

Subsection 1.01(14) Florida Statute defines the term Veteran as one has served in the active military and who is discharged under honorable conditions only, or

Case 2:23-cv-00840-JES-KCD    Document 37-1    Filed 03/28/25    Page 39 of 68 PageID
517
Old Internet Admin App for SMITH, KELLI J (Page 20 of 56)

who later received an upgraded discharge under honorable conditions notwithstanding any action by the Department of Veterans' Affairs on individuals discharged or released with other than honorable discharges. To receive benefits as a wartime veteran, a veteran must have served during one of the following periods of wartime service (documentation of such service must be provided at time of application):

_ Korean Conflict: June 27, 1950 to January 31, 1955.

_ Vietnam Era: February 28, 1961 to May 7, 1975.

_ Persian Gulf: August 2, 1990 to January 2, 1992.

_ Operation Enduring Freedom - October 7, 2001 to date to be determined.

_ Operation Iraqi Freedom - March 19, 2003 to date to be determined.

_ Any Armed Forces Expeditionary Medal received by a qualified applicant provides qualifying service for Veterans' Preference.

_ *A veteran with a service-connected disability who is eligible for or receiving compensation, disability retirement, or pension under public laws administered by the US Department of Veterans' Affairs and the Department of Defense, or

_ *The spouse of a veteran who cannot qualify for employment because of a total permanent service-connected disability, or the spouse of a veteran missing in action, captured, or forcibly detained by a foreign power, or

_ A veteran of any war who has served on active duty for one day or more during a wartime period, excluding active duty for training, and who was discharged under honorable conditions from the Armed Forces of the United States of America, or

_ *The unremarried widow or widower of a veteran who died of a service-connected disability

* A statement of disability certification from the Department of Veterans' Affairs must be submitted at time of application.

**Upon acceptance of full-time employment with a covered employer, Veterans' Preference entitlement is thereby expired.**

If an applicant claiming Veterans' Preference for a vacant position is not selected, he/she may file a complaint with the Florida Department of Veterans' Affairs, Mary Grizzle Office Building, 11351 Ulmerton Road, Largo FL 33778. A complaint must be filed within 21 days of the applicant receiving notice of the hiring decision made by the employing agency or within 3 months of the date of the application is filed with the employer if no notice is given.

*The School Board of Sarasota County complies with State Statutes on Veterans' Preference and Federal Statutes on nondiscrimination on the basis of race, color, sex, religion, national origin, age, disability, marital status or sexual orientation.*

## PROCEDURAL NOTIFICATION/AGREEMENT

### Procedural Notification

To be considered for a position, a completed application consisting of this online form, two (2) valid references (on district form), a completed Security Background form, resume (optional for non-instructional/classified), official transcripts (if applicable) and/or copies of appropriate certificates / licenses (front and back) / high school diplomas / GED / or equivalent (if applicable) should be submitted. A Letter of Intent should be submitted to the Human Resources Department prior to the closing date and time stated on the job posting for which you wish to apply.

### Instructional/Certified Applicants:

Applications are kept for a period of two (2) years. If an applicant is not employed in a School Board appointed position by the end of the two (2) year period, the applicant must update their online application, submit at least one updated reference from their current supervisor; a new Security Background form and an updated resume (no time gaps) will be required

### Non-Instructional/Classified Applicants:

Applications are kept for a period of two (2) years. If an applicant is not employed in a School Board appointed position within the two-year period and still wishes to be considered for a permanent position, the applicant must update their online application, submit at least one updated reference and a new Security Background form will be required. Applicants must register with our online VACANCY SYSTEM at https://webap.sarasota.k12.fl.us/vacancies and submit interest prior to the closing date and time stated on the job posting for which they wish to apply.

### Administrative Applicants:

Applications are kept for a period of two (2) years. If an applicant is not employed in a School Board appointed position within the two year period and still wishes to be considered for a permanent position, the applicant must update their online application, submit at least one updated reference and a new Security Background form will be required.

### Agreement

I certify that the answers given herein are true and to the best of my knowledge.

I authorize The School Board of Sarasota County, Florida to make such investigations and inquiries of my personal or employment history and other related matters as may be necessary in arriving at an employment decision. I hereby release employers, schools, or persons from all liability in responding to inquiries in connection with my application.

In the event of employment, I understand that false or misleading information given in my application or interview(s) may result in termination of employment. I understand, also, that I am required to abide by all policies and procedures of The School Board of Sarasota County, Florida.

Type "YES" if you agree to the above:   **YES**

Case 2:23-cv-00840-JFS-KCD    Document 37-1    Filed 03/28/25    Page 40 of 68 PageID
518
Old Internet Admin App for SMITH, KELLI J (Page 21 of 56)

*The Sarasota County Board of Education is an equal opportunity employer. Applicants for all positions are considered without regard to race, color, religion, sex, national origin, age, marital or veteran status, or the presence of a non-job related medical condition or handicap.*



## APPLICATION FOR EMPLOYMENT
## TOWN OF LONGBOAT KEY POLICE DEPARTMENT

Human Resources Department
501 Bay Isles Road, Longboat Key, FL 34228
Phone: (941) 316-1999
Fax: (941) 316-1656

Hover over form fields for instructions.

Your application will not be considered unless complete answers are provided to all questions on this application. Resumes may be submitted as supplements, but cannot be accepted in lieu of any part of this application.

1. Name (Last) Smith    (First) Kelli    MI J    SSN

Present Address ____    City ____    State ____    ZIP

Home Phone ____    Alternative Phone ____    Email ____

2. Are you eligible to work in the United States?*    ⦿ Yes    ○ No    *Proof of eligibility will be required before you can be employed.

3. How long have you lived at your current address?    3 mos

4. Position(s) applied for: (Please use specific titles.)    (1) Police Chief    (2)

Can you perform the essential duties of the position for which you are applying, as these duties are set forth in the job description, with or without reasonable accommodations?    ⦿ Yes    ○ No

A "No" response will result in a more detailed investigation if you are otherwise sufficiently well qualified for the job(s) you seek.

**EXHIBIT**
PENGAD 800-631-6989
2/2/25 Smith

5. Have you previously been employed by the Town of Longboat Key?    ○ Yes    ⦿ No

If yes, when, in what position, and what was your reason for leaving?    N/A

6. Do you have any relatives working for the Town of Longboat Key?    ○ Yes    ⦿ No

If yes, give their full name(s), relationship to you and their present position with the Town of Longboat Key

N/A

7. Have you any outside employment?    ○ Yes    ⦿ No

If yes, explain fully the nature of such business or employment

N/A

8. If you have outside employment, would you be willing to give up the outside employment if the Longboat Key Police Department determines it interferes with your responsibilities?    ○ Yes    ○ No

9. Have you ever worked under a different name?    ○ Yes    ⦿ No    If yes, name ____

| Date Received | Applicant ID Code | Received by | Veterans Preference Applies |
|---|---|---|---|
| 10 20 | | | ☐ |

000351

10. To the best of your knowledge, has anyone ever filed a complaint in federal or state court, or a charge with any local, state, or federal agency, **against you** alleging unlawful harassment or unlawful discrimination?  ○ Yes ● No

If so, please describe

N/A

11. Has anyone **accused you** of unlawfully harassing them or discriminating against them?  ○ Yes ● No

If so, please give date(s), the employer(s), circumstance(s) and outcome

N/A

12. Have you ever been convicted, pled guilty, or pled no contest to a misdemeanor involving perjury, a false statement, or moral turpitude?  ○ Yes ● No

For the purpose of this question, you must disclose any conviction, guilty plea, or no contest plea, even if adjudication was withheld. Include details, the type of crime, the date, and the penalty imposed.

N/A

Has a prosecuting attorney ever refused to allow your testimony due to previous false statements or perjury allegations?  ○ Yes ● No

If so, explain in detail. Include the date and prosecuting attorney's name.

N/A

13. Have you ever been convicted, pled guilty or pled no contest to any felony or any crime other than a traffic violation in which either alcohol or illegal drugs were involved?  ○ Yes ● No

For the purpose of this question, you must disclose any conviction, guilty plea, or no contest plea, even if adjudication was withheld. Include details, the type of crime, the date, and the penalty imposed.

N/A

14. Have you ever been convicted, pled guilty, or pled no contest to a felony charge against you?  ○ Yes ● No

For the purpose of this question, you must disclose any conviction, guilty plea, or no contest plea, even if adjudication was withheld. Include details, the type of crime, the date, and the penalty imposed.

N/A

15. Have you ever been convicted, pled guilty, or pled no contest to charges of domestic battery, assault, stalking, or violation of a protection order?  ○ Yes ● No

For the purpose of this question, you must disclose any conviction, guilty plea, or no contest plea, even if adjudication was withheld. Include details, the type of crime, the date, and the penalty imposed.

N/A

NOTE: A conviction may not be an automatic bar to your employment. Factors such as your age at the time of the offense(s); how long ago such offense(s) occurred; seriousness and nature of offense(s); extent of relationship between conviction(s) and each particular position you apply for; and rehabilitation efforts will be taken into account. Falsification of your answers will result in your dismissal if you are employed.

000352

16. Have you ever used, possessed, cultivated, sold or attempted to sell illegal controlled substances as defined by Florida Statutes, Chapter 893?    ⊙ Yes  ● No

If so, state the most recent time and what illegal controlled substance you used, cultivated, sold or attempted to sell? Explain.

N/A

17. Have you ever been discharged or dismissed from a job?  ⊙ Yes  ● No

If yes, explain what for, name of the employer and whether or not you think the decision to terminate you was fair; and if not, why do you disagree?

N/A

A MVR background check will be conducted on individuals selected for appointment to positions that require the operation of a Town vehicle. The Town of Longboat Key reviews driving records annually; therefore, your driving record is subject to review. By signing this application, you consent to the background check.

18. Do you have a valid Florida Driver's or Chauffeur's License?        ⊙ Yes  ● No

If yes, give type, number & expiration date    _____

19. List all driver's licenses ever issued to you. Include the most current, and the state or agency from which it was issued. Include any military licenses or learner's permits.

███████████
████████████

20. Has your driver's license ever been suspended or revoked?        ● Yes  ⊙ No

If yes, explain fully, giving date and reason

1989-ish My auto insurance lapsed and my DL was suspended. It was reinstated when my insurance was reinstated.

21. Please list all traffic citations ever received. Include moving and non-moving citations and court disposition, whether or not they appear on your driving history. If this does not apply, please state "N/A."

I cannot remember the specifics since it was in the mid 1980's. I have not received a UTC since then. At least 30 years ago.

22. Please list all at-fault motor vehicle accidents where you were the vehicle's operator, whether reported or unreported. Please provide complete details for each incident. If this does not apply, please state "N/A."

January, 2020 I backed into an illegally parked vehicle on the roadway. I was not cited, but listed as Driver 1.

23. Are you claiming veteran's preference? If so, please complete the attached Veteran's Preference Certification Form and, if applicable, the Certification of Current Member of Reserve Component form or Certification of Unmarried Widow or Widower Form.

⊙ Yes, I claim Veteran's Preference    ⊙ No, I do not claim Veteran's Preference  ● I did not serve in the U.S. military

24. If you were in the U.S. military, did you receive an honorable discharge? Please attach a copy of your DD-214, DD-256, or NGB-22.

○ Yes, I received an honorable discharge   ○ No, I did not receive an honorable discharge   ◉ I did not serve in the U.S. military

25. What was your Military Occupational Specialty (MOS)? If this does not apply, state "N/A"

26. List any specialized training in the U.S. military. If this does not apply, state "N/A."

N/A

27. List any disciplinary actions while in the U.S. military. If this does not apply, state "N/A."

N/A

28. List all law enforcement academies which you have attended or to which you have applied. Indicate whether or not the program was completed and, if not, why. If this does not apply, state "N/A."

Broward Community College Corrections Academy 1991 - graduated
Mid Florida Tech Cross Over Academy 1996-/97 - graduated
Arizona Equivalency Peace Officer Standards Training Commission - Peace Officer certification attained.

29. Have you ever left employment in lieu of termination, under the threat of disciplinary action, while under investigation, or pending an investigation?   ○ Yes ◉ No

If yes, explain

30. If you are or have been employed by a law enforcement or corrections agency, are you now or have you ever been under internal investigation?   ○ Yes ◉ No

If you answered "yes," list all internal investigations, any active investigation(s), and the disposition of completed investigations

N/A

31. Are you a certified law enforcement officer (LEO) in the State of Florida? ◉ Yes ○ No
If yes, attach a copy of your certification.

32. If you are a certified LEO, but not in the State or Florida, indicate in which state you are certified  Arizona ▼

Attach a copy of your certification.

Have you completed the Equivalency of Training (ETO)?   ◉ Yes ○ No

If so, list the academy and date completed. Attach a copy of the program certificate and, if applicable, the Florida State Officer Examination results. If this does not apply, state "N/A."

I possess Florida and AZ certifications

000354

33. List ALL agencies to which you have ever applied for LEO or corrections positions.   ☒ Select if N/A

| Agency name | Status | Steps completed | Status of last step completed |
|---|---|---|---|
| | Closed ▾ | | ▾ |
| | ▾ | | ▾ |
| | ▾ | | ▾ |
| | ▾ | | ▾ |
| | ▾ | | ▾ |
| | ▾ | | ▾ |
| | ▾ | | ▾ |
| | ▾ | | ▾ |
| | ▾ | | ▾ |
| | ▾ | | ▾ |
| | ▾ | | ▾ |
| | ▾ | | ▾ |
| | ▾ | | ▾ |
| | ▾ | | ▾ |
| | ▾ | | ▾ |
| | ▾ | | ▾ |
| | ▾ | | ▾ |
| | ▾ | | ▾ |
| | ▾ | | ▾ |
| | Closed ▾ | | ▾ |

## EDUCATION AND TRAINING

(Candidates will be responsible for presenting transcripts, diplomas or certificates if employed)

34. Check all that apply.    ☐ GED    ☐ High school diploma    ☒ College degree

Name and location of the last high school attended    Miramar High School, Miramar, Florida

35. Please indicate your highest level of education    Post-graduate ▼

If your education includes an Associate Degree or higher, please attach a copy of the degree or degree transcripts.

| 36. College attended | From | To | Major | Degree |
|---|---|---|---|---|
| University of Central Florida | 2005 | 2007 | Criminal Justice | MS |
| University of Central Florida | 1997 | 2005 | Criminal Justice/Pub Adm | BS |
| | | | | |

37. Vocational/Training, Trade, Business, Armed Forces, and other schools and special training

| Institution attended | From | To | Program | Certificate |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

38. List software applications with which you are proficient, e.g., Microsoft Word, Excel, PowerPoint. You have been advised as to which applications, if any, are related to the job you seek, so that you may accurately respond.

Microsoft Applications (Word, excel, Power Point, etc.)

39. Do you have any special skills or other qualifications for the position for which you have applied, which you would like the Town of Longboat Key to consider?    ⦿ Yes ◯ No

If yes, explain

I have more than 29 years of law enforcement experience. I am the Chief of Police at Northern Arizona University and a retired Police Major from Florida. My Florida standards are still current.

000356

**EXPERIENCE**

Please complete in DETAIL all former employment starting with your present employer. Include summer employment and U.S. military experience. For any unemployment or self-employed periods, show dates (i.e. month and year) and locations. If you have a resume, you may attach it for explanation of duties, **but must fill out this questionnaire.** You are still required to complete all information requested herein. If additional space is required, attach a second sheet. If you were ever employed in any position under a different name, give in each position the name used. Account for periods of unemployment.

Name of current/most recent employer Northern Arizona University Police Dept.    From 9/2017    To current

City Flagstaff    State Arizona    ZIP 86005    May we contact? ○ Yes ● No

Starting salary 140000    Final salary 144400    Title Police Chief

Immediate Supervisor Daniel Okoli    Phone 6083388787

Duties

As Police Chief I oversee 30 sworn officers, a PSAP Communications Division, Department of Emergency Management. Formulate policy and procedures in compliance with federal, state, and local laws. Plan for large scale events, community outreach, manage a multimillion dollar budget, dedicated committment to community partnerships and collaboration with the goal of customer service

Reason for leaving I want to return to Florida. It is my home state.

Name of previous employer (1) University of Central Florida Police Dept    From 1997    To 2017

City Orlando    State Florida    ZIP 32820    May we contact? ● Yes ○ No

Starting salary 28000    Final salary 95000    Title Major (retired)

Immediate Supervisor Richard Beary    Phone 4074638128

Duties

I worked my way through the ranks from Patrol to Major (retired). Commander of Professional Standards, Training, Criminal Investigations, Patrol, and K9. Develop operational plans for large scale events of 45,000 patrons including athletic events, political rallies, President of the United States visits (POTUS) coordinating law enforcement resources from more than 6 agencies & 250 officers

Reason for leaving Retired

Name of previous employer (2) Osceola County Corrections    From 1994    To 1997

City Kissimmee    State Florida    ZIP 34744    May we contact? ● Yes ○ No

Starting salary 23000    Final salary 25000    Title Correction Officer

Immediate Supervisor Dawn Cutcher    Phone Retired

Duties

Care, custody and control of inmates.

Reason for leaving Became a police officer

000357

**EXPERIENCE (cont'd)**

Name of previous employer (3)  Florida Department of Corrections    From 1994  To 1994

City Daytona Beach    State Florida    ZIP 32124    May we contact? ⦿ Yes ○ No

Starting salary 18000    Final salary 18000    Title Correction Officer

Immediate Supervisor Sgt. Dill    Phone Retired

Duties

Care, custody and control of inmates.

Reason for leaving Financial security.

Name of previous employer (4)  Broward County Sheriffs Officer    From 1991  To 1994

City Fort Lauderdale    State Florida    ZIP 33312    May we contact? ⦿ Yes ○ No

Starting salary 22000    Final salary 26000    Title Detention Deputy

Immediate Supervisor Can't recall    Phone

Duties

Care, custody and control of inmates.

Reason for leaving Relocated to Central Florida

Name of previous employer (5)    From  To

City    State    ZIP    May we contact? ○ Yes ○ No

Starting salary    Final salary    Title

Immediate Supervisor    Phone

Duties

Reason for leaving

**ADDITIONAL INFORMATION FOR POLICE APPLICANTS**

Residences: Please list, in chronological order, where you have lived for the past ten (10) years, beginning with the most current, and listing residences while at school or in military service. (For college/campus residences, provide dormitory name(s), city, and state. If residence in military service cannot be shown as a street address, indicate complete military unit designation and location by city and state.) If more address space is needed, use a blank page, or copy this page and attach it to the application.

1) Street address ▨▨▨ City ▨▨ff State A▨▨▨▨ ZIP 8▨▨▨

**Dates of residence**   Month/year moved in 5/2020

○ Own   ● Rent   If own, list mortgage company

If renting, list the name and contact information of landlord David Milner

2) Street address ▨▨▨ City ▨▨ff State ▨▨▨ ZIP ▨▨▨5

**Dates of residence**   Month/year moved in 10/2017      Month/year moved out 5/2020

● Own   ○ Rent   If own, list mortgage company Dovenmuehle Mortgage

If renting, list the name and contact information of landlord

3) Street address ▨▨▨ City ▨ State ▨ ZIP ▨

**Dates of residence**   Month/year moved in 01/2017      Month/year moved out 10/2017

● Own   ○ Rent   If own, list mortgage company None

If renting, list the name and contact information of landlord

4) Street address ▨ City ▨▨o State ▨▨ ZIP ▨

**Dates of residence**   Month/year moved in 8/2015      Month/year moved out 01/2017

○ Own   ● Rent   If own, list mortgage company

If renting, list the name and contact information of landlord 407-955-5905 (unknown name)

5) Street address ▨▨0▨▨ City ▨ State ▨ ZIP ▨

**Dates of residence**   Month/year moved in 6/2004      Month/year moved out 6/2015

● Own   ○ Rent   If own, list mortgage company Third Federal

If renting, list the name and contact information of landlord

## ADDITIONAL INFORMATION FOR POLICE APPLICANTS (cont'd)

6) Street address [            ] City [            ] State [        ▼] ZIP [        ]

   Dates of residence    Month/year moved in [            ] Month/year moved out [            ]

   ○ Own   ○ Rent    If own, list mortgage company [            ]

   If renting, list the name and contact information of landlord [            ]


7) Street address [            ] City [            ] State [        ▼] ZIP [        ]

   Dates of residence    Month/year moved in [            ] Month/year moved out [            ]

   ○ Own   ○ Rent    If own, list mortgage company [            ]

   If renting, list the name and contact information of landlord [            ]


8) Street address [            ] City [            ] State [        ▼] ZIP [        ]

   Dates of residence    Month/year moved in [            ] Month/year moved out [            ]

   ○ Own   ○ Rent    If own, list mortgage company [            ]

   If renting, list the name and contact information of landlord [            ]


9) Street address [            ] City [            ] State [        ▼] ZIP [        ]

   Dates of residence    Month/year moved in [            ] Month/year moved out [            ]

   ○ Own   ○ Rent    If own, list mortgage company [            ]

   If renting, list the name and contact information of landlord [            ]


10) Street address [            ] City [            ] State [        ▼] ZIP [        ]

   Dates of residence    Month/year moved in [            ] Month/year moved out [            ]

   ○ Own   ○ Rent    If own, list mortgage company [            ]

   If renting, list the name and contact information of landlord [            ]

## STATEMENT OF UNDERSTANDING AND AUTHORITY FOR RELEASE OF INFORMATION

To: Concerned Person or Authorized Representative of Any Organization, Institution or Repository of Records:

I hereby give The Town of Longboat Key permission to make a thorough investigation of my entire background, including but not limited to, my work, educational record, achievement, attendance, personal history, disciplinary records, credit records and criminal history records and to investigate all other data I have provided. I also authorize and release any former employer, or its representatives as well as any and all other persons to provide The Town of Longboat Key with any and all information they or the Town considers relevant to my possible employment regardless of whether such information about me is positive or negative. It is my understanding that **this application,** by law, will become public record when submitted and the Town of Longboat Key cannot guarantee me its confidentiality. I further understand that if employed, other potential employers may contact The Town of Longboat Key from time to time for job-related information. I hereby authorize the Town of Longboat Key to provide any information it deems relevant whether good or bad to potential employers upon request. The Town of Longboat Key will redact all information not subject to disclosure under Florida Statutes Chapter 119 (Florida Sunshine Law), social security numbers, date of birth, etc.

I have read and understand all of the information and agree to the terms provided herein and I hereby release the Town of Longboat Key, as well as all its employees, elected officials and agent, and others from any liability which may result from furnishing the information as set forth above.

All requests for information have been completed as fully and accurately as possible and I recognize that any material misrepresentation or pertinent omission of fact in my application as determined by the Town may disqualify me from employment with the Town of Longboat Key or if employed and later discovered may result in termination of my employment.

Florida State Statute 768.095 titled employer immunity from liability; disclosure of information regarding former employees states: An employer who discloses information about a former employee's job performance to a prospective employer of the former employee upon request of the prospective employer or of the former employer is presumed to be acting in good faith and, unless lack of good faith is shown by clear and convincing evidence, is immune from civil liability for such disclosure of its consequences. For the purposes of this section, the presumption of good faith is rebutted upon a showing that the information disclosed by the former employer was knowingly false or deliberately misleading, was rendered with malicious purpose, or violated any civil right of the former employee protected under chapter 760.

PROBATION

- The initial probation period for a full-time regular police officer is three hundred sixty five (365) days. The initial initial probationary period may be extended by Management for an additional ninety days (90).
- Full time employees who have not successfully completed the applicable probationary period or extension thereof, and all part time, temporary or seasonal employees serve in their positions and as Town employees at the will and pleasure of the Town Manager or his designees.

DRUG SCREENING

To the extent allowed by law, all applicants for employment must pass a drug test as a condition of being offered employment. Refusal to take a test and when directed by the Town will eliminate the applicant from further consideration. If employed, all employees are subject to testing for use of illegal substances at any time subject to applicable law and The Town Drug & Alcohol Policy.

## VETERANS' PREFERENCE CERTIFICATION

Date [                    ]    Name [                              ]

Section 295.07(1), Florida Statutes, provides for Veterans' Preference in employment appointment and retention, if qualified under one of the following categories, and not exempt under Section 295.07(4), Florida Statutes. Section 295.09, Florida Statutes, also provides Veterans' Preference for reinstatement, reemployment, and promotion. If you seek Veterans' Preference, please "check" the appropriate box, and provide this form and documentation of your status with your employment application, no later than the position advertisement closing date.

I certify that I am qualified to claim Veterans' Preference under the category checked below.

**(a)** A disabled veteran:

☐
   1. Who has served on active duty in any branch of the United States Armed Forces, has received an honorable discharge, and has established the present existence of a service-connected disability that is compensable under public laws administered by the United States Department of Veterans Affairs; or

   2. Who is receiving compensation, disability retirement benefits, or pension by reason of public laws administered by the United States Department of Veterans Affairs and the United States Department of Defense.

☐ **(b)** The spouse of a person who has a total disability, permanent in nature, resulting from a service-connected disability and who, because of this disability, cannot qualify for employment, and the spouse of a person missing in action, captured in line of duty by a hostile force, or forcibly detained or interned in line of duty by a foreign government or power.

☐ **(c)** A wartime veteran as defined in s. 1.01(14), who has served at least 1 day during a wartime period. I acknowledge that active duty for training may not be allowed for eligibility under this paragraph.

☐ **(d)** The unremarried widow or widower of a veteran who died of a service-connected disability.

☐ **(e)** The mother, father, legal guardian, or unremarried widow or widower of a member of the United States Armed Forces who died in the line of duty under combat-related conditions, as verified by the United States Department of Defense.

☐ **(f)** A veteran as defined in s. 1.01(14), F.S. I acknowledge that active duty for training may not be allowed for eligibility under this paragraph.

☐ **(g)** A current member of any reserve component of the United States Armed Forces or the Florida National Guard. If so, please attach FDVA form VP2, signed by your immediate military supervisor, to document your status.

Please submit this certification with your application, or as soon as possible, prior to the date that the position advertisement closes. **In order to receive Veterans' Preference and to complete your application, this form and documentation to prove your status must be returned to the Human Resources ("HR") office in accordance with Rule 55A-7.013, Florida Administrative Code.** Please contact HR at 941-316-1999 if you have any questions.

If you feel that you are not afforded preference in consideration for appointment to certain positions or if a non-preference eligible applicant is appointed to the position in the Town of Longboat Key government, you have the right to request an investigation. To exercise this right you must file a written complaint with the Florida Division of Veteran's Affairs, Attention: Veteran's Preference Coordinator, 11351 Ulmerton Road, Suite 311, Largo, FL 33778-1630. Such complaint must be filed within 60 calendar days from the date you receive written notice of the hiring decision.

This statement is true to the best of my knowledge and belief.

By    Applicant signature

[                                        ]

Printed name

_____

# CERTIFICATION OF UNREMARRIED WIDOW OR WIDOWER

Section 295.07(1)(d), Florida Statutes, provides Veterans' Preference in appointment and retention for an unremarried widow or widower of a Veteran who died of a service-connected disability and

Section 295.07(1)(e), Florida Statutes, provides Veterans' Preference in appointment and retention for an unremarried widow or widower of a member of the United States Armed Forces who died in the line of duty under combat-related conditions.

In order to receive Veterans' Preference in employment appointment and retention, this form documenting the fact that I have not remarried, must be returned to the Human Resources office along with Veterans' Preference Certification, FDVA form VP-1, in order to complete the application packet.

**To be completed by Unremarried Widow or Widower:**

I certify that I, _____ was married to _____

a member of the _____ (branch) of the United States Armed Forces.

I further certify that I have not remarried since the date of his/her death.

**Signature of Widow or Widower**

Printed name _____ Date _____

Home Phone _____ Mobile Phone _____

Present Address _____ City _____ State _____ ZIP _____

**Signature of Witness**

Printed name _____ Date _____

Present Address _____ City _____ State _____ ZIP _____

000363

## CERTIFICATION OF CURRENT MEMBER OF RESERVE COMPONENT
## OF THE UNITED STATES ARMED FORCES OR THE FLORIDA NATIONAL GUARD

**To be completed by your IMMEDIATE MILITARY SUPERVISOR**

I certify that [＿＿＿＿＿＿＿＿＿＿] is a current member of [＿＿＿＿＿▼] (branch)

[＿＿＿＿＿＿＿＿＿▼] and is in "Honorable" standing as of this date.

Signature of Immediate Military Supervisor

Supervisor's printed name ＿＿＿＿＿＿＿＿＿＿    Date ＿＿＿＿＿＿＿

Rank [＿＿＿＿＿]    Military supervisor's telephone number [＿＿＿＿＿＿]

**To be completed by APPLICANT:**

Section 295.07(1)(g), Florida Statutes, provides for Veterans' Preference in appointment and retention for a current member of any Reserve Component of the United States Armed Forces or The Florida National Guard, serving honorably.

In order to receive Veterans' Preference in employment appointment and retention, this form documenting my current service must be returned to the Human Resources office along with Veterans' Preference Certification, FDVA form VP-1, in order to complete the application packet.

I certify that I am a current member of [＿＿＿＿＿＿▼] honorably serving, that I intend to continue my

military service, and that the following information is accurate.

Street Address [＿＿＿＿＿＿＿]  City [＿＿＿＿＿]  State [＿＿＿＿＿▼]  ZIP [＿＿＿＿]

Signature of Current Member

Printed name ＿＿＿＿＿＿＿＿＿＿    Date ＿＿＿＿＿＿＿

000364

## REFERENCES

**Please list three references that are not relatives.**

Name Chief Sylvia Moir    Years acquainted 3    Phone 4803508311

Street Address 31 E 5th Street    City Tempe    State Arizona    ZIP 85281

Name Lt Christine Jacobs    Years acquainted 5    Phone 7072926191

Street Address 1373 Magnolia Avenue    City Rohnert Park    State California    ZIP 94928

Name Chief Kirk Fitch    Years acquainted 3    Phone 5202516166

Street Address Lake Mary Road    City Flagstaff    State Arizona    ZIP 86005

**Town Use Only:** Background information notes and verification to be completed by Town Representative

000365

## FCRA CONSUMER REPORT DISCLOSURES
## AND AUTHORIZATION FOR RELEASE OF INFORMATION

As required by the Fair Credit Reporting Act, this is to advise you that a consumer report and/or investigative consumer report (including information as to your character, general reputation, personal characteristics, and mode of living) may be obtained by the Town from a reporting agency for employment purposes as part of a pre-employment background investigation. Should an investigative consumer report be requested, you will be notified and have the right to request a complete and accurate disclosure of the nature and scope of the investigation requested, as well as a written summary of your rights under the Fair Credit Reporting Act. The Town will also provide you a copy of the report upon request.

By signing this form, I HEREBY AUTHORIZE the Town, or its representative, to obtain consumer reports, investigative consumer reports and/or any other information pertaining to my employment, credit, education or military service from any and all employers, former employers, credit agencies, educational institutions, law enforcement agencies, governments, consumer reporting agencies and any other individual or entity possessing such information.

Full Name: Kelli Smith    SSN: [redacted]    Phone: [redacted]

Present Address: [redacted]    City: [redacted]    State: [redacted]    ZIP: [redacted]

Signature

Date: 08 June 2020

**Town Use Only:** Background notes and verification to be completed by Town Representative

Submit

OR

Mail or fax completed application to:
The Town of Longboat Key
501 Bay Isles Road
Longboat Key, FL 34228
Fax (941) 316-1656
HR@longboatkey.org

000366



## TOWN OF LONGBOAT KEY

September 21, 2020

Kelli Smith



Ms. Smith,

Thank you for your cooperation in completing the background requirements in a timely manner. It is appreciated. The Sarasota County Sheriff's Office has now completed their investigation and all conditional offer requirements have been finalized. Congratulations! This letter confirms the Town's final offer of employment as a Full-Time, At-Will, Police Chief with an annual salary of $115,000. We have confirmed a start date of Monday, October 26, 2020. Your initial employment will include a six-month probationary period. Please sign and return this letter to acknowledge your acceptance of this offer.

Also, enclosed for your review is the town's Drug Free Workplace Policy and an *Acknowledgement of Receipt, Understanding, and Drug Screening Consent* form, which must be completed and **returned to Personnel on or before your first day (orientation).** Please feel free to contact Lisa Silvertooth at (941)316-1999 with any questions you may have about the town's Drug Free Workplace program.

Please arrive at 8:30: AM at Town Hall for your first day. You will have an initial meeting with me at the address listed above. You will then meet with our HR Manager, Lisa Silvertooth to do your employment paperwork. Employee information will be taken and an ID card issued. An Oath of office will be administered that afternoon. You will also have a second orientation to review the terms of the town's group health and life insurance plans within your first month of employment.

**For your orientation, please bring one document from List A or one document from both List B and List C, as indicated on the enclosed *I-9 Employment Verification form*. This is required.**

**IMPORTANT** Please make sure that you bring names, addresses and social security numbers for Primary and Contingent Beneficiary information with you on your first day.

We are looking forward to having you join the Town staff! Please do not hesitate to call should you have any questions.



Town Hall | 501 Bay Isles Road, Longboat Key FL 34228
(941) 316-1999 | SUNCOM (941) 516-2760 | fax (941) 316-1656 | www.longboatkey.org

000399

Sincerely,

Tom Harmer
Town Manager


Enclosures:
- I-9 form (complete employee section and bring to orientation with the documents)
- *Acknowledgement of Receipt, Understanding, and Drug Screening Consent* form (return this completed form **on or before orientation**)
- *Drug Free Workplace Policy*


Acceptance of Final Employment Offer:

(Signature)

Date: _21 Sept 2020_

## EMPLOYEE EXIT INTERVIEW

Name: _Kelli Smith_ Date of Termination _4-30-21_
Address:_____

Telephone Number:_____

*We would appreciate your input about the Town as a place to work*:

1. Why are you leaving? _Designed_
   _Scheduled 2 Exit Intivicuws 4/23/21 + 4/27/21 - both Cancelled/No Show_

2. Are there any changes or improvements that would have prevented you from leaving?
   Yes___          No___

3. What did you like most about working for the Town?_____
_____

4. What did you like least about working for the Town?_____
_____

5. How would you evaluate the performance of your supervisor? _____

6. Do you have any suggestions for ways the Town or your department might make work more
   pleasant and productive and if so, what are they? _____
_____

Provide employee with the following:
√ pad - Ivan
√Phone: Captain Beergut
√Keys wondy* - Bougut
√Gun Ivan * Bougut
√Badge - Nametag    P.D.
√Computer - office = Turner
√P.Card windy
BRass -
√Shirt/Belt/

COBRA Notification √
AFLAC (will bill you at home) _N/A_
Pension Letter on Pension Choices_____
401k Change Form _____
457 ICMA or PEBSCO Change form _____
(60 day window on distribution date)
Stop Direct Deposit _LIVE_
Medical/Vacation Leave information √
Life Insurance Conversion information √
Educational Assistance to be reimb. _N/A_

Final pay check date (Personnel to explain hours)  Pickup_____  Mail √  _will give the new add·ess._

The undersigned has been provided the opportunity to complete an Exit Interview, received the
above referenced notification or forms and been provided an explanation of final pay check, date
and hours:

_____
Employee Signature

_Judi Winter_
Human Resources Representative

_____
Date

**EXHIBIT**

PENGAD 800-631-6989

alk

8

12/25 Smth

000414

# Kelli Smith
# Chief of Police

## Key Areas of Expertise

- **Community and Public Relations**
- **Strong Leadership**
- **Fair and personable**
- **Transparent**
- **Collaborative Partnerships**
- **Exceptional Communication Skills**
- **Community Engagement**
- **Major Crime Investigations**
- **Data Driven Policing**
- **Employee Relations**
- **Policy Development and Implementation**
- **Fiscal Management and Responsibility**
- **Customer Service**

## Objective

To be selected as the Chief of Police for the Town of Longboat Key Police Department utilizing innovative leadership designed to enhance community partnerships within the city and surrounding agencies. I foster an environment of collaboration, outreach and professional services for the community and members of the police department. I believe in building relationships before crisis. As a Florida native, I spent more than 25 years as a law enforcement officer in the state of Florida, 13 years in senior executive law enforcement assignments before retiring in 2017. I understand the state and local concerns that exist. Since 2017, I have been the Police Chief at Northern Arizona University. As a Police Chief of a major university (30,000 students and 10,000 full time residents) and more than 29 years of progressive leadership experience, I have a complete understanding of community engagement in an environment that demands exceptional customer service, partnerships, transparency and accountability. Community Policing is centric to my philosophy. In May, 2020 I was nominated by *my industry peers* and received an award for *Excellence in Leadership*. **I maintain my Florida Law Enforcement Certification and have been in good standing since 1991.**

## Education

University of Central Florida
Orlando, Florida
Masters of Criminal Justice

Public Administration Minor

University of Central Florida
Orlando, Florida
Bachelors of Science Criminal
Justice

## Professional Experience

Flagstaff, Arizona is located in the second largest county (Coconino) in the nation. The average snowfall is approximately 10 feet annually. It is home to Northern Arizona University and has a diverse population including numerous Native American tribes. NAU has more than 11,000 full time residents and sees more than 300,000 visitors.



## Executive Training

Southern Police Institute
Command Officers
Development Course

International Association of
Chief of Police Women's
Leadership Institute Graduate

National Academy Associates
Florida Executive Development
Seminar

## Advance Training

**Florida CJSTC – (ACTIVE)
Law Enforcement Officer**

CJSTC General Instructor

National Incident Management
Systems (NIMS)

Florida Police Accreditation

Implicit Bias

Arizona Certified Peace Officer

K9 Unit Management

Special Event Management for
Large Scale Events

## ProfessionalAffiliations

Board Member Norther Arizona
Street Crimes Task Force
(METRO)

Member, International
Association Chiefs of Police
Member, International
Association of Campus Law
Enforcement

Member, Police Executive
Research Forum

*2017-current*
Chief of Police- Northern Arizona University;
Direct oversight of the Office of Emergency Management

- Manage and oversee all sworn law enforcement personnel (30)
- 12 Civilian Employees
- 22 Part time Employees
- Full service dispatch center with 911/PSAP migration
- Manage a 4.6 Million Dollar Budget
- Directs Emergency Management
- Nationally Accredited (CALEA)/GOLD Standard
- Arizona Association Chiefs of Police Training Committee Board Member
- Negotiated a 10 Million Dollar Multi-agency Motorola Radio System
- Board of Directors – METRO Board Organized Crimes Task Force
- AZ Senate Testimony
- **Overtime savings of 30k**
- **Grant procurement in 3 years $100k**
- **Significant cases NAUPD has been the lead on:**
- Death Investigations
- Drug Investigations
- Fraud Investigations
- Officer Involved Shootings for adjacent departments

*1997-2017*
Major (Retired) University of Central Florida Police Department,
Orlando, Florida

Progressive law enforcement experience working my way through the
ranks for the second largest university in the nation with a daily
population of more than 70,000 people and 12,000 residents.

2014-2017
Commander - Professional Standards; Accreditation, and
Training

- **Oversee and supervise the Accreditation Division attaining reaccreditation in March, 2016.**
- **Ensuring compliance with the Federally Mandated Jeanne Clery Act, Title IX, Law Enforcement Bill of Rights, Garrity Rights, the PBA Bargaining Agreement and other applicable legal requirements specific to assigned supervisory responsibilities.**
- **Command large scale events with patrons in excess of 40k spectators for sporting events,**

Member, Arizona Association
Chiefs of Police

Member, National Association
of Women Law Enforcement
Executives

## Community

Susan G. Komen 60 Mile
Challenge

Concerns of Police Survivors
Arizona

Shop With A Cop

Coffee With A Cop

East Orange County, Florida
Little League Softball Coach

"Dinner in Flagstaff"

Flagstaff Shadows Foundation

Flagstaff Citizens Police
Academy

Pink Patch Campaign

Beards For Bread

Public Safety Fair

Annual Safety Walk

Annual Community Outreach
Welcome to Flagstaff
Leadership Walk

May, 2020

*NACSA Excellence in
Leadership Award (Peer
Award)*

political campaigns (including Sitting
Presidents/Presidential Candidates),
controversial speakers, rallies, and concerts
staffed by multiple agencies and hundreds of
officers.

- Manage the training unit and a (4) year cyclical
training schedule.

- Conduct internal investigations of sworn and
non-sworn personnel for administrative and
criminal violations while ensuring all legal
requirements were fulfilled and in accordance of
the PBA bargaining agreement.

- Supervise the development and creation the
Promotional Examination for Officer 1st Class,
Corporal, and Sergeant ranks in conjunction
with Human Resources and the PBA
requirements.

- Conduct audits and staff inspections of high
liability areas including:
  Special Events
  K9 Narcotic Training Aids
  Evidence
  Property

- Conduct annual reviews of Use of Force
Reporting, Biased Based Policing
Requirements, and other related reports.

- On-Call Commander ensuring timely
notifications, alerts, and advisories were issued
in compliance with Clery Act and departmental
policies.

- Oversee the training budget.

July, 2009 – September, 2014
LIEUTENANT – CRIMINAL INVESTIGATIONS DIVISION

- Manage and supervise (7) detectives, (1) law
enforcement analyst, (1) Computer Forensic
Specialist and (2) officers assigned to external
branches (United States Secret Service and
Metropolitan Bureau of Investigation).

- Supervise the assignment and direction of major
case investigations:
  Active Shooter (March, 2013) in conjunction with
  JTTF, FBI, and ATF
  Death Investigations
  Sexual Assaults
  Large Scale Fraud Investigations

- Served as a member of the UCF Crisis Committee (Students of Concern)
- Served as a member of the Red Flags Committee (Fraudulent activity in which state entities were the victim)
- A member of the Just Knights Response Team (Biased based complaints)
- Provide career development and career path direction for members of the Investigations Division.
- Liaison between internal/external departments and other law enforcements agencies within the UCF community and Central Florida Region.
- Develop university and department policies and procedures; working with the union, human resources, and UCF General Counsel.
- Assists in planning of facilities, formulating plans for security, surveillance, and access control.
- Assists in the planning and oversight of dignitary protection for elected officials and candidates for office including President of the United States (POTUS)
- Command large scale events with patrons in excess of 55k spectators for sporting events, political campaigns (including Sitting Presidents/Presidential Candidates), rallies, and concerts.
- On-Call Commander ensuring timely notifications, alerts, and advisories were issued in compliance with federal mandates and departmental policies.
- Oversee the Investigations budget.

LIEUTENANT – PATROL DIVISION
January, 2007 – July, 2009

- Command and supervise (4) patrol shifts: (4) sergeants, (4) corporals, and (32) patrol officers. Instilling and implementing a proactive work ethic and collaborative effort between shifts and surrounding agencies.
- K9 Commander (Dual purpose K9s)
- Emergency Response Team Commander
- Fleet Commander
- On-Call Commander ensuring timely notifications, alerts, and advisories were issued in compliance with federal mandates and departmental policies.

DETECTIVE/SERGEANT – INVESTIGATIONS DIVISION

2001-January, 2007

- Conducted criminal investigations that included:

  Homicide

  Kidnapping

  Sexual Assault

  Fraud

  Theft

  Computer Crimes

  Conducted pre-employment back-ground
  investigations

PATROL OFFICER

October, 1997 – 2001

- Patrol (Bicycle and vehicle)
- Community Relations
- Developed and facilitated "Encountering
  Difficult Students in the Classroom".

ADJUNCT PROFESSOR

January, 2010 – August, 2016

- Criminal Justice Ethics
- Crime in America
- Corrections and Penology

---

SIGNIFICANT EXPERIENCE

Director of Emergency Management (now a Direct Report to me as a
Police Chief) - I functioned as Interim simultaneously as Chief of Police
for a significant period until the right candidate was selected.

I have Incident Command experience functioning under NIMS over the
last 29 years for the following significant events:

- POTUS visits(President of the United States)
- Political Rallies
- Hurricanes (1991-2017);  4 in 2004 (Charley, Frances, Ivan, and
  Jeanne);numerous others
- Large scale events (55,000 patrons)/ 250 officers/multiple
  agencies
- Record setting blizzard (Flagstaff, AZ) 33.1 inches
- Wildfires (Museum Fire 2019 Flagstaff, AZ)

000374

**Ad Text:**

**Chief of Police, Director of Public Safety**

**Institution:** Florida Gulf Coast University
**Location:** Fort Myers, FL
**Category:** Admin - Police and Public Safety
**Created:** 01/15/2021
**Type:** Full time

**Position Summary**

**Job Type:** Full time

**Job Number:** R0001158

**Location:** Main Campus



**Job Summary**

The Chief of Police, Director of Public Safety plans and executes programs for the proper protection of the university community, its people, and its property.

**Job Description**

Typical duties may include but are not limited to:

- Responsible for the operational management and administrative direction of a department within law enforcement and security services and supports the mission and vision of the division, department, and the University.
- Leads strategic planning and staffing responsibilities.
- Provides coordination, guidance and process management for senior management involved in services and programs delivered to the university community.
- Responsible for formulating and administering the annual operating budget and ensures appropriate expenditure of all funds allocated for department administration.
- Provides leadership and direction in policy development and implementation.
- Responsible for developing and maintaining partnerships throughout the University in order to attain departmental goals and objectives.
- Enforces state and federal laws, municipal ordinances, and applicable University rules and regulations.
- Serves as essential personnel and provides assistance in the event of an emergency on campus.
- Maintains Financial Disclosure in accordance with Chapter 112 F.S.

**Other Duties:**

- Serves on institutional committees representing the interests of the department.
- Performs other job-related duties as assigned.

**Additional Job Description**

**Required Qualifications:**

Bachelor's degree from an accredited institution in Law Enforcement, Criminal Justice, or closely related field.

Eight years of professional full-time experience in law enforcement.

Any appropriate combination of relevant education, experience, and/or certifications may be

considered.

Supervisory law enforcement experience with an agency comparable to FGCU's size or larger.

Florida law enforcement certification or the ability to obtain within six months of employment.

Valid driver's license.

**Preferred Qualifications:**

Master's degree from an accredited institution in Law Enforcement, Criminal Justice, or closely related field.

Experience as a lieutenant or comparable level with command experience.

Experience as a Director or Assistant Director of a university public safety office or comparable organization.

**Knowledge, Skills & Abilities:**

Knowledge of business and management principles involved in strategic planning, resource allocation, human resources modeling, leadership technique, and coordination of people and resources.

Knowledge of federal, state and local laws, statutes, regulations, codes, and standards related to the area of responsibility.

Knowledge of legal processes, criminal justice system, law enforcement principles and techniques and investigative procedures.

Excellent interpersonal, verbal and written communication skills.

Skill in using logic and reasoning to identify the strengths and weaknesses of alternative solutions, conclusions, or approaches to problems.

Ability to implement new systems and procedures and to evaluate their effectiveness.

Ability to work collaboratively and build strategic relations with colleagues, vendors, and other stakeholders.

Ability to develop and manage a budget within fiscal allocations.

Ability to take initiative to plan, organize, coordinate and perform work in various situations when numerous and diverse demands are involved.

Ability to develop, interpret, and evaluate policies and procedures.

Ability to utilize data and information to make decisions and projections.

Ability to effectively plan and delegate the work of others.

Ability to conduct short-range and long-range project planning studies.

Ability to interpret and apply laws, regulations, policies and procedures consistently.

Ability to diffuse and respond professionally to stressful situations and difficult people.

**Salary Range**: $115,000 to $125,000 Annual

Review of application materials will begin January 28, 2021. The position will no longer accept applications after February 4, 2021.

**Application Information**

Internet Employment Linkage Inc., Tax ID #25-1793803  |  HigherEdJobs.com
715 Lake Street, Suite 400 Oak Park, IL 60301  |  t: (814) 861-3080 ext. 201  |  f: (708) 848-4367

001343

**Department:** Human Resources
**Institution/Search Firm:** Florida Gulf Coast University
**Online App. Form:** https://fgcu.wd5.myworkdayjobs.com/en-US/eaglejobs/job/Main-Ca
mpus/Chief-of-Police_R0001158?source=HigherEdJobs

**Diversity and Inclusion Statement**
EOE AA M/F/Vet/Disability Employer