*Chief Kelli Smith*

February 4, 2021

Florida Gulf Coast University

Dear Search Committee:

Please accept my submission for the privilege of leading the men and women of Florida Gulf Coast University Police Department as their next police chief. I am ethical, passionate, committed, and a community oriented law enforcement leader with nearly three decades of experience, which **includes 20+ years of Higher Education Law Enforcement**. A true leader who communicates expectations, ensures accountability and embraces transparency. My professional record illustrates these leadership qualities that are essential to be a successful police chief for Florida Gulf Coast University.

As Chief of Police at CALEA Accredited NAU, I've had the opportunity to implement a progressive and proactive philosophy steered by 21st century policing practices. Emphasizing that "The little things matter" and "Mediocrity is not the benchmark of success". My team understands the importance of paying attention to the details that include crime reduction, quality of life issues, building relationships and community engagement.

Community Outreach efforts, validated by improved citizen survey rates, include the 1st Public Safety Fair with more than 30 organizations participating, Coffee with a Cop (at the police department and in the community), Shop with a Cop, Social Media Presence, Pink Patch project and No shave November/Double Down December raising thousands of dollars for various causes.

Fiscal responsibility has included:

- $4.6 million budget (55 employees sworn officers, communications, records, and the Division of Emergency Management)
- Board Member of the Coconino County Metro Board Street Crimes Task Force
- Arizona Association of Chiefs Of Police Training Commission Member
- Reduction of $30k annually in overtime costs
- Negotiation of $10 million dollar radio deal by partnering with agencies saving nearly $1 Million
- Grant pursuit and procurement of $100k in 3 years

As a retired Major with the University of Central Florida Police Department that boasts a daily population of 65,000 and 12,000 full time residents, I embody progressive leadership, advanced training principles and high performance. UCF hosts large scale events bringing more than 55,000 visitors to the venue. As Commander, I coordinated police services with external partners including the Florida Department of Law Enforcement, Orange County Sheriff's Office, Seminole County Sheriff's Office, Oviedo Police Department and Orlando Police Department for events such as President of the United States Visits (POTUS), other political dignitaries and foreign leaders, staffing more than 250 sworn officers. I still maintain close relationships with many Florida law enforcement professionals.

I have a clear understanding of the challenges that the community faces and the lack of trust in law enforcement. I am committed more now than ever to be a leader that strives to repair and enhance civic relationships. **In the very demanding field of higher educational law enforcement that requires strong community policing, effective judgement, balance, federal oversight beyond UCR and the ability to focus on multicultural needs; my work experience sets me apart from other candidates.**

Being Chief of Police for the Town of Longboat Key is very rewarding.  This experience has punctuated my love of higher educational policing and the opportunity to work with tomorrow's leaders as they mature and develop during their collegiate years.

I have a philosophy that focuses on quality work with sound judgment, teamwork, customer service and building relationships. I look forward to discussing the value I can bring to Florida Gulf Coast Police Department.

Warm Regards,

Kelli Smith

Chief of Police Kelli J. Smith

**000006**



# CHIEF OF POLICE KELLI J. SMITH

OBJECTIVE

To be selected as the Chief of Police for Florida Gulf Coast University and utilize innovative leadership designed to enhance community partnerships within the University setting and surrounding agencies. I foster an environment of collaboration, outreach, and professional services for the community. I have a proven record of strong leadership, being progressive and available to everyone. I have had the privilege of working in higher educational law enforcement for over twenty years. I retired from the University of Central Florida as a major in 1997. I had the privilege of being Police Chief at Northern Arizona University from 2017 - 2020. In 2020, I returned to Florida and have been the Police Chief for the Town of Longboat Key. While this opportunity is rewarding, I deeply miss the student experience side of University Policing and the opportunity to engage with tomorrows leaders.  As a Police Chief of a major university (30,000 students and 10,000 residents) and more than 29 years of progressive leadership experience, I have a complete understanding of community engagement in an environment that demands exceptional customer service, partnerships, transparency and accountability.  Community Policing is centric to my philosophy. In May, 2020 I was nominated by *my industry peers* and received an award for *Excellence in Leadership* ny the National Association of Campus Safety Administrators.

EXECUTIVE TRAINING



- **INTERNATIONAL ASSOCIATION OF CHIEFS OF POLICE WOMEN'S LEADERSHIP INSTITUTE GRADUATE – 2015**
- **NATIONAL ACADEMY ASSOCIATES – FLORIDA EXECUTIVE DEVELOPMENT SEMINAR – 2013**
- **SOUTHERN POLICE INSTITUTE COMMAND OFFICERS DEVELOPMENT COURSE, UNIVERSITY of LOUISVILLE, KY – 2009**
- **FLORIDA LAW ENFORCEMENT ANALYST ACADEMY GRADUATE - 2005**

ADVANCED TRAINING

Florida Criminal Justice Standards and Training – General Instructor

Florida Criminal Justice Standards and Training **(ACTIVE)**– Law Enforcement Officer

Special Event Management for Large Scale Events

National Incident Management Systems (NIMS)

K9 Unit Management

Internal Affairs Investigations

Chief of Police Kelli J. Smith

**000007**

Florida Police Accreditation

Crisis Intervention Training (CIT)

Implicit Bias Training

Arizona Certified Peace Officer

Jeanne Clery Act Training

Title IX Training

---

**WORK HISTORY**        **Chief of Police; Director, Town of Longboat Key Police Department, Longboat Key, Florida**
**October, 2020 – current**

- **Manage and oversee 19 sworn law enforcement personnel**
- **Patrol, Investigations, Evidence and Marine Patrol**
- **3 Civilian Employees**
- **Manage a 3.2 Million Dollar Budget**
- ***Board Member of the Manatee County Law Enforcement Council***
- **Member of the Florida Criminal Justice Executive Institute Policy Board**

**Chief of Police; Associate Vice President, Northern Arizona University, Flagstaff, Arizona**
**September, 2017 – October, 2020**

- **Manage and oversee 29 sworn law enforcement personnel**
- **12 Civilian Employees**
- **22 Student Employees**
- **Manage a 4.6 Million Dollar Budget**
- ***Manage and oversee the Division of Emergency Management***
- ***Board Member of the METRO Board (Organized Crime Street Crimes Task Force)***
- **Negotiated a 10 Million Dollar Motorola Radio System**
- **Nationally Accredited Police Department (CALEA) Gold Standard March,2018**
- **Senate Hearing Testimony for House Bill Language**
- **Arizona Association of Chiefs of Police Training Committee Board Member**

**MAJOR (RETIRED) UNIVERSITY OF CENTRAL FLORIDA POLICE DEPARTMENT, ORLANDO, FLORIDA**
**October 1997-January 2017**
**Progressive law enforcement experience as an officer, sergeant, detective/sergeant and lieutenant for the second largest university in the nation.  UCF has a population of 65,000 with 12,000 residents.**
**LIEUTENANT – PROFESSIONAL STANDARDS; ACCREDITATION, AND TRAINING**
**September, 2014-January, 2017 (Retired)**

Chief of Police Kelli J. Smith

000008

- Oversee and supervise the Accreditation Division attaining reaccreditation in March, 2016.
- Ensuring compliance with the Federally Mandated Jeanne Clery Act, Title IX, Law Enforcement Bill of Rights, Garrity Rights, the PBA Bargaining Agreement and other applicable legal requirements specific to assigned supervisory responsibilities.
- Command large scale events with patrons in excess of 40k spectators for sporting events, political campaigns (including Sitting Presidents/Presidential Candidates), controversial speakers, rallies, and concerts staffed by multiple agencies and hundreds of officers.
- Manage the training unit and a (4) year cyclical training schedule.
- Conduct internal investigations of sworn and non-sworn personnel for administrative and criminal violations while ensuring all legal requirements were fulfilled and in accordance of the PBA bargaining agreement.
- Supervise the development and creation the UCFPD Promotional Examination for Officer 1st Class, Corporal, and Sergeant ranks in conjunction with Human Resources and the PBA requirements.
- Conduct audits and staff inspections of high liability areas including:
  Special Events
  K9 Narcotic Training Aids
  Evidence
  Property
- Conduct annual reviews of Use of Force Reporting, Biased Based Policing Requirements, and other related reports.
- On-Call Commander ensuring timely notifications, alerts, and advisories were issued in compliance with Clery Act and departmental policies.
- Oversee the training budget.

July, 2009 – September, 2014
LIEUTENANT – CRIMINAL INVESTIGATIONS DIVISION
- Manage and supervise (7) detectives, (1) law enforcement analyst, (1) Computer Forensic Specialist and (2) officers assigned to external branches (United States Secret Service and Metropolitan Bureau of Investigation).
- Supervise the assignment and direction of major case investigations:
  Active Shooter (March, 2013) in conjunction with JTTF, FBI, and ATF
  Death Investigations
  Sexual Assaults

Chief of Police Kelli J. Smith

000009

**Large Scale Fraud Investigations**
- Served as a member of the UCF Crisis Committee (Students of Concern)
- Served as a member of the Red Flags Committee (Fraudulent activity in which state entities were the victim)
- A member of the Just Knights Response Team (Biased based complaints)
- Provide career development and career path direction for members of the Investigations Division.
- Liaison between internal/external departments and other law enforcements agencies within the UCF community and Central Florida Region.
- Develop university and department policies and procedures; working with the union, human resources, and UCF General Counsel.
- Assists in planning of facilities, formulating plans for security, surveillance, and access control.
- Assists in the planning and oversight of dignitary protection for elected officials and candidates for office including President of the United States (POTUS)
- Command large scale events with patrons in excess of 40k spectators for sporting events, political campaigns (including Sitting Presidents/Presidential Candidates), rallies, and concerts.
- On-Call Commander ensuring timely notifications, alerts, and advisories were issued in compliance with federal mandates and departmental policies.
- Oversee the Investigations budget.

**LIEUTENANT – PATROL DIVISION**
January, 2007 – July, 2009
- Command and supervise (4) patrol shifts: (4) sergeants, (4) corporals, and (32) patrol officers. Instilling and implementing a proactive work ethic and collaborative effort between shifts and surrounding agencies.
- K9 Commander (Dual purpose K9s)
- Emergency Response Team Commander
- Fleet Commander
- On-Call Commander ensuring timely notifications, alerts, and advisories were issued in compliance with federal mandates and departmental policies.

**DETECTIVE/SERGEANT – INVESTIGATIONS DIVISION**

Chief of Police Kelli J. Smith

000010

2001-January, 2007
- **Conducted criminal investigations that included:**
  **Homicide**

  **Kidnapping**

  **Sexual Assault**

  **Fraud**

  **Theft**

  **Computer Crimes**
- **Conducted pre-employment back-ground investigations**

**PATROL OFFICER**

**October, 1997 – 2001**
- **Patrol (Bicycle and vehicle)**
- **Community Relations**
- **Developed and facilitated "Encountering Difficult Students in the Classroom".**

**ADJUNCT PROFESSOR**

**January, 2010 – August, 2016**
- **Criminal Justice Ethics**
- **Crime in America**
- **Corrections and Penology**

---

**CRIMINAL JUSTICE MASTER'S DEGREE, UNIVERSITY OF CENTRAL FLORIDA, ORLANDO, FLORIDA**

**PUBLIC ADMINSTRATION (MINOR)**

2006

**CRIMINAL JUSTICE BACHELOR OF SCIENCE, UNIVERSITY OF CENTRAL FLORIDA, ORLANDO, FLORIDA**

2005

---

**COMMUNITY INVOLVEMENT**

Susan G. Komen  60 Mile Challenge

Concerns of Police Survivors Arizona

Shop With A Cop

Coffee With A Cop

East Orange Little League Softball Coach

Chief of Police Kelli J. Smith

000011

"Dinner in Flagstaff"

Flagstaff Shadows Foundation

Flagstaff Citizens Police Academy

**MEMBERSHIPS**

International Association Chiefs of Police (IACP)

International Association of Campus Law Enforcement (IACLEA)

National Association of Women Law Enforcement Executives (NAWLEE)

Arizona Association Chiefs of Police (AACOP)

Police Executive Research Forum (PERF)

*May, 2020*

*NACSA Excellence in Leadership Award*

*Significant Experience*

**Director of Emergency Management ( Direct Report to Police Chief)**

**I functioned as Interim simultaneously as Chief of Police for a significant period until the right candidate was selected. I have Incident Command experience functioning under NIMS over the last 29 years for the following significant events:**

**POTUS visits(President of the United States)**

**Political Rallies**

**Hurricanes (1991-2017); 4 in 2004 (Charley, Frances, Ivan, and Jeanne);numerous others**

**Large scale events (55,000 patrons)**

**Record setting blizzard (Flagstaff, AZ) 33.1 inches**

**Wildfires (Museum Fire 2019 Flagstaff, AZ)**

Chief of Police Kelli J. Smith

000012



## Florida Gulf Coast University

Search Materials Audit Checklist

| Posting Number | R0001158 |
|---|---|
| Posting Title | Chief of Police, Director of Public Safety |
| Committee or Panel | Panel |
| Name of Finalist | Kelli Smith |
| Hiring Manager | Sara Stensrud |
| Names of Committee/Panel Members | Sherrelle Findley   Anthony Rispoli   Eric Balmer   Christopher Blakely   David Thomas   Kathy Peterson |
| Candidate Names of First Round Interviews | James Slapp   Scott Dunning   Clarella Thomas   Lisa Barnes   Kelli Smith   Jacob Barton |
| Candidate Names of Second Round interviews | |
| Additional Advertising / Internal Vacancy Posting | |
| Veteran's Preference | |
| HR send email to Hiring Manager & Administrative Support to send Search Materials during offer submission. | |

| Posting Title: Chief of Police, Director of Public Safety | Posting Number: R0001158 |
|---|---|
| **Documents** | **Notes** |
| Blank Interview Questions | X |
| First Round Interview Notes | X |
| Second Round Interview Notes | N/A |
| Reference Checks (3 total) | X |
| Emails regarding search | X |
| Veteran's Preference Form | |
| Additional Advertising / Internal Vacancy Announcement | |
| Position Description | X |
| Confirm all docs are converted to PDF | N/A |



EXHIBIT
13

Florida Gulf Coast University  |  Human Resources  |  Updated: October 2023
An Affirmative Action Equal Opportunity Employer – A member of the State University System of Florida

001345



FLORIDA
GULFCOAST
UNIVERSITY

### Chief of Police, Director of Public Safety

#### INTERVIEW SCHEDULE

## Friday, February 19, 2021

## Kelli Smith

| | |
|---|---|
| 8:15 a.m. – 9:15 a.m. | Panel / Location:  Cohen Student Union 214 |
| 9:15 a.m. – 9:30 a.m. | TRAVEL / BREAK |
| 9:30 a.m. – 10:45 a.m. | Open Forum / Location:  Cohen Student Union Ballroom |
| 10:45 a.m. – 11:00 a.m. | TRAVEL / BREAK |
| 11:00 a.m. – Noon | Lunch with Eric |
| Noon. – 12:45 p.m. | President's Cabinet & Directs – Virtual Teams Meeting / Location for Candidate: Cohen Students Union 214 |
| 12:45 p.m. – 1:15 p.m. | TRAVEL / BREAK |
| 1:15 p.m. – 1:45 p.m. | Chief Moore / Location:  UPD |
| 1:45 p.m. – 2:00 p.m. | TRAVEL / BREAK |
| 2:00 p.m. – 2:30 p.m. | Sara Stensrud, Associate VP, Human Resources / Location:  SVMODI |
| 2:30 p.m. – 3:00 p.m. | TRAVEL / BREAK |
| 3:00 p.m. – 3:30 p.m. | President Martin / Location:  Eagle Conference Room |



EXHIBIT
4
Smith

## On-Site Interview Questions – Chief of Police, Director of Public Safety

Candidate: Chief Kelli Smith    Interviewer: Cpt. A. Rispoli    ⊙ ⊙ ⊙ ⊙ ½

1. Eric - After learning about the Chief of Police position here at FGCU, can you tell us about how your previous experience makes you the right candidate for this role?

2. Captain Rispoli – What initiatives can you take to make the campus community feel safe?

   listen - enjoy

3. Dr. Blakely - The University is committed to diversity, inclusion, and equitable practices. How might you approach leading the University Police Department through establishing inclusive and equitable practices that are aligned with the University's mission and value system. What experience do you have leading this type of major planning initiative?



4. Sherrelle – What do you feel are some major issues college students are facing today?

5. Kathy – Given that FGCU Athletics has such a great current relationship with UPD, have you had any previous experience providing police coverage for athletics events?

6. Jacob – Do you believe that community policing models are effective on University campuses such as ours at FGCU?

7. Dr. Thomas - As you know the needs of community members who need mental health services has
   been at the forefront of police community relations because of the use of excessive force and deaths
   by police in an attempt to control persons in crisis. What are the kinds of programs might you institute
   to prevent these types of incidents from occurring here at FGCU?

8. Dr. Blakely – Overall, what is your philosophy on student affairs? How would plan to ensure that you
   and your (staff) officers are connected to and engaged with the students we serve at FGCU? Please tell
   us how you build relationships and establish trust with your direct reports and key stakeholders across
   the landscape of the university?

9. Captain Rispoli – Are you familiar with the Cleary Act and Title IX and the reporting responsibilities of
   the department in regards to them?

001365

10. Sherrelle – Can you talk to us about what you see as the major challenges you would face If selected for this position? What do you believe are the elements of the job you could slide right into based on your current skills and experiences? And on the flip side, what are the elements or responsibilities of leading this complex department that might be a challenge for you?

11. Dr. Thomas – How have you handled disgruntled officers (or department morale issues) in the past? In your experience, what are some of the issues that can cause poor department morale?

12. Kathy – Leadership is a critical trait for the Chief of Police at FGCU to hold. How would you describe your overall leadership style? Please provide us with a couple of specific examples of what you have done to simultaneously build strong, trusting leadership teams while maintaining accountability.

13. Eric – Any questions for the panel?

001366

## Interview Panel Feedback – Candidate Name - Kelli Smith



- Humble yet confident
- Explained her movement
- She var able to understand the climate
- Connections w/ minority students

~ What are your observations of the strengths of the candidate?
- Can talk to everyone
- Communicative
- Recruited officers that represented the University – Knew about retention
- Go-getter
- Proactive
- Shows initiative
- Knew the SUS systems.
- Booklet on her experience shows the amount of support she has
- Knew issues w/ today's college student

- Experience w/ Athletics – Large scale event background
- Clery + Title IX experience
- Addressed mental health + had multiple ways to do it
- Was at UCF for a lot of growth
- Executive experience
- Won't have that much of a learning curve

~ What are your observations of the limitations of this candidate?
- Does not have many limitations
- Hasn't worked at FGCU but she can likely hit the ground running
- Sometimes need to correct outwardly, to show students and staff what is and what will not be tolerated

- Do you think that the candidate is adequately prepared for as well as a good fit for this position (with reasoning)?
- Yes x 7



EXHIBIT
16
1/22/25 Smith
PENGAD 800-631-6989



FLORIDA
GULF COAST
UNIVERSITY

———————————————————————————————————————— **Human Resources**

04/01/2021

Kelli Smith



Dear Kelli,

Welcome to Florida Gulf Coast University!  This letter confirms our offer of employment in the position of Chief of Police, Director of Public Safety in the department of Administrative Services & Finance effective May 03, 2021.  This is a Full time, 12-month, exempt position compensated at $ 4,789.27 on a bi-weekly basis ($125,000.00 annualized).  You will be reporting to Sara Stensrud, Senior Associate Vice President, Administrative Services.

The University will provide an allowance in the amount of $3,000 to offset your moving expenses for household goods.  The allowance will be paid on your first paycheck less any applicable taxes.

As special conditions of this appointment are that you must successfully pass a post-offer employment physical examination, successful completion of a drug test, and police background check, which includes fingerprinting.  Background check results must be on file with the Office of Human Resources in advance of your start date. Further details and instructions will be provided to you by Smitty Rounsifer in the University Police Department.  This position requires you to maintain a valid driver's license.  You will be designated essential personnel in times of declared University emergency.

Your New Employee Orientation (NEO) session in the Office of Human Resources will be held virtually. You are scheduled to attend the Onboarding session on Monday, April 5, 2021, unless a mutual agreement otherwise. Someone from our office will be in touch closer to your start date. If you are eligible to participate in the State of Florida health and retirement plans, your health insurance may be effective the first of the month following your date of hire provided your enrollment is completed with the state before the effective date. The HR Benefits Team will contact you to schedule a remote informational session to learn about your benefits and retirement options.

Your employment terms and conditions are subject to federal and state employment laws, Florida Gulf Coast University regulations, policies, and lawful general instructions as issued from time to time. In addition, you must possess and maintain all applicable degree(s)/diploma(s), licenses, and certifications as noted in your position description.

This offer of employment is contingent upon you submitting original documents to verify your identity and employment eligibility.

Kelli, if you have any questions, please do not hesitate to contact the Office of Human Resources at (239) 590-1400.

I am delighted to welcome you to Florida Gulf Coast University and look forward to working with you.

Sincerely,



Sara Stensrud
Assistant Vice President, Human Resources



# FLORIDA GULFCOAST UNIVERSITY

## WELCOME TO FGCU

## Monday, May 3, 2021

## Meet & Greet Schedule for Chief Smith

| | |
|---|---|
| 8:00 a.m. | Meet with Sara at UPD for introductions |
| 8:30 a.m. | Captain Slapp takes lead |
| 8:45 a.m. | Coffee and snacks with UPD |
| 10:30 a.m. | Mr. David Vazquez, Vice President, Administrative Services & Finance |
| | Introductions to office personnel |
| | Edwards Hall 218 |
| 12:00 a.m. | Lunch with Sara (approximately) |
| 1:00 p.m. | Office time |
| | ORIENTATION – One on One with Human Resources |





## WELCOME TO FGCU

## Tuesday, May 4, 2021

## Meet & Greet Schedule for Chief Smith

| | |
|---|---|
| 8:00 a.m. | Captain Slapp and Captain Rispoli: |
| | How do things work at FGCU University Police Department? |
| 9:30 a.m. | Dr. Mike Martin, President |
| | Edwards Hall 319 |
| 10:00 a.m. | Dr. Mark Rieger, Executive Vice President & Provost |
| | Edwards Hall 314 |
| 10:30 a.m. | Introductions to Academic Affairs Office |
| 10:45 a.m. | Break |
| 11:00 a.m. | Ms. Vee Leonard, Vice President of Legal Counsel |
| | Edwards Hall 114G |
| 11:15 a.m. | Ms. Precious Gunter, Director EEC & Title IX Coord |
| | Edwards Hall 114M |
| 11:45 a.m. | UPD Office |
| 12:00 p.m. | Lunch (approximate) |
| 1:30 p.m. | Weekly one on one with Sara – Edwards Hall 218C |

000022



# WELCOME TO FGCU

## Wednesday, May 5, 2021

## Meet & Greet Schedule for Chief Smith

9:00 a.m.      Meet Cabinet members, Edwards Hall 309

               UPD Following Cabinet

2:00 p.m.      Dr. Christopher Blakely, Assistant VP/Dean of Students, Campus Life

4:00 p.m.      UPD following meeting with Dr. Blakey

000023



# WELCOME TO FGCU

## Thursday, May 6, 2021

## Meet & Greet Schedule for Chief Smith

9:00 a.m.    Administrative Services Directors Meeting

Cohen Student Center Room 201

2:00 p.m.    Mr. Jameson Moschella, Director, Housing & Residence Life

UPD Following Meet & Greet with Housing



# WELCOME TO FGCU

## Friday, May 7, 2021

## Meet & Greet Schedule for Chief Smith

9:00 a.m.      Dr. Mitch Cordova, VP of Student Success & Enrollment Management

Cohen Student Center:  108

9:30 a.m.      Dr. Brian Fisher, Associate VP of Student Engagement

Cohen Student Center:  169



**FLORIDA GULF COAST UNIVERSITY**

# Chief of Police, Director of Public Safety

| | |
|---|---|
| **Position Title** | Chief of Police, Director of Public Safety |
| **Position Number** | |
| **FTE** | 1.0 |
| **Effective Date** | |
| **FLSA** | Exempt |
| **Class Code** | 9340 |
| **Job Group** | Officials & Managers |
| **Department** | Campus Police & Safety |
| **General Summary** | The Chief of Police, Director of Public Safety plans and executes programs for the proper protection of the university community, its people, and its property. |

**Required Qualifications**

Bachelor's degree from an accredited institution in Law Enforcement, Criminal Justice, or closely related field.

Eight years of professional full-time experience in law enforcement.

Any appropriate combination of relevant education, experience, and/or certifications may be considered.

Supervisory law enforcement experience with an agency comparable to FGCU's size or larger.

Florida law enforcement certification or the ability to obtain within six months of employment.

Valid driver's license.



PENGAD 800-631-6989

EXHIBIT

19

1/22/25 Smith



**FLORIDA GULF COAST UNIVERSITY**

| | |
|---|---|
| **Preferred Qualifications** | Master's degree from an accredited institution in Law Enforcement, Criminal Justice, or closely related field. |
| | Experience as a lieutenant or comparable level with command experience. |
| | Experience as a Director or Assistant Director of a university public safety office or comparable organization. |
| **Knowledge, Skills & Abilities** | Knowledge of business and management principles involved in strategic planning, resource allocation, human resources modeling, leadership technique, and coordination of people and resources. |
| | Knowledge of federal, state and local laws, statutes, regulations, codes, and standards related to the area of responsibility. |
| | Knowledge of legal processes, criminal justice system, law enforcement principles and techniques and investigative procedures. |
| | Excellent interpersonal, verbal and written communication skills. |
| | Skill in using logic and reasoning to identify the strengths and weaknesses of alternative solutions, conclusions, or approaches to problems. |
| | Ability to implement new systems and procedures and to evaluate their effectiveness. |
| | Ability to work collaboratively and build strategic relations with colleagues, vendors, and other stakeholders. |
| | Ability to develop and manage a budget within fiscal allocations. |
| | Ability to take initiative to plan, organize, coordinate and perform work in various situations when numerous and diverse demands are involved. |



Ability to develop, interpret, and evaluate policies and procedures.

Ability to utilize data and information to make decisions and projections.

Ability to effectively plan and delegate the work of others.

Ability to conduct short-range and long-range project planning studies.

Ability to interpret and apply laws, regulations, policies and procedures consistently.

Ability to diffuse and respond professionally to stressful situations and difficult people.

**Job Duties**

**Essential Job Duties**            Typical duties include but are not limited to:

• Responsible for the operational management and administrative direction of a department within law enforcement and security services and supports the mission and vision of the division, department, and the University.

• Leads strategic planning and staffing responsibilities.

• Provides coordination, guidance and process management for senior management involved in services and programs delivered to the university community.

• Responsible for formulating and administering the annual operating budget and ensures appropriate expenditure of all funds allocated for department administration.

• Provides leadership and direction in policy development and implementation.



FLORIDA
GULF COAST
UNIVERSITY

• Responsible for developing and maintaining partnerships throughout the University in order to attain departmental goals and objectives.

• Enforces state and federal laws, municipal ordinances, and applicable University rules and regulations.

• Serves as essential personnel and provides assistance in the event of an emergency on campus.

• Maintains Financial Disclosure in accordance with Chapter 112 F.S.

**Other Duties**    • Serves on institutional committees representing the interests of the department.

• Performs other job-related duties as assigned.

# Notifications of Regulations, Policies, Procedures, and Handbook

As an Employee of FGCU, I understand that:

1. It is my responsibility to thoroughly review, become familiar and comply with the contents of the University's Regulations, Policies and Procedures as well as the Employee or Faculty appropriate handbook (as applicable);

2. It is my responsibility to read updates provided via the University website of the University's Regulations, Policies and Procedures as well as the appropriate handbook;

3. It is my responsibility to request any explanation or clarification of the information provided in these documents from my supervisor(s) or Human Resources;

4. This signed acknowledgment will become a part of my official personnel file maintained in Human Resources; and

The University's Regulations, Policies and Procedures are located on the General Counsel's page at http://www.fgcu.edu/generalcounsel. To receive automatic email notices of updates to University regulations and policies, please contact the Office of the General Counsel at 239-590-1101.

<u>Time and Attendance</u>

Falsification of attendance and leave records is a violation of University Regulation FGCU - PR5.016. Employees who are found to falsify records may be subject to disciplinary action up to and including dismissal.

<u>Deduction Waiver for Debts Owed to Florida Gulf Coast University</u>

It is understood that upon termination of employment with Florida Gulf Coast University, the entire balance of any and all debts owed to Florida Gulf Coast University shall be immediately due and payable at the option of the University Regulation FGCU - PR5.003. I authorize Florida Gulf Coast University upon termination of my employment to withhold any and all sums necessary to satisfy outstanding debts owed by me to the University and incurred during the period of employment.

