

### FGCU REGULATION 1.003

### Non-Discrimination, Anti-Harassment, and Sexual Misconduct

*Effective Date of Regulation:*

*September 10, 2019*

## A. GENERAL STATEMENT

1. Affirmation

   Florida Gulf Coast University (FGCU) affirms its commitment to ensure that each member of the University community shall be permitted to work, study, and participate in educational programs, including those receiving federal funding, services, and activities, or conduct business in an environment free from any form of discrimination, based upon race, color, religion, age, disability, sex, national origin, marital status, genetic predisposition, sexual orientation, gender identity/gender expression, and veteran status, except as otherwise permitted by law. This commitment extends to protection against retaliation against individuals engaging in any protected activity under state or federal law as well as University policy or regulation. The University strives to foster a community in which diversity and inclusion are valued and opportunity is realized. This Regulation creates a mechanism for applicants, students, employees, volunteers, visitors, as well as vendors and contractors of the University community, to file a complaint of alleged discrimination or harassment, to include sexual discrimination, which covers sexual harassment, including sexual violence. Retaliation against any individual involved in reporting, or in the investigation of, a complaint is prohibited.

2. Violation

   It shall be a violation of this Regulation for any officer, university employee, student, visitor, agent, vendor, or contractor to discriminate against or harass, as hereinafter defined, any other officer, university employee, student, visitor, agent, vendor, contractor, or applicant. Discrimination and harassment are forms of conduct which, when established, shall result in employee and/or student disciplinary action pursuant to University Regulations, and the terms of any applicable collective bargaining agreement. University vendors and contractors found to have violated this Regulation will receive sanctions or other punitive actions consistent with the law and/or contract.

## B. COVERAGE

1. Parties

   All complaints of discrimination, harassment, or sexual misconduct, including sexual violence, or retaliation, unless otherwise provided herein, shall be adjudicated under this Regulation. Complaints between students, or where one party (the Respondent) is a student and not employed by the University, shall be reported to the Office of the Vice

EXHIBIT
3
1|22|25 Smith
PENGAD 800-631-6989

President for Student Success and Enrollment Management and adjudicated under FGCU
Regulation 4.002, Student Code of Conduct and Student Conduct Review Process
("Student Code of Conduct"). Students who are also employees may be subject to
University disciplinary action as well as disciplinary action under the Student Code of
Conduct.

2. Scope of Prohibitions

This Regulation covers all employment practices, as well as educational, athletic,
cultural, and social programs, services, and activities occurring at, or sponsored by,
FGCU. Additionally, conduct that occurs off-campus can be the subject of a complaint or
report and will be evaluated to determine whether it violates this Regulation, e.g. if off-
campus harassment has continuing effects that create a hostile environment on-campus or
sexual violence or sexual misconduct has occurred.

## C. DEFINITIONS

1. *Complainant*: A Complainant is a person or persons alleging a violation under this
   Regulation.

2. *Conflict of Interest*: When an individual evaluates or supervises another individual with
   whom he or she has, or desires to have, an amorous or sexual relationship, a conflict is
   created. The University discourages such potentially amorous or sexual relations between
   employees and students or between those employees in which one employee is the
   supervisor over another. Such relationships, even when consensual, may be exploitive,
   and jeopardize the integrity of the educational process or work environment and may lead
   to charges of Sexual Harassment. The University requires the resolution of any conflict of
   interest created by these relationships. See FGCU Policy 1.007, Consensual Relationship
   Policy and Procedure.

3. *Discrimination*: For the purposes of this Regulation, Discrimination is defined as the
   intentional or unintentional treatment of any member of the University community less
   favorably than those who are similarly identified based solely upon race, color, religion,
   age, disability, sex, national origin, marital status, genetic predisposition, sexual
   orientation, gender identity/gender expression, and/or veteran status.

4. *Frivolous Complaint*: A Frivolous Complaint is one that is trivial, superficial, senseless,
   groundless, or brought in bad faith.

5. *Harassment*: For the purposes of this Regulation, Harassment, a form of Discrimination,
   is defined as unwelcome conduct, including electronic and written communication that is
   based upon race, color, religion, age, disability, sex, national origin, marital status,
   genetic predisposition, sexual orientation, gender identity/gender expression, and/or
   veteran status. Additionally, Harassment is further defined as behavior so severe,
   pervasive, or persistent that it limits or denies a student's ability to participate in or

Florida Gulf Coast University                                                    Page 2 of 6
Regulation 1.003 Non-Discrimination, Anti-Harassment, and Sexual Misconduct
GC407141_4

002104

    benefit from an educational program, undermines the responsibilities of an employee, and/or creates a hostile working or learning environment.

6. *Hostile Environment*: Hostile Environment, based on a protected class, exists when Harassment is sufficiently severe, pervasive, or persistent and objectively offensive so as to deny or limit a person's ability to participate in or benefit from the University's programs, services, or activities; or when such conduct has the purpose or effect of unreasonably interfering with an individual's employment, or student's enrollment.

7. *Intimate Partner*:  Persons who are, or who have been, dating, cohabitating, married, separated, or divorced, and may be of the same or opposite sex.

8. *Intimate Partner Violence (Also known as "dating violence" or "domestic violence")*: The use of physical violence, force, threats, intimidation, isolation, stalking, or other forms of emotional, sexual, or economic abuse directed towards an Intimate Partner. This can take the form of behavior(s) that intimidates, manipulates, humiliates, isolates, frightens, terrorizes, forces, threatens, blames, hurts, injures, or wounds someone. Intimate Partner Violence can be a single act or a pattern of behavior in relationships.

9. *Respondent*: A Respondent is a person or persons whose conduct is the subject of a complaint under this Regulation.

10. *Retaliation*: Retaliation occurs when an adverse action or threat of an adverse action is taken against a Complainant, Respondent, or any individual or group of individuals involved in the complaint, investigation, and/or resolution of an allegation of Discrimination of any kind, including incidents of Sexual Misconduct, Intimate Partner Violence, Stalking, or for engaging in any activity protected by state or federal law or University policy or regulation. This includes action taken against a bystander who intervened to stop or attempt to stop Discrimination, Harassment, or sexual misconduct. Retaliation includes intimidating, threatening, coercing, or in any way discriminating against an individual because of the individual's complaint or participation, or adverse actions taken with respect to academic activities or work assignments, salary, or other terms of employment.

11. *Sexual Harassment*: Sexual Harassment is defined as unwelcome conduct of a sexual nature including unwelcome sexual attention, which includes requests for sexual favors, or other verbal or physical conduct of a sexual nature from any person that is so severe, pervasive, or persistent that it limits a student's ability to participate in or benefit from an educational program, undermines the responsibilities of the employee, and/or creates a hostile working or learning environment. Sexual violence is a form of Sexual Harassment.

12. *Sexual Misconduct*: Sexual Misconduct is defined as rape, sexual assault, sexual battery, sexual exploitation, and other forms of non-consensual sexual activity.

13. *Stalking*: Stalking occurs when one is repeatedly following, harassing, threatening, or intimidating another by any action, including, but not limited to, use of telephone, mail, electronic communication, social media, or any other device or method that purposely or knowingly causes substantial emotional distress or reasonable fear of bodily injury or death.

## D. REPORTING

1. University Response

   If the University becomes aware of activity which could be a violation of this Regulation, it will take prompt, appropriate, and equitable actions, which may include an investigation, even when a complaint has not been submitted. While all members of the University community are expected to promptly report known activity which could violate this Regulation, only supervisory or managerial personnel may be subject to disciplinary action pursuant to FGCU-PR5.016, Disciplinary Actions, should they know of such activity and fail to report. Complaints will be promptly investigated, consistent with the University's Complaint Policy and Procedure. The Office of Institutional Equity and Compliance or, as necessary, the Office of the General Counsel will be responsible for ensuring the investigation of complaints covered under this Regulation.

2. Responsibility of Supervisors and Managers

   a. All supervisors and managers are encouraged to take steps necessary to prevent Discrimination, Harassment, or Sexual Misconduct, as defined in this Regulation, from occurring. They should clearly communicate to employees that such behavior will not be tolerated and that periodic training on these topics should be completed. Whenever an employee, student, or non-employee makes allegations of Discrimination, Harassment, or Sexual Misconduct which may violate this Regulation, supervisors and managers are required to take prompt and appropriate action to report the alleged violations. Any University supervisory or managerial employee who receives a report, observes, or learns of an alleged violation of this Regulation has an absolute and unqualified duty to immediately report the alleged violation to the Director of the Office of Institutional Equity and Compliance/Title IX Coordinator as soon as possible.

   b. All University employees must report information they have about alleged Sexual Misconduct to the Director of the Office of Institutional Equity and Compliance/Title IX Coordinator. This reporting requirement excludes those University employees who are statutorily prohibited from reporting such information, including, but not limited to, mental/healthcare professionals.

3. Responsibility of Alleged Victim

   The alleged victim is not required to inform an alleged offender of the offensiveness of

Florida Gulf Coast University                                                                 Page 4 of 6
Regulation 1.003 Non-Discrimination, Anti-Harassment, and Sexual Misconduct
GC407141_4

002106

the behavior in order to make a complaint under this Regulation. FGCU Policy 1.006, Non-Discrimination, Anti-Harassment, and Sexual Misconduct, and the procedures therein, should be used to address any concerns or issues. Frivolous Complaints are a violation of this Regulation and may be cause for disciplinary action.

4. Responsibility of Students

The University strongly encourages students to report instances of Discrimination and Sexual Misconduct involving students, whether occurring on or off campus, to the Director of the Office of Institutional Equity and Compliance/Title IX Coordinator and/or the University's Dean of Students Office.

5. Amnesty Provision for Students

Allegations of off-campus Sexual Misconduct involving students are of equal concern as those on campus, and should be brought to the University's attention as soon as possible, regardless of whether or not it occurred at a University-sponsored event. Therefore, students who make a good faith report, on their own behalf or on behalf of another person, of sex Discrimination or Sexual Misconduct will not be subject to disciplinary actions related to intoxication or possession under the Student Code of Conduct in connection with the reported situation, provided that any such violations did not, and do not, place the health or safety of any other person at risk.

   a. However, students should understand that this directive applies only to the Student Code of Conduct and does not preclude or prevent action by police or other legal authorities. As such, any violation of state or federal criminal law involving the use or possession of alcohol or illegal drugs may result in prosecution, and FGCU cannot grant amnesty from proceedings in the state or federal criminal justice system.

   b. Law enforcement agencies may act within their jurisdiction in enforcing any applicable local, state, or federal laws.

6. Responsibility of Employees Involving Conflicts of Interest

Employees in a position of authority must resolve any actual or potential Conflict of Interest by taking necessary steps, including removing himself or herself from evaluative decisions concerning the other individual and disclosing the consensual relationship to his/her immediate supervisor. Failure to resolve potential or actual conflicts of interest as described in this Regulation may result in disciplinary action pursuant to University regulations.

7. Retaliation

   a. Any University student, employee, visitor, or group that engages in Retaliation against a University student, employee, or visitor who has filed a complaint alleging

Florida Gulf Coast University                                                                      Page 5 of 6
Regulation 1.003 Non-Discrimination, Anti-Harassment, and Sexual Misconduct
GC407141_4

002107

Discrimination, participated in an investigation, or otherwise exercised their rights and privileges against Discrimination, will be subject to disciplinary action pursuant to University regulations. This prohibition against Retaliation applies regardless of the merits of the initial complaint of Discrimination.

b.  The prohibition against Retaliation extends to protected activity covered by state or federal law or University policy or regulation. An investigation of Retaliation will be conducted by the Office of Institutional Equity and Compliance or the Office of the General Counsel depending on the circumstances surrounding the allegation of Retaliation.

*Authority*
> 20 U.S.C. §§1681-1688
> 42 U.S.C. §2000e, et.seq.
> Section 760.10, Florida Statutes

*History of Regulation*
> New 01/15/08; Amended 01/20/09; Amended 01/19/10; Amended 09/17/13; Amended 04/15/14; Amended 06/07/16; Amended 09/10/19

*Approved by Florida Gulf Coast University Board of Trustees*
> September 10, 2019



## FGCU REGULATION 1.009

### Sexual Harassment Under Title IX

*Effective Date of Regulation*

*October 29, 2020*

## A. GENERAL STATEMENT

1. Affirmation

   Florida Gulf Coast University (FGCU) affirms its commitment to ensure that each member of the University community shall be permitted to work, study, and participate in educational programs, including those receiving federal funding, services, and activities, or conduct business in an inclusive and welcoming environment. The University strives to foster a community in which diversity and inclusion are valued and opportunity is realized. This Regulation is pursuant to Title IX of the Education Amendment Act of 1972 ("Title IX") and implementing regulations.[i] This Regulation creates a mechanism for applicants, students, Employees, volunteers, visitors, as well as vendors and contractors of the University community in the United States, to file a complaint of Sexual Harassment, including Sexual Assault, Dating Violence, Domestic Violence, and Stalking, as defined in this Regulation.

2. Violation

   This Regulation prohibits specific forms of Sexual Harassment. Specifically, this Regulation prohibits Sexual Harassment, including Sexual Assault, Dating Violence, Domestic Violence, and Stalking, as defined in this Regulation. It shall be a violation of this Regulation for any officer, University Employee, student, visitor, agent, vendor, or contractor to commit any of the aforementioned acts as hereinafter defined, against any other officer, University Employee, student, visitor, agent, vendor, contractor, or applicant. The behavior prohibited in this Regulation are forms of conduct which, when established, shall result in Employee and/or student disciplinary action pursuant to University regulations, and the terms of any applicable collective bargaining agreement (CBA). University vendors and contractors found to have violated this Regulation will receive sanctions or other punitive actions consistent with the law and/or contract.



## B. COVERAGE

1. Parties

   All complaints of Sexual Harassment, Sexual Assault, Dating Violence, Domestic Violence, and Stalking, as defined in this Regulation, unless otherwise provided herein, shall be adjudicated under this Regulation as follows:

   a. Student complaints - Complaints between students, or where the Responding Party is

a student and not employed by the University, shall be investigated by the Office of Institutional Equity and Compliance (OIEC). Upon a finding of sufficient evidence of a regulation or policy violation, the Respondent shall be referred to the Division of Student Success and Enrollment Management and adjudicated under FGCU Regulation 4.002, Student Code of Conduct and Student Conduct Review Process ("Student Code of Conduct"). Students who are also Employees may be subjected to further University disciplinary action, as well as disciplinary action under the Student Code of Conduct.

b.  Student v. Employee complaints – Complaints between students and Employees where the Employee is the Respondent, shall be investigated by the OIEC. Upon a finding of sufficient evidence of a regulation or policy violation, the Respondent shall be subjected to a hearing pursuant to the procedures outlined in the corresponding Title IX Sexual Harassment Policy and upon a finding of responsibility, referred to Human Resources or Academic Affairs for disciplinary action pursuant to FGCU Regulation 5.016, Disciplinary Actions, or the Collective Bargaining Agreement (CBA), as appropriate.

c.  Employee complaints – Complaints between Employees shall be investigated pursuant to the definitions and procedures outlined in FGCU Regulation 1.003, Non-Discrimination, Anti-Harassment, and Sexual Misconduct and its corresponding Policy 1.006, Non-Discrimination, Anti-Harassment, and Sexual Misconduct.

d.  All other complaints – i.e. visitors, vendors, applicants, etc. - shall be investigated by the OIEC. Upon a finding of sufficient evidence of a regulation or policy violation, the Respondent shall be referred to the appropriate University division for disposition.

2.  Scope of Prohibitions

This Regulation provides for the prompt and equitable response to reports of Sexual Harassment, Sexual Assault, Dating Violence, Domestic Violence, and Stalking, as defined in this Regulation. Discrimination or harassment based on sex not meeting the definitions set out in this Regulation will be addressed under FGCU Regulation 1.003, Non-Discrimination, Anti-Harassment, and Sexual Misconduct and its corresponding Policy 1.006, Non-Discrimination, Anti-Harassment, and Sexual Misconduct.

This Regulation protects University students, Employees, and other persons in the United States from Title IX Sexual Harassment in an Education Program or Activity of the University. This Regulation covers all employment practices, as well as educational, athletic, cultural, and social programs, services, and activities occurring at, or sponsored by, FGCU, in the United States. This Regulation applies to locations, events, or circumstances over which the University exercised substantial control over both the Responding Party and the context in which the Title IX Sexual Harassment occurred. This includes any building owned, operated, or controlled by a student organization, as applicable.

Additionally, conduct that occurs off-campus or outside the bounds of this Regulation
can be the subject of a complaint or report under FGCU Regulation 1.003, Non-
Discrimination, Anti-Harassment, and Sexual Misconduct and its corresponding Policy
1.006, Non-Discrimination, Anti-Harassment, and Sexual Misconduct.

## C. DEFINITIONS

1. *Actual Knowledge:* Notice of Sexual Harassment or allegations of Sexual Harassment to
   the University's Title IX Coordinator or any official of the University who has authority
   to institute corrective measures on behalf of the University.

2. *Complainant:* An individual who is alleged to be the victim of conduct that could
   constitute Sexual Harassment.

3. *Consent*: Defined as set out in FGCU Regulation 1.003, Non-Discrimination, Anti-
   Harassment and Sexual Misconduct, and its corresponding Policy 1.006, Non-
   Discrimination, Anti-Harassment, and Sexual Misconduct.

4. *Dating Violence*: Violence committed by a person who is, or has been, in a social
   relationship of a romantic or intimate nature with the victim. The existence of such a
   relationship shall be determined based on consideration of:

   a. The length of the relationship.

   b. The type of relationship.

   c. The frequency of interaction between the persons involved in the relationship.

   For the purposes of this definition, Dating Violence includes, but is not limited to, sexual
   or physical abuse or the threat of such abuse. Dating Violence does not include acts
   covered under the definition of Domestic Violence.

5. *Deputy Title IX Coordinator(s)*: A University Employee designated to assist in the
   administration of the responsibilities related to Title IX matters.

6. *Document Filed by a Complainant*: A document or electronic submission (such as by e-
   mail or through an online portal) that contains the Complainant's physical or digital
   signature, or otherwise indicates that the Complainant is the person filing the Formal
   Complaint.

7. *Domestic Violence*: Felony or misdemeanor crimes of violence committed by:

   a. A current or former spouse or intimate partner of the Complainant;

b. By a person with whom the Complainant shares a child in common;

c. By a person who is cohabitating with, or has cohabitated with, the Complainant as a spouse or intimate partner;

d. By a person similarly situated to a spouse of the Complainant under the domestic or family violence laws of the jurisdiction in which the crime of violence occurred; or

e. By any other person against an adult or youth Complainant who is protected from that person's acts under the domestic or family violence laws of the jurisdiction in which the crime of violence occurred.

8. *Education Program or Activity*: Locations, events, or circumstances over which the University exercised substantial control over both the Responding Party and the context in which the Sexual Harassment occurred, which includes any building owned or controlled by a student organization that is officially recognized by the University.

9. *Employee*: Any out-of-unit faculty or staff member, whether part-time or full-time, regular or temporary, and includes post-doctoral scholars. For the purposes of this Regulation, Employees who are also students are considered Employees if the Reporting Party alleges that the student-Employee conditioned the provision of a University aid, benefit, or service which the student-Employee had authority or ability to provide on an individual's participation in unwelcome Sexual Contact.

10. *Formal Complaint*: A Document Filed by a Complainant or signed by the Title IX Coordinator alleging Title IX Sexual Harassment against a Responding Party and requesting that the University investigate the allegation of Title IX Sexual Harassment.

11. *Frivolous Complaint*: A Frivolous Complaint is one that is trivial, superficial, senseless, groundless, or brought in bad faith.

12. *Reporting Party*: An individual who is alleged to be the subject of or a witness to conduct that could constitute Title IX Sexual Harassment.

13. *Respondent*: An individual who has been reported to have engaged in conduct that could constitute Title IX Sexual Harassment.

14. *Responding Party:* An individual who has been reported to have engaged in conduct that could constitute Title IX Sexual Harassment.

15. *Retaliation*:

Retaliation occurs when an adverse action or threat of an adverse action is taken against a Complainant, Respondent, or any individual or group of individuals involved in the

complaint, investigation, and/or resolution of an allegation of Sexual Harassment under this Regulation or for engaging in any activity protected by federal or state law or University policy or regulation. This includes action taken against a bystander who intervened to stop or attempted to stop Sexual Harassment from occurring. Retaliation includes intimidating, threatening, coercing, or in any way discriminating against an individual because of the individual's complaint or participation, or adverse actions taken with respect to academic activities or work assignments, salary, or other terms of employment.

Charging an individual with code of conduct violations that do not involve Sexual Harassment, but arise out of the same facts or circumstances as a report or Formal Complaint of Sexual Harassment, for the purpose of interfering with any right or privilege secured by Title IX constitutes Retaliation.

16. *Sexual Assault*: Any of the following sexual acts directed against another person, without Consent, including instances where the person is incapable of giving Consent.

   a. *Rape*: Penetration, no matter how slight, of the vagina or anus with any body part or object, or oral penetration by a sex organ of another person, without the Consent of that person.

   b. *Fondling*: The touching of the private body parts of another person for the purpose of sexual gratification, without the Consent of the person, including instances where the person is incapable of giving Consent because of age or temporary or permanent mental incapacity.

   c. *Incest*: Sexual intercourse between persons who are related to each other within the degrees wherein marriage is prohibited by law.

   d. *Statutory Rape*: Sexual intercourse with a person who is under the statutory age of Consent.

17. *Sexual Harassment*: Conduct on the basis of sex that satisfies one (1) of the following:

   a. An Employee conditioning the provision of a University aid, benefit, or service on an individual's participation in unwelcome sexual contact (also known as *quid pro quo*);

   b. Unwelcome conduct determined by a reasonable person to be so severe, pervasive, and objectively offensive that it effectively denies a person equal access to the University's Education Program or Activity; or

   c. Sexual Assault, Dating Violence, Domestic Violence, or Stalking, as defined in this Regulation.

18. *Stalking*: Engaging in a course of conduct, that is, two (2) or more acts, including, but not

limited to, acts which the stalker directly, indirectly, or through third parties, by any action, method, device, or means follows, monitors, observes, surveils, threatens, or communicates to, or about, a person, or interferes with a person's property - directed at a specific person that would cause a reasonable person, person under similar circumstances and with similar identities to the victim, to:

a.  fear for the person's safety or the safety of others; or

b.  suffer substantial emotional distress, that is, significant mental suffering or anguish that may, but does not necessarily, require medical or other professional treatment or counseling.

19. *Supportive Measures*:

a.  Individualized services reasonably available that are non-punitive, non-disciplinary, and not unreasonably burdensome to the other party while designed to ensure equal educational access, protect safety, or deter Sexual Harassment. Supportive Measures may include, but are not limited to:

  1) Access to counseling services and assistance in setting up initial appointments.

  2) Rescheduling of exams and assignments.

  3) Providing alternative course completion options.

  4) Change in class schedule, including the ability to drop a course without penalty or to transfer sections.

  5) Modifications of work or class schedules.

  6) Restrictions on contact between the parties.

  7) Changes in work or housing locations.

b.  Supportive Measures will be maintained as confidential, to the extent that maintaining such confidentiality would not impair the ability of the University to provide the Supportive Measures.

20. *Title IX Coordinator*: The University Employee responsible for administering a Title IX related centralized complaint filing process, which includes investigating Complaints of gender inequity and/or Sexual Harassment, analyzing trends, and monitoring overall compliance with this Regulation as it relates to Title IX compliance and related federal, state, or local legislation and regulations.

## D. REPORTING

1. University Response

   a. This Regulation prohibits specific forms of Sexual Harassment. More particularly, this Regulation prohibits Sexual Harassment, including Sexual Assault, Dating Violence, Domestic Violence, and Stalking, as defined in this Regulation.

   b. When the University has Actual Knowledge of a potential violation of this Regulation, the Title IX Coordinator, in consultation with other administrators, will implement reasonable and appropriate Supportive Measures to restore or preserve equal access to the University's Educational Program or Activities and to protect the safety of the parties.

   c. When a Formal Complaint under this Regulation is filed, as detailed in the corresponding Title IX Sexual Harassment Policy, the University will initiate a formal process of investigation and adjudication of the alleged Policy violation.

2. Reporting Responsibility of Employees

   a. All University Employees must report information they have about occasions of alleged Sexual Harassment to the Title IX Coordinator. This reporting requirement excludes those University Employees who are statutorily prohibited from reporting such information only when they are acting within their protected role. Exempted Employees are in the following offices:

      1) Counseling and Psychological Services (CAPs);

      2) Student Health Services;

      3) Community Counseling Center; and

      4) Confidential Victim Advocate.

   b. Any University Employee who receives a report, observes, or learns of an alleged violation of this Regulation has an absolute and unqualified duty to immediately report the alleged violation to Title IX Coordinator as soon as possible. Should they know of such activity and fail to report it, they may be subjected to disciplinary action pursuant to FGCU Regulation 5.016, Disciplinary Actions. Periodic training on these topics must be completed by all Employees.

3. Responsibility of Complainant

   The Complainant is not required to inform an alleged offender of the offensiveness of the behavior in order to make a complaint under this Regulation. Frivolous Complaints are a

violation of this Regulation and may be cause for disciplinary action.

4. Amnesty Provision for Students

   a. Allegations of Sexual Harassment involving students should be brought to the
      University's attention as soon as possible, regardless of whether or not it occurred on
      campus, off campus, or at a University-sponsored event. Therefore, students who
      make a good faith report, on their own behalf or on behalf of another person, of
      Sexual Harassment will not be subject to disciplinary actions related to intoxication or
      possession under the Student Code of Conduct in connection with the reported
      situation, provided that any such violations did not, and do not, place the health or
      safety of any other person at risk.

   b. However, students should understand that this directive applies only to the Student
      Code of Conduct and does not preclude or prevent action by police or other law
      enforcement agencies. As such, any violation of federal or state criminal law
      involving the use or possession of alcohol or illegal drugs may result in prosecution,
      as FGCU cannot grant amnesty from proceedings in the federal or state criminal
      justice system.

   c. Law enforcement agencies may act within their jurisdiction in enforcing any
      applicable federal, state, or local laws.

5. Retaliation

   a. Any University student, Employee, visitor, or group that engages in Retaliation
      against a University student, Employee, or visitor who has filed a complaint alleging
      discrimination, participated in an investigation, or otherwise exercised their rights and
      privileges against discrimination, will be subject to disciplinary action pursuant to
      University regulations. This prohibition against Retaliation applies regardless of the
      merits of the initial complaint of discrimination.

   b. The prohibition against Retaliation extends to protected activity covered by federal or
      state law or University policy or regulation. The Office of Institutional Equity and
      Compliance will conduct investigations of Retaliation depending on the
      circumstances surrounding the allegation of Retaliation. If allegations of Retaliation
      or conflict of interest are made against the Office of Institutional Equity and
      Compliance, the General Counsel will secure the services of an external Investigator
      to address complaints of Retaliation and conflicts of interest against the Office of
      Institutional Equity and Compliance.

*Authority*
   *Title IX of the Education Amendments Act of 1972 and accompanying regulations*

*The Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act
(Clery Act), 20 U.S.C. section 1092 et al
Violence Against Women Reauthorization Act of 2013 (VAWA), section 304*

*History of Regulation
Emergency 08/11/20; New 10/29/20*

*Approved by Florida Gulf Coast University Board of Trustees
October 29, 2020*

---

[1] Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial
Assistance, 85 Fed. Reg. 30,026 (May 19, 2020)

**002117**



**FGCU REGULATION 5.023**

**Separations**

*Effective Date of Regulation:*

*September 10, 2019*

## A. GENERAL STATEMENT

This Regulation applies to all employees who are not subject to a collective bargaining agreement, unless otherwise indicated, and encompasses actions separating an employee from the University or from their current position while remaining an employee ("reassignment"). If there is a conflict between any contract and this Regulation, the Regulation will control.

## B. SEPARATIONS FROM EMPLOYMENT

The following separations from employment shall be administered consistent with the following provisions:

1. Resignation

   Whenever possible, employees are encouraged to provide at least two weeks advance notice of resignation to the University. Once tendered, a resignation, whether communicated verbally or in writing, is deemed accepted, and may not be rescinded by the employee without concurrence of the President for a President's direct report, or the appropriate Vice President. Employees resigning in lieu of termination are not eligible for rehire.

2. Job Abandonment

   An employee who is absent without approved leave for three (3) or more consecutive workdays may be considered to have abandoned the position and has therefore resigned from the University, unless the employee, or designee, provides information regarding the existence of an emergency situation or medical condition that impaired the employee's ability to contact his/her supervisor. Employees separating due to job abandonment are not eligible for rehire.



3. Separation During Probationary Period

   Employees serving in a probationary period in any position or classification may be separated from employment at any time, for any non-discriminatory reason. Separations during the probationary period do not require notice and may not be appealed.

4. Layoffs

Layoffs shall be administered consistent with the following provisions. Additional guidance may be provided in a University policy.

a) Employees may be laid off at any time.

b) The President or designee shall notify any appropriate employee organizations when layoffs are to take place.

c) Layoff units may be at an organizational level such as a division, college, school, department, area, program, unit or other level of organization as the University President or designee deems appropriate.

d) In designating the employees for layoff, the President or designee may take into consideration the qualifications and relevant experiences required for specific positions and exclude such from layoff.

e) The President or designee may make reasonable efforts to locate appropriate alternative/equivalent employment within the University for laid-off employees, where possible.

5. Notice of Separation

a) Separation with Written Notice

1) Non-Unit Faculty, Administrative & Professional (A&P), Support Personnel (SP), and Executive Service employees may be separated from the University without cause, effective immediately, with written notice and a lump sum severance payment according to the following schedule:

i) Employees in their initial year of employment shall be given a lump sum severance payment equal to thirty (30) days of the employee's current salary upon notice of separation without cause;

ii) Employees with more than one year of employment shall be given a lump sum severance payment equal to ninety (90) days of the employee's current salary upon notice of separation without cause; or

iii) Employees in the Executive Service shall be given a lump sum severance payment equal to sixty (60) days salary upon notice of separation without cause, unless there exists an applicable contract in which case the terms of the contract will govern any severance payment. This notice shall indicate whether the separation is from employment or removal from the executive service position with a reassignment to a non-executive service position, if applicable.

      2) In providing any lump sum severance payment to the employee in accordance
with section 5 (a) (1) above, such lump sum shall not exceed 20 weeks of pay,
subject to limitations under Section 215.425, Florida Statutes.

  b) Fixed Term Appointments

Persons appointed to fixed term appointments, including but not limited to
visiting appointments and employees in positions funded through contracts and
grants, sponsored research funds, trust funds, auxiliary, or local funds, shall be
provided notice that employment will cease on a specific date where no further
notice of cessation of employment is required in an employment agreement, offer
letter, or other document.

  c) Other Personal Services (OPS) Employment

      1) Persons appointed to OPS employment category are provided notice upon hire
that such appointment is temporary in nature and may end at any time without
notice and with no right to appeal.

      2) Persons appointed to Adjunct faculty are hired for one academic term at a
time and are provided notice upon hire that such appointment may end due to
lack of enrollment, funding, or reassignment of faculty workload.

6. Dismissal for Cause

Non-Unit Faculty, A&P, SP, and Executive Service employees dismissed for cause
are not entitled to advance notice and may be dismissed at any time during their
employment in accordance with this Regulation. Employees dismissed for cause are
not eligible for rehire, and consistent with section 215.425, Florida Statutes, are
prohibited from receiving any severance pay. Dismissal for cause is also addressed in
FGCU-PR5.016, Disciplinary Actions.

## C. EXIT INTERVIEW

Individuals who separate from employment are encouraged to complete the Exit
Interview Process through the Department of Human Resources.

## D. SEPARATION CLEARANCE

1. Faculty (including in-unit), A&P, and SP employees separating from employment
with the University shall return all University property in their possession and settle
their financial accounts with the University prior to receipt of any final payments due
them. The Department Head shall work in collaboration with the Department of
Human Resources and all applicable University departments to ensure the timely
return of all University property and/or to activate the appropriate measures to collect

such. The employee's immediate supervisor is responsible for ensuring proper separation procedures are followed and for notifying the Department Head if property or keys are not returned or accounts are not settled.

2. The University reserves the right to deduct any amounts owed to the University or to deduct an amount to compensate for unreturned property from any funds, which may be due the employee (i.e., final pay, leave payout).

*Authority*
   *Sections 1001.706 and 215.425, Florida Statutes*
   *BOG Regulation 1.001, University Board of Trustees Powers and Duties*

*History of Regulation*
   *New 06/17/08; Amended 06/18/13; Amended 04/21/15; Amended 04/19/16; Amended 09/11/18; Amended 09/10/19*

*Approved by Florida Gulf Coast University Board of Trustees*
   *September 10, 2019*

002125



# Florida Gulf Coast University Police Department

| Subject | Organizational Structure and Management |
|---|---|
| G.O. or S.O.P. # | GO - 003 |
| Effective Date | June 1, 2006 |
| Revision Date | July 28, 2017 |
| Approval | Electronic Approval/Signature on File |

**AUTHORITY**

Department Administration

**PURPOSE**

To establish the organizational structure of the Department and the authority and responsibilities of the various units and personnel.

**SCOPE**

All Personnel

**RANK STRUCTURE**

1. Director (Chief)
2. Captain
3. Lieutenant
4. Sergeant
5. Law Enforcement Officer / Detective
6. Support Personnel

**ORGANIZATION**

The organizational structure of the Department shall be divided into functional components as the need arises. Minimally, the Department is broken down as follows:

**Director's Office**

The Office of the Director (Chief) oversees all departmental operations and administrative functions. The Police Services captain, Support Services Lieutenant and Office Manager report directly to the Director (Chief).

**Police Services Captain**

The Police Services Lieutenant oversees the patrol function, criminal investigations, special events, property & evidence, training, and other ancillary duties as assigned.

**Support Services Lieutenant**

EXHIBIT
34
PENGAD 800-631-6989
12 25 Smith

The Support Services Lieutenant oversees parking services, communications / dispatch, records management, transportation, accreditation and other ancillary duties as assigned.

**Sergeant**

Law Enforcement Sergeants oversee day-to-day police operations, ensure proper staffing levels, perform staff inspections as needed, and perform ancillary duties as assigned. Typically, the Law Enforcement Sergeant will supervise a shift of Law Enforcement Officers.

**Law Enforcement Officer / Detective**

Law Enforcement Officers are primarily responsible for safeguarding persons & property, enforcement, criminal detection & deterrence, traffic, responding to calls for service, investigations and other ancillary duties as assigned.

**Support Personnel**

Support personnel are the civilian employees providing all of the support services to include, but not limited to, Communications, Parking Services, and Office Manager.

**AUTHORITY AND RESPONSIBILITY**

**Organizational Units**

Will be under the direct command of only one supervisor at any given time.

**Supervisory Personnel**

Are accountable for the actions of subordinates under their command, whether they are in a permanent or temporary assignment, to include officers who are temporarily occupying a supervisory position.

**All Personnel**

- Shall have the latitude to enable them to make necessary decisions and exercise discretion to effectively execute their duties.
- Shall be held fully accountable for the application of, or failure to apply, the authority delegated to them.

**SPAN OF CONTROL**

Supervision at the line level will not exceed a ratio of 8: 1; i.e., eight (8) members to one (1) sergeant, and will decrease proportionally up through the Chain of Command to the Director as in a pyramid structure. All employees shall be accountable to only one supervisor at any given time.

000872

 Florida Gulf Coast University Police Department

| Subject | Supervisory Management |
|---|---|
| G.O. or S.O.P. # | GO - 005 |
| Effective Date | May 21, 2007 |
| Revision Date | July 28, 2017 |
| Approval | Electronic Approval/Signature on File |

**AUTHORITY**

Department Administration

**PURPOSE**



The purpose of this general order will be to create a policy and outline procedures that promote efficient, effective and specific management philosophies as it relates to authority, responsibility, and direction.

**SCOPE**

All Personnel

**POLICY**

In order to achieve an organizational environment that is responsible not only to the needs of the community, but also to that of internal operational capabilities, a more specific delineation of direction has been implemented. Included is a clear and distinct representation of authority and responsibility of the Director, a framework for the succession of leadership roles in the absence of the Director and the interpretation and adherence to lawful orders and multiple commands.

**DIRECTION**

**Director of University Police and Safety**

Pursuant to Florida State Statute 1012.97, each University in the State University System (SUS) must establish a Police Department. The Director of Police shall be appointed by the University President and shall serve as an Administrative and Professional (A&P) Employee of the university and shall meet the minimal qualifications for a law enforcement officer as defined by Florida State Statute 943.13.

**Department of Police**

The University Police and Safety Department shall be under the direction of a Director, whose responsibilities include:

1. Protection of life and property from crime within the grounds of the university;
2. Enforcement of all university rules, state statutes, and certain federal laws applicable to the university;
3. Orderly flow of vehicular traffic;

000875

4. Providing a public information program relating to crime prevention for the students, staff, faculty and visitors of the university; and

5. Performance of other duties as assigned by the Vice President of Administrative Services.

## ALTERNATE COMMAND AUTHORITY

In the Director's absence, the leadership role of the organization will be assumed by a member of the Department's Command Staff, unless the Director has assigned an alternate designee.

The Vice President shall retain his/her right to make the discretionary appointment of an acting or interim Director if the severity of the absence necessitates it.

### Command Protocol

During operations involving personnel from two or more units (patrol, investigations, services, etc.) the senior most officer of the most effected unit shall assume command of the operation. During day-to-day operations, each supervisor shall ensure that an acting supervisor has been named in their absence.

### Supervisory Responsibilities

All supervisors are accountable and personally responsible for the work product, conduct, display of professionalism and any other attendant concerns related to the performance of personnel directly under their command. However, a supervisor is not limited to the supervision of personnel they are assigned. Every supervisor shall exercise supervision over any member of a lesser rank demonstrating a need for immediate supervisory action.

It will be a continuing responsibility of all supervisors to ensure proper training and discipline of subordinates. In order to assist in the achievement of these objectives, supervisors may implement the utilization of inspections, evaluations, enforcement of rules and regulations, and/or counseling.

### Employee Responsibilities

All Department members shall be responsible for the compliance with lawful orders issued by a supervisor. This is to include any order relayed by a supervisor through another department member.

Also see General Order 6. 7. A lawful order should be considered as any order employees or members should reasonably believe to be in concert with the performance of their duties.

## MULTIPLE OR CONFLICTING ORDERS

The importance and execution of lawful orders for the accomplishment of critical or routine tasks is of paramount concern to completing the police mission. Therefore, if a situation should arise regarding the issuance of conflicting orders, it is imperative that the organization creates a definitive procedure to follow.

In the event a department member receives a conflicting lawful order, contrasting or changing that of a previous one given, they should:

1. Respectfully inform the supervisor ( or other person issuing the order) of the situation and request a resolution of the conflict; and/or

Page 2 of 3

000876

2.  If there is no resolution of the conflict, the member will follow the most recent order issued and
    shall not be held accountable for the failure to adhere to the first. Also see General Order 6.7
    Obedience to Orders.

## STAFF MEETINGS

Departmental elements will conduct regularly scheduled formal briefings and / or staff meetings. When
possible, each meeting will be conducted in accordance with a pre-announced agenda, however, at the
discretion of the chairperson, attendees may introduce other material. The following recurring
Department-level meetings are established:

1.  Command Staff Meeting: The Department's Command Staff shall meet on a regular basis as
    determined by the department director.
2.  Supervisors: Individual supervisors are encouraged to hold periodic meetings with members of
    under their supervision.

000877



# Florida Gulf Coast University Police Department

| Subject | Written Directives |
|---------|-------------------|
| G.O. or S.O.P. # | GO - 006 |
| Effective Date | May 21, 2007 |
| Revision Date | July 28, 2017 |
| Approval | Electronic Approval/Signature on File |

**AUTHORITY**

Department Administration



**PURPOSE**

Establish a system of written directives to provide employees with a clear understanding of the constraints and expectations relating to the performance or their duties.

**SCOPE**

It shall be the policy of the Florida Gulf Coast University Police Department that official written orders conform to the provisions of this general order. Once a written directive has been reviewed by the department's Command Staff and approved by the Department Director, it will become the official order on the subject and distributed accordingly. All supervisors have the authority to issue special orders and memorandums, regarding specific requirements to elements under their command after approval from the Director or his designee. No subordinate order may conflict with a departmental written directive. A vesting authority's signature, with the approval date, is required on every written directive. Uniformity, as prescribed, is required in the preparation, issuance, dissemination, and maintenance of written directives.

**DISTRIBUTION**

The department's Accreditation Manager is responsible for maintaining all departmental General Orders and Standard Operating Procedures and will ensure that any proposed revisions are not in conflict with accreditation standards. Departmental General Orders and Standard Operating Procedures will be made available to all personnel in either electronic or bind form within 5 business days of approval.

**DIRECTIVE DESCRIPTIONS**

**Policies**

Policies are expressed as broad statements of university principles and values, which guide the performance of university activities. Policy statements provide a framework for development of rules, orders, and procedures. Once a policy has gone through the development process, the President's Cabinet reviews draft policies which are then disseminated by the Office of the General Counsel to the University community via email and postings on its website. The University community will have 10 days to provide feedback to the Office of the General Counsel. The General Counsel will present the feedback to the

Page **1** of **3**



President's Cabinet for further review and possible revisions. The draft Policy will then be forwarded to the President for final review and approval.

**Regulations**

Regulations are statements of general applicability to guide the conduct or action of constituents or the public. Regulations must be consistent with law and the resolutions, and strategic plan of the Board of Governors and must be approved by the University Board of Trustees. Prior to the adoption, amendment or repeal of any regulation, except an emergency regulation, the university board of trustees shall give notice of its intended action. This notice shall be given at least 30 days prior to any proposed board of trustees' adoption or repeal of the regulation. Notice of a proposed regulation, amendment or repeal shall include publication on a clearly marked area on the university's internet website.

**General Orders**

Provide guidelines, methods of operation, and procedures pertaining to accomplishing the Department's mission. GO's may also provide for coordination of activities involving two or more major organizational elements. General Orders are issued and approved by the Director or his designee.

**Standard Operating Procedures**

Provide guidelines for actions in particular situations, describe methods of performing an operation, or specify courses of action or specific subjects requiring detailed explanations and guidance. Standard Operating Procedures are issued and approved by the Director or his designee.

**REQUIREMENTS**

Departmental written directives shall conform to the specifications of this order. The following items shall be included for each written directive:

**Indexing & Formatting**

Each department directive shall bear an indexing number, a date of issue, a revision date (if applicable), and a subject title. The Accreditation Manager will ensure that formatting of the directives are neat and orderly and contain the proper indexing numbers , titles and content.

**Purging, Updating, and Revising Directives**

Departmental directives are not self-canceling. The Accreditation Manager shall review departmental directives periodically as needed, and will provide a recommendation to the Director to purge, update, or revise such directives. The Accreditation Manager will produce and distribute updated departmental directives and will make them available to each department member.

**Requests for  Revisions**

Shall be forwarded to the Accreditation Manager. Each request will include an acknowledgement by the respective supervisor that a revision is needed.

000879

**Updating**

The Accreditation Manager will manage the updating and dissemination of all departmental directives to ensure compliance with accreditation standards.

**STAFF REVIEW PROCEDURES**

The Accreditation Manager submits drafts of directive documents to the command staff for review and comment. The final draft is submitted the department director for approval. After being approved, the Accreditation Manager will publish the document in PowerDMS.

**DISSEMINATION AND ACKNOWLEDGMENT BY EMPLOYEES:**

The current method of dissemination is accomplished through publishing the document(s) in PowerDMS where they can be tracked and acknowledged electronically. All members must acknowledge all department directives within 90 days.

**STORAGE PROCEDURES**

The Accreditation Manager shall maintain computerized documentation and/or hard copies of the department's directives. University policies and regulations are maintained by the university's General Counsel and can be accessed on their intranet website.

**PRECEDENCE OF LAWS AND DIRECTIVES**

All departmental directives will be written to comply with federal law; Florida Statutes; and University rules and orders. Conflicts will be resolved in favor of the superior directive as listed below in descending order of precedence:

1. Federal laws
2. State laws
3. University Policies and Regulations
4. Department Manual General Orders
5. Department Standard Operating Procedures
6. Subordinate Special Orders

000880



# Florida Gulf Coast University Police Department

| Subject | Sexual Battery |
|---|---|
| G.O. or S.O.P. # | GO - 010 |
| Effective Date | November 30, 2001 |
| Revision Date | August 18, 2017 |
| Approval | Electronic Approval/Signature on File |

**AUTHORITY**

Florida State Statutes; Department Administration

**PURPOSE**

To establish guidelines for the Florida Gulf Coast University Police Department (FGCUPD) officer's and communications members response to allegations of sexual violence.

**SCOPE**

All Personnel

**POLICY**

This agency is committed to providing educational services to our community to reduce the incidence of sexual violence within the University population. This agency provides Rape Aggression Defense (RAD) classes throughout the year to teach women about self-defense. Our officers work closely with the FGCU Victim Advocate to assist survivors of sexual violence in our community.

Sexual violence investigations shall be aggressively pursued by FGCUPD officers. Response to sexual violence shall not vary based on the characteristics, status, or profession of the survivor or perpetrator. High priority shall be assigned to ensuring survivor safety and referral to appropriate services.

**PROCEDURES**

**Survivor/ Police Relationship**

1. While each sexual battery investigation is unique, the most important consideration for the officer or investigator must be the physical and emotional well being of the survivor. Physical injuries and/or emotional trauma to the survivor must be attended to immediately.
2. It is essential that all appropriate steps be taken to ensure that the survivor feels safe. In addition, sexual battery survivors need reassurance that they did nothing wrong and that they will be taken care of. Members must also understand that the survivor needs to regain control of his/her life.
3. The recovery process should begin with the survivor's first contact with a member of the department. To begin to regain control of their lives, survivors must have confidence that their well being is important to the officer, investigator, or communications operator. Their ability to emotionally survive the ordeal of the sexual battery, the criminal investigation, and a subsequent trial may well depend upon the extent to which they feel the members of this department care.

000894

4. Finally, it is well recognized that honest concern by police members regarding the well being of the survivor enhances the investigative effort.

**Communications Responsibilities**

Police Service Aides (PSA) play a critical role in focusing the initial police response by compiling necessary information concerning the survivor and offender and providing initial aid and comfort to the survivor.

1. Whether or not the sexual violence being reported is still in progress, the call shall be handled as a high priority call.
2. PSA's will ascertain:
   a. The medical condition, needs, and location of the survivor;
   b. Location and time of the incident;
   c. Description of the suspect;
   d. If the suspect is armed;
   e. Whether the suspect is still present and, if not, direction and mode of travel of the suspect; and the identity of the suspect, if known.
3. The survivor should be advised by the PSA not to:
   a. Change clothes;
   b. Wash;
   c. Drink anything;
   d. Comb their hair; or
   e. Disturb anything about the scene.
4. If the survivor says that they need to use the restroom the PSA shall tell them that they may do so, but advise them to "pat dry" instead of "wiping". (It should be explained to the survivor that this is to assist in the preservation of evidence.)
5. PSAs will ascertain whether the survivor has special need(s), (including, but not limited to, situations in which the survivor is hearing impaired or does not speak English.)
   a. The PSA will inform the officer of the special need and will attempt to make available to the officer at the scene or by telephone, the appropriate resources.
   b. Whenever possible, the interpreter resource should be unaffiliated with the survivor and the perpetrator.
6. The PSA shall never ask the survivor whether he/she plans to cooperate with prosecution.
7. Telephone Protocol
   a. Whenever possible and appropriate, the PSA will stay on the telephone with the survivor to provide assistance and comfort until an officer arrives on the scene.
   b. For "9-1-1" or other emergency call hang-ups where call location information is available, PSAs should always try to call back as well as dispatching a unit.
   c. PSAs shall not cancel law enforcement response to a sexual violence complaint regardless of whether the request is made during the initial call or a follow-up call. However, the PSA shall advise the officer that such a request was made.
8. The PSA shall contact a FGCUPD Victim Advocate as soon as possible after a request for notification is made by the investigating officer or the shift commander. This will ensure that the survivor is not inconvenienced by a delayed arrival of the Victim Advocate or crisis counselor.

000895

**Initial Response/ Investigation and Survivor Support**

Initial responding officers shall be primarily concerned with the well-being of the survivor and, where circumstances allow, should initiate investigative procedures that will facilitate the identification and arrest of the perpetrator(s).

1. The initial responding officer shall:
   a. Respond to the scene and immediately:
      - Administer first aid, if necessary;
      - Request medical support, if necessary; and
      - Secure and protect the crime scene.
   b. If treatment needs for the survivor are not immediate, a preliminary interview shall be conducted to:
      - Establish the fact that a sexual battery has occurred;
      - To obtain a description or identification of the assailant, if known;
      - Determine the location of the actual crime scene to ascertain if the sexual battery occurred within our jurisdiction. Since the survivor will often report the crime from a location other than the main crime scene, it should be determined if the survivor was in a vehicle with the assailant either prior to or after the assault. Efforts should be made immediately to locate and secure these "additional" crime scenes; and
      - Obtain a description of any vehicle or weapon(s) involved in the incident.
   c. At this point no attempt will be made to question the survivor regarding more specific or intimate details of the sexual battery.
   d. Notify the shift commander that a sexual battery has occurred. The shift commander will be responsible for notification of the chain of command.
   e. If the offense took place in another jurisdiction the following steps will be taken:
      - If this agency receives a call from a survivor or a third party, concerning a sexual battery that occurred off campus, the agency of jurisdiction will be contacted.
      - It is extremely important that the survivor is made to feel that our department is concerned about what has happened to him/her, even though it may not legally be within our jurisdiction.
   f. In all cases involving a sexual battery, an on duty or "on-call" Investigator will be contacted as soon as possible after the determination that the crime occurred within FGCUPD jurisdiction. If the Investigator cannot be reached, an "on-call" supervisor will be contacted immediately. Investigators shall respond as soon as possible and take charge of the investigation of the crime.
   g. The Investigator will conduct a preliminary interview with the survivor to establish the facts of the reported crime. The initial questioning should be limited to those matters necessary to identify the survivor, suspect, and witnesses and to describe and locate the suspect, witnesses and physical evidence. Officers should be aware when locating witnesses that when a sexual battery survivor makes "first complaint" those statements made by the survivor to such person may be admissible as an exception to the hearsay rule. If the survivor requests that the interview be conducted by an officer of another gender, this request should be honored,

     if possible. Similarly, requests for the presence during this interview of survivor support persons should be honored, if practical.

h. In all cases involving sexual battery, the FGCUPD Victim's Advocate will be notified as soon as possible. The FGCUPD Victim's Advocate representative is an extremely valuable resource in being able to comfort the survivor and explain what can be expected to happen immediately and in the future.

- The Victim's Advocate can explain to the survivor what will happen during the initial forensic physical examination and why it is necessary. They can also explain the need to cooperate with the investigative process.
- The Advocate can also provide the survivor with appropriate assistance in academics, providing temporary housing, transportation, counseling assistance and liaison with both the State Attorney's Office (SAO) and the FGCU disciplinary process. This office can also assist by providing other support which may lead an otherwise reluctant survivor to prosecute a known offender.

i. Together with the FGCU Victim's Advocate, attempt to gain the survivor's trust and confidence by showing understanding, patience, and respect for the personal dignity of the survivor. Use language appropriate to the age, educational level, and emotional condition of the survivor.

j. A neighborhood survey will be conducted by the initiating officer to identify possible witnesses. The . officer must be sensitive to the need to protect the identity of the survivor and shall not reveal anything that would compromise the survivor's dignity and privacy.

k. If the victim is a juvenile, Department member will follow the provisions of §39 and §743 of the Florida Statute regarding medical treatment/ examination.

- Notify the Department of Children and Families Florida Abuse Hotline (1-800-962-2873) whenever a child is the victim of a sex offense.
- Notify family members and solicit their support.
- Interview parents and separate, if necessary.
- Have one or both parents and/ or Victim's Advocate respond with the survivor to the examination site.
- Interviews shall be conducted in a setting and manner intended to minimize the traumatic effects of the interview.

l. In any inter- familial sexual abuse cases, the Department of Children and Family Services shall be contacted and a joint investigation shall be initiated.

2. Before a crime scene search is conducted, the officer, shift commander, and Investigator shall coordinate with each other and plan the crime scene search prior to the collection of any physical evidence at the crime scene. The Investigator is in charge of the investigation and the scene once he arrives. He shall direct the activities of all members working the incident.

a. Follow the guidelines listed in the FDLE Crime Laboratory Evidence Submission Manual (ESM) when collecting evidence. This includes, but is not limited to:

- Taking Photographs;
- Impounding Evidence;
- Sketching the crime scene; and Videotaping the crime scene(s).

000897

   b.  If warranted, the Florida Department of Law Enforcement (FDLE) may be contacted to process the crime scene.

3.  If appropriate, as soon as the Investigator has completed the initial interview, the survivor will be requested to consent to an initial forensic physical examination. The survivor may need assurance from the Victim's Advocate that the examination will be conducted to insure his/ her well being, screen for sexually transmitted disease, as well as, to collect evidence which will assist in a successful prosecution.

   a.  The Investigator and a FGCU Victim's Advocate shall transport or accompany the survivor to the examination and / or treatment facility in an unmarked vehicle, if possible. FGCUPD officers shall not transport survivors in a marked police vehicle if at all possible. If the survivor wishes to also have a friend accompany them, this will be allowed.

4.  If a physical examination is conducted, request that medical or other appropriate personnel take photographs and provide written documentation of the survivor's injuries.

   a.  If the officer suspects that the offender may have administered a drug or the survivor states that a drug was administered (not self-administered) which caused the mental incapacitation of the survivor, the officer must request that a gray-top vial of blood (in addition to red and purple top vials) be drawn and that a urine sample be obtained for drug screening purposes.

   b.  The officer should request that the survivor sign a release of medical records form (allowing for the release of only those records which pertain to the sexual battery).

   c.  Prior to the examination, the nurse will make available to the officer the "Office of the Attorney General Sexual Battery Form" which shall be completed by the officer. Complete all three sections of this form. This form certifies in writing that the initial forensic physical examination is needed to aid in the investigation of an alleged sexual offense and that the claimant is the alleged survivor of the offense.

   d.  Once the examination is completed, the nurse will release all the evidence obtained to the law enforcement officer, including a sealed sexual battery examination kit, a completed "Sexual Battery Medical History & Physical Examination" form, and a "Sexual Battery History and Forensic Report".

- The yellow copies of this report will be placed in the sexual offense report.
- The pink copies of the same report will be placed in the sexual battery kit which will be completed by the nurse examiner.
- Additional reports will be provided by the nurse examiner to the officer in the event that an injury occurred during the sexual offense. These will include anatomical drawings and the location of the injuries on the survivor.

   e.  All evidence received from the forensic examination shall be properly sealed, documented, labeled and stored by the Investigator.

- The chain of custody shall be properly maintained and documented at all times.
- The sealed sexual battery examination kit will be placed into refrigerated storage as soon as possible. Effective July I, 2016, FS 943.326 requires that sexual assault evidence kits from a reporting victim which are received by an agency on or after 7/1/2016 must be submitted by the agency to the laboratory within 30 days from the date of its receipt or request by individuals identified in Florida Statute to have them tested (i.e. the victim or victim's representative). The request can be made to law enforcement or the medical

provider. Once evidence is submitted to the lab, testing must be completed within 120 days. Kits will be stored in a secure, environmentally safe manner until the prosecuting agency has approved its destruction. The kit may be stored either in secured area of the Police Department in a refrigeration device; or the refrigerated storage facility of another law enforcement agency with which this Department has entered into an agreement to assist with the storage of perishable evidence.

- The evidence will be transported to the FDLE regional laboratory in Ft. Myers for processing.

5. Make arrangements for transportation of the survivor to the location of the survivor's choice within the community. The officer shall take whatever steps are necessary to ensure that the survivor has emotional support available to them prior to leaving the survivor. If appropriate and the survivor agrees, the FGCU Victim's Advocate will be contacted and a "safe place" will be provided or arranged for the survivor.

6. This department shall provide survivors with the "Legal Rights and Remedies Notice to Victims" brochure in accordance with Florida State Statute (FSS). Additional resources such as the FGCU Victim's Advocacy brochure and the State Attorney's Office brochure on Victims of Crimes shall also be made available to survivors by law enforcement officers of this agency. These brochures contain addresses, phone numbers, and web sites of survivor service providers.

### Report Writing

1. The officer who initially responded and any other officer or investigator who responded or was summoned to a sexual battery complaint shall prepare a written police repm1. Maintaining a high level of objectivity, the officer should ensure that all elements of the crime are covered in the report. The report should include, at a mm1mum:
   a. Documentation of all verbal or written statements;
   b. Documentation of names, addresses, phone numbers, and statements of all witnesses;
   c. Any alternative addresses or other location indicators incase the survivor changes location;
   d. Documentation of all evidence;
   e. Documentation of any injuries or complaint of pain;
   f. The relationship that exists between the survivor and the suspect, if any;
   g. Documentation of unusual or suspicious behavior and fetishes on the part of the suspect;
   h. Documentation of any pre-crime scene events; and
   i. Reference to any related reports.
   j. That the Victim Rights Brochure and the Sexual Battery brochure were provided to the victim.

2. The officer shall not disregard a complaint due to the following reason(s):
   a. Assertion by the suspect that consensual sex occurred;
   b. Chemical dependency or intoxication of either or both parties;
   c. Marital statues; sexual orientation; race; religion; profession; or cultural, social or political position or either the survivor or suspect;
   d. Disability status of the survivor;
   e. Current or previous relationship between the survivor and the suspect;
   f. Occurrence of the offense in a private place;
   g. Disposition of previous police calls involving the same survivor or suspect;

Page 6 of 11

h. Sexual or criminal history of the survivor;
i. Belief that the survivor will not cooperate with criminal prosecution or that arrest may not lead to conviction;
j. Lack of physical evidence;
k. Manner of the survivor's dress or behavior;
l. Survivor request that the suspect use a prophylactic device; or
m. Assumptions about the tolerance of violence by cultural, ethnic, religious, racial, or occupational groups.
3. The officer can make objective observations as to the survivor's behavior and conditions, if relevant. However, personal opinions as to the credibility of the survivor shall not be included in the offense report.
4. When documenting a sexual violence crime, the officer should classify the repmt with the appropriate statute number.

**Follow-Up Investigations**

Criminal Investigations Division (CID) investigators shall be assigned to conduct the follow-up investigation and all procedures set forth in this general order shall be adhered to regardless of the relationship between the survivor and the suspect. The Investigator shall proceed as follows:

1. If a sexual battery examination kit was completed, ensure that the kit has been submitted to the crime lab in accordance with FS 943.326. Victims will be informed of the purpose of submitting evidence for testing, and the right to request testing by a law enforcement agency that collects DNA evidence associated with the sexual offense if a kit is not collected. The kits shall be stored in a secure, environmentally safe manner, in accordance with General Orders and FDLE standards until the Department is notified that it has been approved for destruction.
2. Kits will not be submitted under the following circumstances:
    a. Non-reporting Victims: a victim who did not authorize reporting the assault to law enforcement; therefore, no police or incident report exists. These kits will not be tested as doing so would violate the confidentiality and privacy of the victim's health records under the Health Insurance Portability and Accountability Act (HIP AA).
    b. However, the evidence can be tested if within a 12 month period after the assault a victim converts from a non-report to making a report to law enforcement.
3. Interview the survivor.
    a. Determine the need for a second, more in-depth survivor interview. Take into account the survivor's emotional and physical ability to submit to this interview and schedule it as soon as possible after the incident. Honor the survivor's request to invite a support person (e.g. Victim's Advocate), if possible. During the interview the investigator shall:
    b. Provide a comfortable setting that affords privacy and freedom from distractions, attempting to obtain all necessary information during this interview;
4. Explain the need for and obtain detailed information concerning the crime, to include:
    a. Details of the sex act;
    b. The suspect's modus operandi;
    c. Clothing worn by the suspect;
    d. Means of restraining the survivor and the use or availability of weapons;

    e. Any words used or instructions given to the survivor, including requests made during the assault;

    f. Dialect or unusual speech patterns /pronunciation of the suspect;

    g. Marks, scars, tattoos, deformities or other unusual physical features or body odors of the suspect;

    h. Any body features noticeable only when the suspect was unclothed;

    i. Any fetishes of the suspect; or

    j. Any witnesses, participants, or accomplices who may be described or identified by the survivor.

5. Document the survivor's actions and expressions of fear in response to the attack to include:

    a. The type of resistance offered, if any; (The investigator must be cautious not to imply that the survivor should have offered resistance. Statute does not require that the survivor offer resistance to the attacker in order to charge the suspect with sexual battery.)

    b. The nature of any acquaintance with the suspect to include any prior intimate relationships;

    c. The physical condition of the survivor during and after the attack; and

    d. The state of mind of the survivor during the attack.

    e. Review the survivor's account of the event in order to clarify any discrepancies with earlier accounts and to elaborate on issues of significance to the prosecution.

    f. Assist the survivor in obtaining an order for protection, when appropriate.

    g. Encourage the survivor to cooperate with the investigation and prosecution of the case, but do not exert pressure on the survivor. Apprise the survivor of the future investigation and prosecutorial activities that will or may require their involvement and cooperation, but refrain from making other comments about the prosecution of the case.

6. The use of polygraph examinations with survivors is strongly discouraged.

7. Expeditiously interview witnesses or any other person(s) having information on the case, as necessary, and without revealing any personal information about the survivor.

8. If the suspect is known:

    a. Construct a photo line-up, if appropriate;

    b. Review the criminal history of the suspect;

    c. Review any open sex crimes cases;

    d. Confirm the identity and address of the suspect;

    e. Consider the appropriate date and time to interview the suspect; and

    f. Conduct an interview of the suspect.

9. If the suspect is not known:

    a. Follow leads to establish the identity of the suspect;

    b. Construct a composite and place a FGCUPD Departmental BOLO, if possible; and

    c. Confer with other agencies and intelligence sources for additional leads.

10. Physical Evidence

    a. Determine if the suspect's blood, hair and/ or saliva are needed for completion of lab analyses.

       • If probable cause exists to obtain blood, saliva or hair from a suspect, or to obtain an item of physical evidence from a location in the control of the suspect, apply for a search

000901

warrant to obtain the necessary evidence prior to the case being filed. This should be coordinated with the State Attorney's Office Sex Crimes Division.

- If the defendant has been arrested and charges have been filed, subject to constitutional limitations, the defendant may be required by the court to permit the taking of blood, hair and other materials of the defendant's body that involves no unreasonable intrusion thereof. Consult the SAO.
- Blood, hair and saliva collection should be accomplished in accordance with the guidelines published by the FDLE Crime Laboratory Evidence Submission Manual.
- Only licensed and authorized personnel should collect blood. Hair and saliva samples from a suspect should be collected by trained personnel of the same sex as the suspect.

b. Review the evidence to determine the need for other criminalistics procedures such as, but not limited to:
- DNA typing/ serology typing;
- Micro analysis;
- Firearm and ballistic procedures;
- Fingerprint procedures;
- Laser technology;
- Photography;
- Handwriting analysis;
- Chemical testing; and
- Forensic dentistry.

**Supplemental Report**

1. In the supplemental follow-up report, the investigating officer shall document:
   a. The steps taken during the investigation;
   b. Interviews; and
   c. Any other tasks performed pertinent to the investigation.
2. The investigating officer should share information related to the investigation with other departments as warranted.

**Arrest Procedures**

It is the intent of the Florida Gulf Coast University Police Department to formally present for prosecution through the SAO, all persons reasonably suspected of having committed sexual battery on campus. The final decision regarding prosecution of any sexual battery cases rests with the SAO.

1. Once the investigation is complete, the investigating officer should do one of the following, if probable cause exists and a suspect is identified:
   a. Except in the event of an in-progress call with the suspect still on scene, make a probable cause arrest only after reviewing the case with the State Attorney's Office Sex Crimes Division and/ or the on-call State Attorney.
   b. Obtain an arrest warrant, if possible.
   c. Direct File the case to the State Attorney's Office. (If this option is taken, a complete criminal history of the suspect must be submitted with the case for prosecution.)

000902

    d. If the suspect is arrested or the case is filed with the SAO, the Investigator shall meet with the survivor in person and explain this stage of the investigation. Also, in accordance with FSS 960.003, the survivor of a criminal offense which involves the transmission of body fluids is entitled to know at the earliest possible opportunity whether the person charged with or alleged by petition for delinquency to have committed the offense has tested positive for human immuno-deficiency virus (HIV) infection. The testing shall be performed under the direction of the Department of Children and Family Services in accordance with FSS 381.004.

2. If probable cause exists and the survivor does not desire prosecution in the case, the case investigator shall make personal contact either by phone or in person with the SAO Sex Crimes Division to inform them of the survivor's preference. Under no circumstances will a "FGCUPD Prosecution Declaration" form be used to waive prosecution. If the case has been filed and the survivor does not desire prosecution, the SAO Sex Crimes Division will provide waiver forms for the survivor to sign. A supplemental report will be made including the name of the Attorney that the investigator made contact with and any comments relayed by the Attorney to the investigator in reference to the disposition of the case. The final decision in all such cases will rest with the SAO.

3. If the case is complete, but the suspect is not identified, the case should be filed as "inactive". Cases will remain on file and available to be reactivated within the time limit set forth in the Florida State Statutes.

4. If no arrest is made, the case file shall be reviewed by the next level of supervision. The survivor shall be advised and notified of the reason why no arrest has been made and that notification shall be documented in a supplemental report. At this time, the FGCU Victim Advocate shall be notified in the event that the survivor has an emotional reaction and require additional counseling and support. If possible, arrangements for a meeting between the survivor, the investigator and the FGCU Victim's Advocate shall be made so that this notification may take place in person and not over the phone.

**Responsibility of FGCU Dean of Student Affairs**

1. Allegations of sexual battery involving student survivors or suspects, on or off campus, will be communicated to the Dean of Student Services and Title IX Office in order to provide information upon which to base decisions, such as:
   a. Requiring student residence assignment changes:
   b. Suspension of student defendants pending hearings; or
   c. Other appropriate actions as determined by the Dean of Student Affairs.

2. The pending status of criminal charges against a student alleged to have committed a sexual battery does not in any way preclude the University from taking responsible actions to ensure the safety, health or welfare of any student, faculty or staff member.

3. Action(s) taken by the Office of the Dean of Student Affairs will in no way interfere with criminal prosecution of an alleged student defendant.

4. Officers or investigators who are requested to provide information before a student affairs formal or informal hearing, will coordinate the actions in advance with the Assistant State Attorney responsible for the case.

000903

5.  If a student is to be suspended pending a judicial review of the case, the Dean of Student Affairs should info1m the SAO of this fact.

000904



# Florida Gulf Coast University Police Department

| Subject | General Conduct and Responsibilities |
|---|---|
| G.O. or S.O.P. # | GO - 014 |
| Effective Date | June 8, 2007 |
| Revision Date | August 8, 2017 |
| Approval | Electronic Approval/Signature on File |

**AUTHORITY**

Department Administration

**PURPOSE**

To establish the criteria under which department personnel will conduct themselves both on-day and off-duty while employed with the Department of Police and Safety.

**SCOPE**

All Department Employees to Include Department Volunteer Workers

**POLICY**

All personnel must acquire and maintain a working knowledge of the laws of the State of Florida; the rules of the university; the orders, rules, procedures and policies of the Department.

Each employee shall take and abide by the Oath of Office before assuming sworn status. An Oath of Office form will be signed, notarized and placed in the employees departmental personnel file.

Standards of conduct or performance established by departmental directives shall apply to all employees of the department.

Specific rules of conduct that govern every employee action or behavior cannot be established. Any act or omission contrary to good order, discipline or accepted standards of conduct may subject an employee to disciplinary action.

Employees shall comply with federal and state laws; University, rules and procedures; and departmental policies, rules, orders and procedures.

**PROCEDURE**

The following procedures govern the general conduct and responsibilities of all department personnel to include volunteer members of the department.

**Duty Responsibilities**

All members shall comply with lawful orders of superiors and other proper authorities, as well as respond to calls for assistance from citizens. Officers assigned to specialized units or details are not relieved of the responsibility for initiating action outside the scope of their assignment when necessary. Employees shall

Page **1** of **6**

perform duties as required or directed by law; departmental rule, procedure, or order; or by order of a superior.

**Performance of Duty**

While on duty, all members shall devote their time and attention to the service of the University and the Department, and shall direct and coordinate their effort in a manner which will establish and maintain the highest standard of efficiency.

**Reporting violations of law, ordinance, rules or orders**

A member who has information concerning illegal actions, dereliction of duty, malfeasance, misfeasance, or unprofessional conduct by another employee shall report same to an immediate supervisor or the Director's Office.

**Standard of Conduct**

All members shall conduct their private and professional lives in such a manner as to avoid an adverse reflection upon themselves or the Department.

**Violations of Standards of Conduct**

Standards of conduct violations will be investigated by the appropriate authority to determine validity of complaints and to report findings as prescribed by existing policies and procedures.

**Cooperation**

All members shall cooperate in inter- and intra-departmental activities to achieve effective law enforcement. Employees shall cooperate with all law enforcement agencies, other city departments and public service organizations, and give aid and information to such organizations as may be entitled, consistent with departmental procedures.

**Assistance**

Officers shall take appropriate action to aid a fellow officer who is exposed to impending danger.

**Courtesy**

All members shall be courteous and civil to others. All members shall be courteous in their relations with the public; avoiding harsh, violent, profane or insolent language or manner, and shall maintain objective attitudes regardless of provocation.

**Identification**

All members shall give their name and identification number upon request, unless extenuating circumstances dictate otherwise. Members in plain clothes shall display badge and identification upon demand.

000928

**Recognizing Detectives or Plain Clothes Personnel**

A member will not accost or give any sign of recognition to a detective unless recognition is first extended by the detective. The intent is to prevent jeopardy to or compromise any investigation in which the detective might be engaged.

**Criticism**

Members shall not publicly criticize the Department, its policies or other employees by talking or writing in any manner which:

- Is defamatory;
- Is obscene;
- Is unlawful;
- Is untruthful; or
- Tends to interfere with the operation of the Department.

**Questions Regarding Assignment**

Members in doubt as to the nature or details of an assignment shall seek clarification from supervisors by utilizing the chain of command.

**Abuse of Position**

Members shall not use their departmental position, identification card or badge for:

- Personal or financial gain,
- Obtaining privileges not otherwise available except in performance of official duty; or
- A voiding consequences of illegal acts.

**Gifts, Gratuities, Fees, Loans, etc.**

Members shall not accept directly or indirectly any gift, gratuity, loan, fee, or anything of value which arises from or is offered as a result of departmental employment.

**Unauthorized Transactions**

Members shall not knowingly engage in business transactions with suspects, defendants or prisoners except as authorized by the Director or designee.

**Rewards**

Members shall not accept any gift, gratuity, reward or other consideration for services rendered in the line of duty, except lawful salary and that which may be otherwise authorized by law.

**Free Admissions and Passes**

Members shall not solicit nor accept free admission to theaters or other places of amusement or recreation except as sanctioned by the Director.

000929

**Soliciting Influence**

Members shall not solicit the aid of any individual or group outside the Department for assistance in procurement of transfer, duty assignment or promotion.

**Organizational Affiliations**

Members shall not affiliate with or become a member of any organization, if such affiliation or membership will in any way interfere with or prevent the performance of duty. Members are also prohibited from engaging in any activities that constitute a conflict of interest with their department service.

**Dissident Groups**

Members shall not, except in the line of duty, knowingly associate with any persons or organizations which advocate or foster hatred, oppression or persecution of any person or group.

**Associating with Criminal Element**

No member, except in the discharge of duty, may knowingly associate with persons engaged in unlawful activities.

**Compromising Police Cases**

- Interfere with the service of lawful process;
- Interfere unlawfully with attendance or testimony of witnesses or defendants through coercion, bribery or other means,
- Attempt to have any criminal charge, traffic citation or notice to appear reduced, altered or stricken from appropriate court document, or
- Engage in any action which will interfere with the efficiency or integrity of the criminal justice system; participation in plea negotiation is not construed as a compromise.

**Testimony in Behalf of Defendants**

Members subpoenaed to testify for the defense will immediately notify their supervisor and the prosecutor handling the case. Employees may contact the State Attorney's Office if legal guidance is desired.

**Assisting Criminals**

Except as authorized below, members shall not communicate information which might assist persons suspected of or charged with criminal acts:

- Members may communicate information to appropriate departmental employees or the State Attorney's Office that would exonerate individuals suspected of or charged with a criminal act,
- Members may communicate information that would assist in rehabilitation of convicted persons, or
- as testimony during legal proceedings and while under oath.

**Page 4 of 6**

000930

**Recommending Professional Services**

Members shall not suggest, recommend or otherwise promote the services of any attorney, bail bondsman, towing company, physician or other service to any person with whom they have contact as a result of departmental business.

**Courtroom Demeanor**

Members shall be attentive and respectful during court proceedings. When presenting testimony, speak clearly, calmly and in a tone easily heard by the court and jury. Members shall testify with accuracy and confine testimony to the case. When cross examined, remain objective and respond with the same civility as when testifying on direct examination.

**Internal Investigations**

Members shall answer or render material and relevant sworn statements to the designated authority when so directed. Members shall answer questions honestly, completely and to the best of their ability. No employee shall, in any manner, interfere with an internal investigation. Except as authorized or required, an employee shall not contact persons involved in an internal investigation nor disclose or discuss with anyone except the designated departmental authority the existence or facts of a complaint. Cross reference F.S.S. 112.533.

**Refusal to Render an Administrative Statement**

Members who refuse to answer questions relating to the performance of their official duties or continued fitness for duty, will be subject to departmental charges which could result in termination from the Department.

**Reporting to Supervisors**

A member shall obtain supervisory approval before initiating any investigation.

**Use of Official Position for Commercial Purposes**

Unless approved by the Chief, no member shall utilize their official position to endorse or subscribe to any testimonial or advertisement of any commodity or commercial enterprise, nor authorize the use of their title, rank, departmental affiliation or photograph.

**License Recommendation**

Members shall not recommend any person or premises to any municipal, state or federal agency regarding the issuance, revocation or suspension of any license or permit, except in discharge of official duty.

**Bribery**

A member shall submit a written report of any bribe attempt, actual or suspected, to a supervisor within their chain of command not later than the end of the duty tour, or within eight hours if off-duty. The concerned supervisor will determine and document the subsequent course of action in coordination with the State Attorney's Office.

000931

**Plea Negotiation**

No member shall engage in negotiation regarding any criminal proceeding with any defendant unless an Assistant State Attorney is present.

**Solicitation of Funds**

Members shall not use their departmental position, uniform, badge or credentials for solicitation of funds or other goods, or attend any such functions as a representative of the Department except as sanctioned by the Director.

**Motor Vehicle Registration Information**

Information from the motor vehicle registration records of the Department of Highway Safety and Motor Vehicles will be obtained and utilized only for official departmental business.

**Delivery of Controlled Substances for Investigative Purposes**

Notwithstanding the existence of legal exemptions which may authorize delivery of controlled substance by a law enforcement officer for bona fide law enforcement purposes, no employee shall deliver or cause to be delivered any controlled substance to any person, except as in accordance with departmental directives, unless approved in advance by the Director or designee.

**Prohibited Activity**

Certain activities, while legal, may be considered controversial in nature, or give the impression or appearance that such activity is condoned by the Department. The public image created by the conduct of departmental personnel who engage in such activities may be detrimental to the best interests of the Department. No member shall, subject to the exceptions listed below, engage in the following while on duty or, if off duty and wearing any departmental uniform or be identifiable as a member of the Department:

- Consume, purchase or have in one's possession alcoholic beverages,
- Wager or gamble, including, but not limited to, pari-mutuel wagering or betting on games of chance, or
- Purchase or redeem lottery tickets.

Exceptions: The foregoing prohibitions shall not apply when the member is engaging in any departmentally sanctioned activity, including, but not limited to, official investigations, and the employee is not wearing or displaying any items identifiable to the Department.

**Promotional Training**

Members who are aware of pending promotional examination material shall not divulge any information concerning such material. Employees shall not solicit, give or receive insider information regarding promotional examinations except as part of a departmentally approved training course.

000932

 **Florida Gulf Coast University Police Department**

| Subject | Obedience to Orders |
| --- | --- |
| G.O. or S.O.P. # | GO - 017 |
| Effective Date | June 8, 2007 |
| Revision Date | August 8, 2017 |
| Approval | Electronic Approval/Signature on File |

**AUTHORITY**

Department Administration

**PURPOSE**

To establish rules regarding general conduct with regards to obedience to orders.

**SCOPE**

All Department Employees

**POLICY**

Employees of the Florida Gulf Coast University Department of Police and Safety will conduct themselves in a manner that exemplifies professional law enforcement personnel and treat all persons with civility and dignity.

**PROCEDURES**

**Obedience to Orders**

Employees shall obey all lawful orders and instructions issued by a superior or relayed from a superior by an employee of the same or lesser rank.

**Force of Posted Orders**

Orders posted on an official bulletin board or distributed through any official channel must be adhered to and have the same force and authority as Rules.

**Manner of Issuing Orders**

Written or oral orders shall be in clear, understandable language; civil in tone; and issued in pursuit of departmental business, policies, goals and objectives.

**Unlawful Orders**

A command or supervisory employee shall not knowingly issue any order which is in violation of any law, ordinance or departmental rule.

000939

**Obedience to Unlawful Orders**

No employee shall knowingly obey any order which is contrary to law or ordinance. Responsibility for refusal to obey an order rests with the subordinate and requires justification.

**Obedience to Improper Orders**

An employee who receives an order which they believe to be contrary to departmental rules, must first obey the order and then may proceed to appeal.

**Reporting and Appealing Unlawful and Improper Orders**

An employee who receives an order which they believe to be improper or unlawful shall report in writing to the Director. The report shall state the facts of the incident and any action taken. Appeals for relief from such orders may be made at the same time.

**Countermanding Orders**

Orders will be countermanded when necessary for the good of the Department.

**Conflicting Orders**

Upon receipt of a conflicting order or instruction, the employee shall advise of the conflict. Responsibility for countermanding the original order or instruction then rests with the individual that issues the conflicting command. If so directed, the latter command shall be obeyed first.

000940



# Florida Gulf Coast University Police Department

| Subject | Police Community Relations |
|---|---|
| G.O. or S.O.P. # | GO - 018 |
| Effective Date | June 8, 2007 |
| Revision Date | August 8, 2017 |
| Approval | Electronic Approval/Signature on File |

**AUTHORITY**

Department Administration



**PURPOSE**

To establish rules regarding general conduct with regards to police community relations .

**SCOPE**

All Department Employees

**POLICY**

Employees of the Florida Gulf Coast University Department of Police and Safety will conduct themselves in a manner that exemplifies professional law enforcement personnel and treat all persons with civility and dignity.

**PROCEDURES**

**Attitude and Deportment**

Supervisors shall instruct subordinates in proper deportment and attitudes relative to public contact.

**Civic Welfare**

Employees shall identify and extend reasonable assistance to organizations and individuals concerned with civic welfare consistent with departmental and university policy.

**Communications**

Supervisors shall cultivate avenues of communication with individual citizens or groups within the University to solicit and maintain mutual understanding. A spirit of police-community cooperation can be maintained through open channels of communication. Students, Staff, Faculty and visitors shall be encouraged to discuss grievances.

**Recognition**

During daily contacts, supervisors will acknowledge commendable acts of community relations accomplished by employees, as well as acts by students, staff, faculty and visitors in support of police effort.

000941

**Problems and Needs**

Supervisors shall keep officers apprised of specific problems and University needs within the area of response.

**Organizational Involvement**

Employees are encouraged to take an active role as a staff/faculty advisor to student clubs or organizations in which the employee has a particular interest. When feasible, supervisors will allow on-duty employees to attend club meetings and/or civic organization functions.

**Overreacting**

Overreacting may be characterized by use of harsh language, unjustified use or display of force, unnecessary towing of vehicles, arrest for minor violations that ordinarily warrant a citation or warning, or exhibition of prejudice. Officers must be sensitive to the impact that their actions may have upon the University community.

**Recruiting**

Employees should encourage qualified individuals to seek a career with the Department.

**Citizen Complaints Against Department Personnel**

Employees will direct any citizen who desires to register a complaint against an employee to a duty supervisor. Complaint information will be reduced to writing by the receiving supervisor and processed in accordance with existing departmental directives (See General Order 7.1). If a supervisor can not be located, the receiving employee shall process the citizen's complaint.

**Referral**

Officers will be cognizant of individual rights of persons involved in incidents such as domestic disputes, landlord-tenant conflicts, and consumer fraud complaints. Rights and procedures will be explained to the disputants and the parties will be advised to consult an attorney or appropriate agency for assistance.

Officers will be aware of services and resources available through public and private social service agencies to direct persons in need of assistance. Officers who encounter adults or juveniles in need of assistance that must be provided by another law enforcement agency, or a service not normally associated with the police function, shall utilize the appropriate agency as a primary resource for assistance.

Each supervisor shall maintain in their possession a services directory listing services available throughout Lee County.

**Community Services**

Employees shall not neglect community services in the belief that the police function is restricted to crime control. The community supports the operation of the Department and is entitled to all the services the Department can readily provide. Police effectiveness depends upon public approval and acceptance of police authority.

000942

**Civilian Observers**

Employees will encourage public participation in the departmental observer program that is designed to acquaint citizens with the complexities of police work.

**Sensitivity to Crowd Dynamics**

Supervisors and officers must be sensitive to the risk of attracting large crowds at incidents. One of the primary causes of such gatherings is the assembly of several marked cars. Efforts shall be made to reduce the number of police cars as quickly as possible.

**Police Neutrality**

Officers shall remain neutral in a conflict situation and emphasize their positions upon arrival by endeavoring to restore calm and attempting to resolve differences.

**Human Relations**

Contacts with the public must be conducted in a manner which will formulate a favorable attitude toward the Department. Employees shall not act in a manner which exhibits bias, prejudice, or discrimination. Employees will be receptive to students, staff, faculty and visitors who seek advice, guidance, or assistance.

**Firmness**

Employees shall use only such firmness as is reasonably necessary under the circumstances.

**Free Speech**

Supervisors and Officers will be familiar with the University policy on free speech and assembly.

000943