

# Florida Gulf Coast University Police Department

| Subject | Disciplinary Procedures |
|---|---|
| G.O. or S.O.P. # | GO - 030 |
| Effective Date | June 15, 2007 |
| Revision Date | August 10, 2017 |
| Approval | Electronic Approval/Signature on File |

**AUTHORITY**

Department Administration; University Policies and Procedures

**PURPOSE**

To establish a fair disciplinary process for personnel charged with violations of Department rules, regulations, general orders, policies or procedures.

**SCOPE**

All Personnel

**CODE OF CONDUCT**

The Code of Conduct as enumerated in this manual and specifically Chapter 6 (General Orders 6.1 to 6.19) is the basis for disciplinary action taken by this agency. Each employee is issued this manual upon initial hire and is provided copies of subsequent changes, amendments, alterations, or deletions. Employees are expected to maintain their manual and will have their manual inspected periodically by their supervisor.

**THE DISCIPLINARY PROCESS**

he Disciplinary process encompasses many forms. The Disciplinary process may be progressive in nature and may include the following:

1. Verbal counseling;
2. Verbal reprimand;
3. Written counseling;
4. Written reprimand;
5. Re-training;
6. Suspension;
7. Demotion; and/or
8. Termination.



**LEVEL OF AUTHORITY**

1. Sergeants / First Line Supervisor - may issue verbal and written counseling, verbal reprimands, and, with management review, written reprimands.
2. Lieutenant/Captain - may issue verbal and written reprimands without management review and recommend suspension, demotion or termination.

000999

3. Director (Chief)-may suspend, demote or terminate an employee, but only after due process is given and is coordinated with Human Resources.

**DOCUMENTATION OF DISCIPLINARY ACTION**

Each instance of disciplinary action shall be documented by the disciplining supervisor. The following shall apply to reporting disciplinary action taken:

1. Any re-training utilized as a form of corrective action shall be documented and maintained in the member's personnel file;
2. Upon determination that an employee has committed a serious breach of the rules of conduct or is otherwise determined to be unfit for duty, the supervisor will report the situation to the Professional Compliance unit via the chain of command without delay. Sergeants shall have the authority to take immediate action in these cases. All suspensions, administrative leaves, or terminations require the approval of the Director or designee.
3. Upon termination for cause the affected employee shall receive a letter from the Department stating the reason for dismissal, the effective date, a statement as to the status of their fringe and retirement benefits and a statement advising them of their rights.

**APPEALS TO DISCIPLINARY ACTION**

General Order 9 .3 establishes the appeal process for both grievances and appeals for disciplinary action. As stated in that order, an officer may grieve or appeal through the University's procedure.

**ALTERNATIVE TO SUSPENSION**

An employee who is suspended for a period of five days or less may opt to have that suspension time deducted from their annual vacation, holiday comp or comp time banks. When an employee chooses this option they are obligated to waive their right to grieve the disciplinary action and shall sign a document to that effect. This suspension alternative is available to an employee only once during a calendar year.

**MAINTENANCE OF DISCIPLINARY RECORDS**

All disciplinary records shall be maintained and stored in accordance with Florida State Statute 257 and the General Records Schedule as provided in that statute.

001000

| | |
|---|---|
| **From:** | Moore, Chief Steven |
| **To:** | Magiera, Steve |
| **Cc:** | Evans, Susan |
| **Subject:** | FW: Media and Compliance Assessment |
| **Date:** | Friday, August 31, 2018 2:47:00 PM |

Just got a call from DOE- Clery Act people (See below).

Based on media reports from last years sexual assault (the Uber car case), they are conducting a media review.

I let her know we did one of these 5 years ago and she was surprised.

Anyway, she wants 2 years of crime logs and 2016 & '17 timely warnings.

I'll work on it next week.

**From:** Pearlman, Janet <Janet.Pearlman@ed.gov>
**Sent:** Friday, August 31, 2018 2:43 PM
**To:** Moore, Chief Steven <scmoore@fgcu.edu>
**Subject:** Media and Compliance Assessment



Chief Moore:

As we discussed today, August 31, 2018, the Clery Act Compliance Division (CACD), part of the U.S. Department of Education (Department), became aware of a series of incidents that may have occurred on the Florida Gulf Coast University (FGCU; the University) campus. The incidents, which were detailed in a media article in 2017, occurred in 2016 and 2017. Those incidents may have required the University to issue a timely warning to the campus community.

The CACD will evaluate the University's compliance with the Jeanne Clery Disclosure of Campus Security Police and Campus Crime Statistics Act (*Clery Act*) as it pertains to this specific series of events. Additionally, we will evaluate FGCU's general compliance with the *Clery Act*. As per our conversation, I am formally requesting that the following information be provided by the Florida Gulf Coast University:

- A copy of the 2016 and 2017 daily crime logs; and
- A copy of all timely warnings and emergency notifications sent by the University in 2016 and 2017. The information should include the time and date of transmission and an indication of how many in the campus community received that information. Include a copy of the incident reports for which those warnings and notifications were sent.

Please send the aforementioned information to:

Janet.Pearlman@ed.gov

Or

Janet Pearlman
*Clery Act* Compliance Team
U.S Department of Education
830 First Street, NE
Washington, DC 20202

Please be sure the information is received on or prior to September 12, 2018. If you have any additional questions or concerns regarding the requested information, please feel free to contact me directly.

Respectfully,

*Janet R Pearlman*

Janet R Pearlman
Clery Act Compliance Division
U.S. Department of Education
Telephone: 202-377-4845


**PROTECTION OF PERSONALLY IDENTIFIABLE INFORMATION**

Personally Identifiable Information (PII) being submitted to the Department must be protected. PII is any information about an individual which can be used to distinguish or trace an individual's identity (some examples are name, social security number, date and place of birth).

PII being submitted electronically must be encrypted. The data must be submitted in a .zip file encrypted with Advanced Encryption Standard (AES) encryption (256-bit is preferred). The Department uses WinZip, however, files created with other encryption software are also acceptable, provided that they are compatible with WinZip (Version 9.0) and are encrypted with AES encryption. Zipped files using Win Zip must be saved as Legacy compression (Zip 2.0 compatible).

The Department must receive an access password to view the encrypted information. The password must be e-mailed separately from the encrypted data. The password must be 12 characters in length and use three of the following: upper case letter, lower case letter, number, special character. A manifest must be included with the e-mail that lists the types of files being sent (a copy of the manifest must be retained by the sender).

Hard copy and electronic files containing PII must be:

- sent via a shipping method that can be tracked with signature required upon delivery
- double packaged in packaging that is approved by the shipping agent (FedEx, DHL, UPS, USPS)
- labeled with both the "To" and "From" addresses on both the inner and outer packages
- identified by a manifest included in the inner package that lists the types of files in the shipment (a copy of the manifest must be retained by the sender).

**PII data cannot be sent via fax.**

**Moore, Chief Steven**

| | |
|---|---|
| **From:** | Pearlman, Janet <Janet.Pearlman@ed.gov> |
| **Sent:** | Monday, January 14, 2019 4:55 PM |
| **To:** | Moore, Chief Steven |
| **Subject:** | Result of the FGCU Media Assessment |



Dear Chief Moore:

In November 2018, the U.S. Department of Education's (Department) Clery Act Compliance Division (CACD) initiated a preliminary media investigation about a sexual assault that occurred on August 25, 2017 on Florida Gulf Coast University's (FGCU's) campus after an FGCU student hailed a ride from an Uber, but got into the wrong car. The article (https://www.news-press.com/story/news/crime/2017/08/26/student-reports-sexual-assault-fgcu/605159001/) also noted two other sexual assaults that occurred on the FGCU campus, one that occurred on August 2, 2016, and one on January 1, 2017. All three of the sexual assaults mentioned in the article were violent incidents with unknown assailants.

That media assessment uncovered some inadequacies in FGCU's compliance with the *Clery Act*. At this point in time, we would like to conduct a technical assist to bring your Institution into minimal compliance with the *Clery Act* and the Drug-Free Schools and Communities Act (*DFSCA*). As we discussed, this is a time for the Clery Act Compliance Division to work in tandem with FGCU to establish a baseline of compliance and then make all of the improvements required to reach minimal compliance.

Please reach out to me before January 22nd. We will need to discuss the following issues during the Technical Assistance Conference:

**Timely Warnings:**
All of the information provided by FGCU indicated that the University failed to issue timely warnings following any of the three incidents referenced in the above article and itemized below:
- For the forcible sexual assault that occurred on August 2, 2016, the incident report indicates that the victim reported to the UPD at 8:31am. Chief Moore issued a timely warning at 4:25pm. Although the warning did include pertinent information, it was not timely.
- In November 2016, the UPD received a report of a robbery that had occurred at 1:30am. That report, according to the timely warning and the Incident Report, was received at 4:00am. Although the assailants were not apprehended, Chief Moore sent a warning at 10:42am, almost seven hours later.
- On January 1, 2017, the UPD received a report from a female student, who alleged that she had been sexually assaulted by two unknown males in an on-campus parking lot at 9:30pm. The UPD dispatched officers to the North Lake Village Building, an on-campus residence hall adjacent to the parking lot, at 10:38pm. The assailants were not apprehended, and yet the warning was not sent until 8:20am on January 2, over 9 hours after it was reported to UPD.

**Crime Log:**
FGCU's online crime log is updated monthly, and, as such, fails to meet the requirement to make additions to the log within two business days. The 2016 and 2017 crime logs provided to this reviewer fall short of complying as the logs only include one date for each incident, and it is not clear whether those dates represent the dates on which the incidents were reported, or the dates on which the incidents occurred. The *Clery Act* requires that crime logs contain both the time and date of the report and the time and date of the occurrence.

001850

**2017 Annual Security Report:**

FGCU's ASR, a four page document, presents *Clery Act* information in a very cramped format, with exceedingly small font which this reviewer would recommend be changed to make the document more user-friendly. More importantly, however, the document contains scant or inaccurate information for many of the required categories of policies and procedures. Some of the many issues include:

- One of the *Clery* crime geographic locations is misnamed as "Public Place," which is not a category;
- The ASR is missing a description of the health risks associated with the use of illicit drugs and the abuse of alcohol;
- The offices to be deemed Campus Security Authorities (CSAs) are not identified;
- The ASR fails to note the requirement that crimes be reported to the campus police for consideration of a timely warning;
- Failure to mention plans for future improvements, if determined necessary by the institution;
- Failure to mention the testing of the University's Emergency Notification systems; and
- Many Required VAWA requirements.

There may be additional topics to discuss about FGCU's compliance with the *Clery Act* and the *DFSCA*. Please be sure to include all essential administrators in the Technical Assistance Conference meeting(s) that occur.

For your assistance, the Department's 2016 Handbook for Campus Safety and Security Reporting can be found at: http://www2.ed.gov/admins/lead/safety/campus.html. It is a valuable tool that can assist your Institution to develop a thoroughly compliant Clery program. Additionally, information about the Drug-Free Schools and Communities Act (34 C.F.R. part 86) can be found at: https://www.law.cornell.edu/cfr/text/34/part-86/subpart-B

If you have any immediate questions, please feel free to call me on my cell at 301-980-7134. If not, I expect to hear from you within the next week to schedule the required tech assist.

Thank you for your time and consideration.

Best,
Janet Pearlman

*Janet R Pearlman*
*Campus Crime Compliance Specialist*
*U.S. Department of Education*
*830 First Street, NE*
*Washington, DC 20202*
*202-377-4845 (t)*

**Federal Student Aid** | PROUD SPONSOR of
An OFFICE of the U S DEPARTMENT of EDUCATION | the AMERICAN MIND ®

| From: | Moore, Chief Steven |
| To: | Magiera, Steve |
| Subject: | DoE Clery audit |
| Date: | Tuesday, January 22, 2019 11:54:00 AM |

FYI- I will fill you in completely at our next meeting.

In September we were notified of the "media audit" from DoE regarding Clery Act information, due to news stories of the Uber driver sexual assault in 2017. We provided them all information for 2016 & 2017.

The audit was complete and then a technical assistance call was scheduled to cover any concerns.

During the call, the 3 primary issues, "timely warning notifications", were cleared up easily and they agreed we acted properly. Then we got into the minutiae of the Annual Safety Report (ASR). The call was very friendly, no big issues or any fines, just discussion over various aspects of the ASR and making some improvements.

The types of things we are working on are :

*Geographical locations- I am reviewing all "non-campus" locations where classes are held, because they believe one or two might be considered "satellite campuses" requiring a crime chart just for that location. Examples are Naples Botanical Gardens, since an administrator has an office there, it is likely a "campus". Vester Lab, not so sure if "campus" or "non-campus" because maybe no administrator on-site. I am reviewing this with Paul Snyder. Atrium, even though it no long exists, in 2017 it offered one class and they obviously had staff on-site, so likely a "campus". They had gone to the web site and were mentioning Herald Court in Punta Gorda and they really confused me with Naples Planation Beach but I was able to figure out that was old name of Vester Lab. All this is easy to correct if a crime chart is needed for each as I have the data and it is all zero's.

* CFR 86.100 & policy 3.044. I'll copy you the e-mail I sent Dr Brunner. This topic is not something covered by Clery, but the DoE assigned compliance to the Clery Act Office, so now they want this in the ASR. Again, no real issue.

* Campus Security Authority (CSA) training. They want more proof of training for CSA's. I already had a PowerPoint, so I did a couple updates and will e-mail that out to all faculty & staff late this week. I might then provide some 1 hour training opportunities.

* Crime log. They ended up approving what we current have, but I'm going to change it and need to add a fire log to this "daily log".

* VAWA judicial hearing statement- I will get with Student Affairs as they say more details are needed in the disciplinary statement, things like "simultaneous notification of victim and subject".

* Housing, due to large decrease in number of alcohol referrals, they want me to inquire as to why the decrease. No action needed, the decrease is just outside the norms.

Of course their last suggestion was that most campuses have a full time Clery Compliance Official and that official should hold Clery Compliance Committee meetings every two weeks. I thanked them for the recommendation.



I will provide them updates every 2 weeks. My goal is to have the information all gathered and completed in February and then get with Marketing for an update to the 2018 ASR. I plan to have the entire issue closed in March.

Chief Steven Moore
Director of Public Safety- University Police Dept.
Florida Gulf Coast University
10501 FGCU Boulevard South
Fort Myers, FL 33965-6565
Office: (239)590-1917
Fax:   (239)590-1910
scmoore@fgcu.edu
FGCU BETA

*Florida has a very broad public records law.  As a result, any written communication created or received by Florida Gulf Coast University employees is subject to disclosure to the public and the media, upon request, unless otherwise exempt.  Under Florida law, e-mail addresses are public records.  If you do not want your email address released in response to a public records request, do not send electronic mail to this entity.  Instead, contact this office by phone or in writing.*

| From: | Moore, Chief Steven |
|---|---|
| To: | University Police |
| Subject: | Anonymous reporting of Clery crimes. |
| Date: | Thursday, January 24, 2019 2:53:18 PM |
| Attachments: | campus security auth11.ppt |

The below e-mail will be going to all faculty & staff. One of the important things for officers and dispatchers to understand is that, under the Clery Act, we must accept anonymous reports of Clery Act "Crimes". As you will see in the PowerPoint, "crimes" not only include a specific set of crimes, but also (VAWA) Domestic/Dating violence, Stalking and drug, alcohol & weapons referrals. Our most common anonymous reports are sexual assaults reported directly to me. Example would be Housing Director calling me saying, "There was a report of a rape in Everglades, Saturday night, victim initials EF. Doesn't want to file a report but told her RD". This is an example of a Clery Act sexual assault and I would need a CAD with the narrative, for Clery only. This would be carried as a sexual assault for Clery but not for UCR. There doesn't have to be an investigation by UPD, Title IX or Student Conduct. All Clery cares about is the allegation. We should also ask the reporter if the victim was provide the support services available.

Just wanted to remind everyone of this fact since the below e-mail & PowerPoint is going out to all faculty & staff about being CSAs.

----

All members of our FGCU community play a key role in helping to keep our campus safe. A significant role and responsibility is that of reporting criminal activity so investigations, awareness and prevention efforts can take place. While we encourage everyone to report all crimes to the University Police Department (UPD), some faculty and staff have a responsibility to report specific crimes due to being considered Campus Security Authorities (CSAs) under the Clery Act.

A CSA is "*an official of an institution who has significant responsibility for student and campus activities, including, but not limited to, student housing, student discipline and campus judicial proceedings. An official is defined as any person who has the authority and the duty to take action or respond to particular issues on behalf of the institution*".

Examples of CSAs are: Dean of Students; Athletic Director; all athletic coaches including part-time employees and graduate assistants; a faculty advisor to a student group; student resident advisor or assistant; coordinator of Greek affairs; Title IX coordinator; ombudsperson; Directors of campus health and counseling; victim advocates.

Examples of individuals who are **not** CSAs is much shorter: a faculty member who does have any responsibility for student and campus activity beyond the classroom; or clerical staff. There are also exemptions for pastoral and professional counselors.



CSAs are responsible for reporting allegations of Clery Act crimes that are reported to them in their capacity a CSA. If the victim desires, these reports can be made without personally identifying information. A CSA report does not automatically result in a police or disciplinary investigation if the victim does not want to pursue this action.

The attached PowerPoint provides a quick summary of Campus Security Authorities. I would

encourage all faculty and staff to review the presentation. In the near future, UPD will offer 1-hour training sessions for those who might have questions concerning being a CSA and the responsibilities.

Chief Steven Moore
Director of Public Safety- University Police Dept.
Florida Gulf Coast University
10501 FGCU Boulevard South
Fort Myers, FL 33965-6565
Office: (239)590-1917
Fax:    (239)590-1910
scmoore@fgcu.edu

FGCU 75ᵗʰ

*Florida has a very broad public records law.  As a result, any written communication created or received by Florida Gulf Coast University employees is subject to disclosure to the public and the media, upon request, unless otherwise exempt.  Under Florida law, e-mail addresses are public records.  If you do not want your email address released in response to a public records request, do not send electronic mail to this entity.  Instead, contact this office by phone or in writing.*

# Jeanne Clery Campus Security Policy & Crime Statistics Disclosure Act

# Campus Security Authority Guide



FLORIDA GULF COAST UNIVERSITY

001861

# History of the Clery Act

In 1986, Jeanne Clery was raped and murdered in her residence hall room at Lehigh University by another student. Her parents believe she would have been more cautious if she had known about other violent crimes at Lehigh.

The Clery Act, enacted in 1990 and amended in 1992, 1998, 2000, and 2008 requires higher education institutions to report crime statistics to current & prospective students & employees and the Department of Education.

The Violence Against Women Reauthorization Act of 2013 includes amendments to the Clery Act.

2

001862

3

# Clery Act Responsibilities

- To ensure that students know about dangers on their campuses, the Clery Act requires institutions to gather and publish data from four kinds of Campus Security Authorities

# Campus Security Authorities
## 4 Categories

- People or offices responsible for campus security (UPD)

- Individual(s) who have security responsibility but are not police

- People or offices to which campus policy directs that crimes be reported

- "Officials with significant responsibility for student and campus activities"

# Campus Security Authorities
# Campus Security

- Police
- Non-police security staff
  - Responsible for monitoring or controlling entrance to campus property
    - security officers
  - Special events security staff

001865

# Campus Security Authorities

- Focus on individuals students might seek out to report a crime
  - Line responsibility
  - Student life – housing, judiciary, dispute resolution, extracurriculars, sports, etc.
  - Contact with students

- Focus on student activity advisors, residence advisors, coaches, and academic advisors, not faculty and staff

6

# Campus Security Authorities

■ Includes:

- Vice President for Student Affairs
- Student Housing officials
- Judicial Affairs & discipline
- Athletic director & team coaches
- Faculty advisor to student group
- Student health center director
- Transportation Services
- Title IX Coordinator
- CAPS & Student Health
- Victim Advocate

001867

## Campus Security Authorities

8

■ Some examples of those <u>excluded</u> from the definition of campus security authority include:

  – Individual faculty who are not advisors to student groups

  – Individual campus health center physicians

  – Clerical staff

## Campus Security Authorities

- Even though as a counselor **you** don't have to report, you can tell the person how she/he can report the crime anonymously to Police

- FGCU encourages anonymous reports of crimes by counselors and victims

9

# Reporting

- I'm not a counselor...what must I do?
- If someone tells you about a crime or an incident that may be a crime, you must record the information and report it to the University Police Department
  - Just get the information as related by the person
  - Police will do the analysis
- When in doubt, report

10

11

# Reporting

- Tell the person you must report the incident as an anonymous statistic but will not identify anyone involved unless the victim consents to being identified

- FGCU University Police Department
  - Phone: 239-590-1900

001871

## Reporting

- Let the person know about options for reporting to Police
- Tell the person how he/she can report anonymously to Police
- Remember: The decision to identify someone isn't yours to make
  - A person who talks to you does not have to talk to the Police

12

13

# Campus Security Authorities Reporting Crimes

- Crimes that Campus Security Authorities become aware of should be reported to the University Police Department:

## Clery Crimes

- Criminal homicide –
  - Murder and Non-negligent Manslaughter
  - Negligent Manslaughter
- Sex offenses
  - Rape & fondling
- Robbery
- Aggravated assault

- Burglary
  - Forcible entry
  - Unlawful entry – no force
- Motor vehicle theft
- Arson

14

# Clery Crimes

- **Hate Crimes-** any of the above crimes + theft, assault, intimidation or vandalism motivated by bias

- **VAWA Offenses-** any incidents of domestic violence, dating violence and Stalking

- **Arrests and Referrals for Disciplinary-** for weapons violations, drug violations and liquor law violations

  - \* Some Departments or Units have reporting procedures for referrals. Example: Housing and Student Involvement report referrals to Student Conduct. Student Conduct collects data and reports it annually to the Office of the Chief of Police for the annual Clery reporting.

15

001875

# What Must Be Reported

- Type of Crime
- Location of the Crime
    - On campus
    - On campus, in residence halls
    - On public property adjacent to campus
    - On non-campus property owned or controlled by the University or a recognized student organization
- Timing
    - Date and Time the crime or incident occurred
    - When the person reported it to you

16

001876

# Helpful Information

- Name of the Victim (if the victim wishes to be identified)

- Identities of any known suspects or witnesses

- Use of any weapon in the commission of the crime

17

# What Not to Report

DO NOT REPORT CRIMES IF

- A person tells you about a crime that occurred before he/she came to the University OR

- While he/she was away from campus and not involved in a University activity

19

## Information

- Get the information the person wants to tell you, University Police will decide what type of crime has occurred
  - You don't have to prove what happened or who was at fault
  - You aren't supposed to find the perpetrator
  - Don't identify the victim unless the victim consents to being identified

# Information

- "Description of the incident or crime"
  - Detailed information will help police correctly categorized the crime
  - Get as accurate and complete a description of what happened as possible

- If you're not sure if a crime should be reported, report it and let University Police decide

20

# Information

- If the person reporting the crime is in imminent danger or harm, telephone the University Police Department immediately (590-1900).

# Information You Should Provide to the Reporting Person

- Programs for assisting victims of sexual and other assault (Rape Crisis Center 939-3112 or CAPS 590-7950)

- Procedures for seeking medical help

- Options for reporting the crime to the police

22

23

# Campus Safety Information

- Contact the University Police Department for more information

  - On campus, call 1900 from campus phone or 911 from cell phone to report crimes in progress

  - For non-emergencies or questions on reporting, call 590-1900

  - Website: www.fgcu.edu/upd

| From: | Moore, Chief Steven |
|---|---|
| To: | All University Faculty Staff |
| Subject: | Campus Security Authority - Training PowerPoint |
| Date: | Friday, January 25, 2019 1:38:00 PM |
| Attachments: | campus security auth19.ppt |

All members of our FGCU community play a key role in helping to keep our campus safe. A significant role and responsibility is that of reporting criminal activity so investigations, awareness and prevention efforts can take place. While we encourage everyone to report all crimes to the University Police Department (UPD), some faculty and staff have a responsibility to report specific crimes due to being considered Campus Security Authorities (CSAs) under the Clery Act.

A CSA is "*an official of an institution who has significant responsibility for student and campus activities, including, but not limited to, student housing, student discipline and campus judicial proceedings. An official is defined as any person who has the authority and the duty to take action or respond to particular issues on behalf of the institution*".

Examples of CSAs are: Dean of Students; Athletic Director; all athletic coaches including part-time employees and graduate assistants; a faculty advisor to a student group; student resident advisor or assistant; coordinator of Greek affairs; Title IX coordinator; ombudsperson; Directors of campus health and counseling; victim advocates.

Examples of individuals who are **not** CSAs is much shorter: a faculty member who does have any responsibility for student and campus activity beyond the classroom; or clerical staff. There are also exemptions for pastoral and professional counselors.

CSAs are responsible for reporting allegations of Clery Act crimes that are reported to them in their capacity a CSA. If the victim desires, these reports can be made without personally identifying information. A CSA report does not automatically result in a police or disciplinary investigation if the victim does not want to pursue this action.

The attached PowerPoint provides a quick summary of Campus Security Authorities. I would encourage all faculty and staff to review the presentation. In the near future, UPD will offer 1-hour training sessions for those who might have questions concerning being a CSA and the responsibilities.

Chief Steven Moore
Director of Public Safety- University Police Dept.
Florida Gulf Coast University
10501 FGCU Boulevard South
Fort Myers, FL 33965-6565
Office: (239)590-1917
Fax:   (239)590-1910
scmoore@fgcu.edu

*Florida has a very broad public records law. As a result, any written communication created or received by Florida Gulf Coast University employees is subject to disclosure to the public and the media, upon request, unless otherwise exempt. Under Florida law, e-mail addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone*

*or in writing.*

001885

| From: | Moore, Chief Steven |
|---|---|
| To: | Pearlman, Janet |
| Bcc: | Slapp, Jim |
| Subject: | Updated FGCU 2018-19 ASR |
| Date: | Friday, March 8, 2019 8:16:00 AM |
| Attachments: | Campus Security & Fire Safety report 2018-19_V2.pdf |

Please find attached the revised FGCU 2018-19 ASR. Thank you in advance for your guidance on this project and I believe this document is a large improvement and trust it meets all the requirements. Upon your review and if approved, we will post this on our website and e-mail this updated version to all faculty, staff & students. Of course if you think there could be other improvements, I would be happy to hear about them for revisions into the 2019-20 ASR for Oct 1, 2019.

Thanks again for your time on this project and I will wait to hear of your review findings.

Chief Steven Moore
Director of Public Safety- University Police Dept.
Florida Gulf Coast University
10501 FGCU Boulevard South
Fort Myers, FL 33965-6565
Office: (239)590-1917
Fax:   (239)590-1910
scmoore@fgcu.edu
FGCU 25ᵗʰ

*Florida has a very broad public records law. As a result, any written communication created or received by Florida Gulf Coast University employees is subject to disclosure to the public and the media, upon request, unless otherwise exempt. Under Florida law, e-mail addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.*



| From: | Pearlman, Janet |
|---|---|
| To: | Moore, Chief Steven |
| Subject: | CLOSURE of FGCU Technical Assistance |
| Date: | Tuesday, March 19, 2019 9:21:53 AM |
| Attachments: | image001.png |

Chief Moore,

It was a pleasure working with you. If you have any further questions about compliance with the *Clery Act* or the Drug Free Schools and Communities Act, feel free to reach out to me. Upon receipt of this email, the technical assistance provided to Florida Gulf Coast University is considered completed.

Have a good day!

Janet

*Janet R Pearlman*
*Campus Crime Compliance Specialist*
*U.S. Department of Education*
*830 First Street, NE*
*Washington, DC 20202*
*202-377-4845 (t)*



**From:** Moore, Chief Steven [mailto:scmoore@fgcu.edu]
**Sent:** Friday, March 15, 2019 2:28 PM
**To:** Pearlman, Janet
**Subject:** RE: Reissue of 2018 Annual Security Report to campus community

Please see attached the two e-mails issued to our campus today. The first e-mail went to "All Students". The second e-mail went to "All Faculty/Staff".

I appreciate your assistance with this project. This should provide a great base to make even further improvements with the Oct 1, 2019 ASR.

Chief Steven Moore
Director of Public Safety- University Police Dept.
Florida Gulf Coast University
10501 FGCU Boulevard South
Fort Myers, FL 33965-6565
Office: (239)590-1917
Fax:   (239)590-1910
scmoore@fgcu.edu
FBINA 187th



EXHIBIT
48

*Florida has a very broad public records law. As a result, any written communication created or received by Florida Gulf Coast University employees is subject to disclosure to the public and the media, upon request, unless otherwise*

*exempt. Under Florida law, e-mail addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.*

**From:** Pearlman, Janet <Janet.Pearlman@ed.gov>
**Sent:** Thursday, March 14, 2019 1:16 PM
**To:** Moore, Chief Steven <scmoore@fgcu.edu>
**Subject:** Reissue of 2018 Annual Security Report to campus community

Chief Moore,
Please ensure that the 2018 Annual Security Report is reissued to all stakeholders in the campus community by Monday, March 18, 2019.

Thank you.
Janet

*Janet R Pearlman*
*Campus Crime Compliance Specialist*
*U.S. Department of Education*
*830 First Street, NE*
*Washington, DC 20202*
*202-377-4845 (t)*

**Federal Student Aid**
An OFFICE of the U.S. DEPARTMENT of EDUCATION | PROUD SPONSOR of the AMERICAN MIND™

**001904**

| | |
|---|---|
| **From:** | Moore, Chief Steven |
| **To:** | Gunter, Precious |
| **Subject:** | FW: CLOSURE of FGCU Technical Assistance |
| **Date:** | Tuesday, March 19, 2019 10:18:00 AM |
| **Attachments:** | image001.png |

FYI- I know there is a compliance meeting April 12th, but just as an FYI, we had another "media review" with DoE- Clery Act. Ended up with what they call a Technical Assistance. Reissued the 2018-19 Annual Safety Report after some modifications, and now everything good. That was the 2nd "media review" in 5 years, so now I think we are in their good graces for several years. Happy to get it all done with no fines!

**From:** Pearlman, Janet <Janet.Pearlman@ed.gov>
**Sent:** Tuesday, March 19, 2019 9:22 AM
**To:** Moore, Chief Steven <scmoore@fgcu.edu>
**Subject:** CLOSURE of FGCU Technical Assistance

Chief Moore,

It was a pleasure working with you. If you have any further questions about compliance with the *Clery Act* or the Drug Free Schools and Communities Act, feel free to reach out to me.  Upon receipt of this email, the technical assistance provided to Florida Gulf Coast University is considered completed.

Have a good day!

Janet

*Janet R Pearlman*
*Campus Crime Compliance Specialist*
*U.S. Department of Education*
*830 First Street, NE*
*Washington, DC 20202*
*202-377-4845 (t)*



PROUD SPONSOR *of*
the AMERICAN MIND™



**From:** Moore, Chief Steven [mailto:scmoore@fgcu.edu]
**Sent:** Friday, March 15, 2019 2:28 PM
**To:** Pearlman, Janet
**Subject:** RE: Reissue of 2018 Annual Security Report to campus community

Please see attached the two e-mails issued to our campus today. The first e-mail went to "All Students". The second e-mail went to "All Faculty/Staff".

I appreciate your assistance with this project. This should provide a great base to make even further improvements with the Oct 1, 2019 ASR.

Chief Steven Moore
Director of Public Safety- University Police Dept.
Florida Gulf Coast University
10501 FGCU Boulevard South
Fort Myers, FL 33965-6565
Office: (239)590-1917
Fax:   (239)590-1910
scmoore@fgcu.edu
FBINA 187th

*Florida has a very broad public records law. As a result, any written communication created or received by Florida
Gulf Coast University employees is subject to disclosure to the public and the media, upon request, unless otherwise
exempt. Under Florida law, e-mail addresses are public records. If you do not want your email address released in
response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone
or in writing.*

**From:** Pearlman, Janet <Janet.Pearlman@ed.gov>
**Sent:** Thursday, March 14, 2019 1:16 PM
**To:** Moore, Chief Steven <scmoore@fgcu.edu>
**Subject:** Reissue of 2018 Annual Security Report to campus community

Chief Moore,
Please ensure that the 2018 Annual Security Report is reissued to all stakeholders in the campus
community by Monday, March 18, 2019.

Thank you.
Janet

*Janet R Pearlman*
*Campus Crime Compliance Specialist*
*U.S. Department of Education*
*830 First Street, NE*
*Washington, DC 20202*
*202-377-4845 (t)*

Federal **Student** Aid  |  PROUD SPONSOR of
An OFFICE of the U.S. DEPARTMENT of EDUCATION  |  the AMERICAN MIND™

| | |
|---|---|
| Memo To: | Sara Stensrud |
| Memo From: | Chief Kelli Smith |
| Date: | May 18, 2021 |
| Subject: | Clery Reporting |

Attached is a chart outlining the sister institutions in the State University System and who is responsible for the capturing and reporting of all required data as set forth by the Jeanne Clery Act. As you evaluate this data, please take into consideration that with the separation of Parking Services from FGCUPD, we lost a staff member that performed the following job tasks:

- Property Inventory Control
- Records Destruction

#1

I am suggesting that we evaluate the possibility to add (1) USPS employee to fulfill the following job responsibilities;

- Clery Compliance and data capturing
- Police Department Records Manager
    - Gain Compliance Florida Incident-Based Reporting System (FIBRS)
- Records Retention/Destruction
- Property/Inventory Control

By adding a position to fulfill these roles, the University would have a dedicated staff member to focus on data that has federal mandates identified for Clery reporting and the National Incident Based Reporting System by the FBI for police records.  The current fine for a single identified Clery violation is $59,017.  The average salary for a dedicated Clery position based on the attached outline is ~$58,000; equivalent to roughly 1 Clery Violation during an audit.

If you have any questions or would like further information, please advise.



| Institution | Position Title | Reports to: | Salary: | Student population |
|---|---|---|---|---|
| FAU | Clery Act Compliance Officer | Chief of Police | 53K | 30K |
| FIU | Compliance Analyst | Chief of Police | 65k | 58k |
| UCF | Clery Compliance Analyst | Police Commander/Major | 56k | 72k |
| USF | Records Manager | Chief of Police | 57k | 50k |
| U of F | Clery Act Compliance Coordinator | Police Major | 69k | 53k |
| UWF | Clert Act Compliance Officer | Chief of Police | 53k | 13k |
| FAMU | Police Lt. | Chief of Police | N/A | 11k |
| FL Poly | Chief of Police | N/A | N/A | 1.5K |
| FSU | Police Lt. | Chief of Police | N/A | 43k |
| New College | Chief of Police | N/A | N/A | 2.5K |
| UNF | Chief of Police | N/A | N/A | 17K |
| FGCU | Chief of Police | AVP | N/A | 15K |