| Memo To: | Sara Stensrud |
|---|---|
| Memo From: | Chief Kelli Smith |
| Date: | June 9, 2021 |
| Subject: | Police Department Support Staff Request |

During the first month of my tenure, I have focused my efforts on identifying critical needs. With the separation of parking services, there is a lapse in services in critical areas. The staff that completed these tasks were parking services employee(s) who functioned in roles that included support of police daily, weekly, monthly, and annual responsibilities.

As a result of my initial assessment, I am respectfully asking for the addition of (2) FTE positions to complete tasks that are directly related to Records Management and Clery Compliance and (1) part time position for Accreditation.

The responsibilities for a Records Manager will not only include the gaps in service we are seeing from the separation of Parking, but also numerous ancillary tasks that are completed by a myriad of staff members. The patchwork effect of these tasks restricts accountability, restricts the ability to train primary staff, develop support staff for redundancy and creates the potential to miss compliance requirements from specific entities. Currently, these tasks are being managed at a "COVID" low activity related rate. With the impending return to normal business operations, the sustainability is questionable. Some of the job tasks are related to mandated reporting requirements, records retention laws, and other legal guidelines. A records manager would fulfill these roles.

- Arrests Reports disseminated to:
  - State Attorney's Office (SAO)
  - Conduct
  - General Counsel (when applicable)
  - Mental Health providers
- Background Checks for Outside Agencies
- Baker Act documents routing to the Behavioral Center and Caps
- Bureau of Administration Review Document Submissions and Tracking
  - .02 Suspensions to DHSMV
  - Alcohol Influence Sheets
  - Driving Under the Influence Booking Documents
  - Driving Under Influence Citations Submissions
  - Driving Under the Influence Traffic Crash Reports Submissions
- Certified Mail Records Retention
- Uniform Traffic Citations Filing and Routing
- Death notifications to campus partners when appropriate
- Field Contacts Records Retention
- Final Dispositions and Case Cover Sheets from the SAO routing
- General Counsel Records Check as needed
- Incident/Supplemental report routing, records retention and purging as required
- Injunction Records for SAO and records retention laws



000103

- Lost and Found Property Records
- Medical Responses Reports Routing/ensuring HIPPA Compliance
- New case files and Master Index
- Procurement and Inventory Control process (to gain greater accountability of spending)
- Read files/reports for appropriate UCR, FIBRS and Clery Coding
- Public Records Destruction
- Public Records redaction
- Ride Along Request Management (when reinstated)
- Scan Evidence Reports and Analysis Results in the electronic casefile
- Seal/Expunge Records as ordered by the court
- State Attorney request fulfillment
  - o   Delivery of records
  - o   Tasking Sheets
- Student Accountability reports to Dean's Office
- Subpoena routing to ensure officer compliance
- Traffic Warning Documentation
- Trespass Warning Retention

It is important to point out that the reporting requirements for law enforcement have changed from the Uniform Crime Report (UCR) submitted to the FBI annually to a new system known as Florida Incident-Based Reporting System. This system is a segway to the National Incident-Based Reporting System (NIBRS). The new reporting system digs much deeper into the elements of each crime and requires more attention and work product. The need for a dedicated professional to prevent error and focus on accuracy is essential.

As previously recommended, a position to fulfill the role of Clery Reporting is being requested. The responsibility of Clery Compliance rests with all University Community members, but the reporting is essential and in institutions of similar size find greater compliance by employing a dedicated individual to manage the federal law mandates. The Clery Act frequently undergoes changes, modifications, and reporting requirement changes. In order to be proactive on these changes, a Clery Compliance Officer is a benefit of a dedicated resource that may prevent violations that now cost $59,017 per violation identified. In the event, FGCU was to be audited by the Department of Education, this person would be the point of contact and work directly with DOE auditors to address deficiencies and better position us for success.

The chart below identifies our sister institutions and who maintains Clery Reporting requirements.

| Institution | Position Title | Reports to: | Salary: | Student population |
|---|---|---|---|---|
| FAU | Clery Act Compliance Officer | Chief of Police | 53K | 30K |
| FIU | Compliance Analyst | Chief of Police | 65k | 58k |
| UCF | Clery Compliance Analyst | Police Commander/Major | 56k | 72k |

| USF | Records Manager | Chief of Police | 57k | 50k |
| U of F | Clery Act Compliance Coordinator | Police Major | 69k | 53k |
| UWF | Clert Act Compliance Officer | Chief of Police | 53k | 13k |
| FAMU | Police Lt. | Chief of Police | N/A | 11k |
| FL Poly | Chief of Police | N/A | N/A | 1.5K |
| FSU | Police Lt. | Chief of Police | N/A | 43k |
| New College | Chief of Police | N/A | N/A | 2.5K |
| UNF | Chief of Police | N/A | N/A | 17K |
| | | | | |

Captain Slapp currently maintains the responsibility of Accreditation.  Accreditation is a great benefit to the University in ensuring that the PD is operating with the highest industry standards and is in a constant state of evaluation to continue best practices.  This role is demanding, time consuming and requires continuous effort as Accreditations Standards change and evolve. Currently, Captain Slapp is set to retire in June, 2022.  FGCUPD is scheduled for a full assessment in April, 2023 to retain our accreditation status.  At this time, there is no-one available to train to backfill these responsibilities.  A part time person with Accreditation experience could fulfill these responsibilities and be dedicated to FGCUPD maintaining Accreditation during the assessment subsequent follow-up periods. These responsibilities could be met with a part time employee with Accreditation experience and knowledge. There are several companies in the state that offer these services.

Our agency is authorized for 21 sworn members when fully staffed.  Our current shift strengths are 4 per shift (16 sworn); 1 community outreach officer, 1 detective, 2 Captains and a Chief.  The positional assignments do not support the ability for these sworn members to assume additional responsibilities.

Currently, FGCUPD has an administrative assistant to provide support in aspects that are directly beyond sworn officer or dispatcher responsibilities.  The administrative assistant spends the majority of her time completing tasks related to financials and is unable to take on any additional responsibilities.  The Administrative Assistant is FGCUPD's only support personnel.

I am seeking the support to increase the FGCUPD support staff to meet the demands of a full service, Florida accredited police department.  These additional staff members will have a workload to keep them busy and mitigate any lapse in reporting requirements and potential violations.

Kelli Smith

July 22, 2021

1:1

- Comp time report for Officers
  - o Comp time earning during the holidays 12 on 8 hours = 94 vs 80
  - o Comp time limits/carry over
  - o Use it before you lose it – June 30, 2021 deadline?.
- Back-up Plan for University Closure – 3rd hand information ⟶ $COVID - 19$
- Clery Compliance posted –
  *Chief*
- ITS Assistance
  - o Camera for the President's lot – in progress – still in progress
- Records Manager/No redundancy / Status?
    - ▪ Tasks being performed by 2 Captains include making folders, printing labels and filing.
- University Wide Cameras
  - o Maintenance costs
  - o Upgrade costs
  - o Service Contracts
  - o More than 200+ on Campus
  - o Likely more than 1 platform
  - o Departmental Ownership – we have access to some not others
- Code Blue phones Status/ See print outs/email
- RMS System
- UPD Fleet
- Current contract with updates
  - o Negotiations
  - o Take Home Cars
- Dispatcher Pay – 5k leftover

1. RMS - in 12 months 75K
2. Tasser
3.



000080

| AGENCY | TAKE-HOME CARS | CONTRACT OR POLICY | PHASED IN OR ALL AT ONCE |
|---|---|---|---|
| FAMU | NO | N/A | N/A |
| FAU | YES | CONTRACT | PHASED IN OVER 3 YEARS |
| FIU | YES | POLICY (POLICEY REFERENCED IN CONTRACT) | CURRENTLY BEING PHASED IN. CURRENTLY BASED ON SENIORITY AND AVAILABILITY. CALLED A VEHICLE ASSIGNMENT PROGRAM. APPROX 70% PATROL OFFICERS CURRENTLY HAVE TAKE HOME (ASSIGNED) VEHICLES |
| POLY | YES | POLICY | PHASED IN OVER 4 YEARS |
| FSU | NO (With exception of some specialty units) | N/A | N/A |
| NCF | Hybrid (Car shared by two officers on opposite 12-hour shifts. Only take home during consecutive work days....not over days off). | Policy | PHASED IN OVER SEVERAL YEARS |
| UCF | YES | POLICY & CONTRACT | PHASED IN OVER SEVERAL YEARS |
| UFL | NO (Only Lt's & above) | N/A | N/A |
| UNF | NO | N/A | N/A |
| USF | NO | N/A | N/A |
| UWF | NO | N/A | N/A |
| Lee Co SO | YES | | |
| Cape Corral PD | YES | | |
| Air Port PD | NO | N/A | N/A |
| Ft. Myers PD | YES | Policy | N/A |
| Punta Gorda PD | YES | Policy | N/A |
| rida Southwestern State College | YES | Policy | All at once |
| | | | |
| | | | |
| | | | |

7-22-21

| ew Exten Pole # | Area | Pole Number and Location | Working Y/ Notes | | Old Ext | pole/box | Model | Obsolete | Bad at Upgarde |
|---|---|---|---|---|---|---|---|---|---|
| 3808 | 30 CORE | Library South | N | No activation/no light | | pole | 5000 | | |
| 3801 | 11 MOD | Modular 1 | N | No activation/no light | 3812 | pole | | | |
| 1962 | 43 NLV | SH Sandpiper & Falcon PL | N | No activation | 1962 | pole | | | |
| 1963 | 42 NLV | SH Sandpiper & Falcon (Lakeside) | N | No activation | 1962 | pole | | | |
| 3813 | SV | GAR B 1W (Elevator) | N | No activation/no light | | box | 5000 | | x |
| 1931 | CORE | Interior Arts complex by the lockers | N | Yellow box on wall in court yard | | box | | | |
| 3853 | CORE | PG1-1E | N | No activation/blue light flashing | 3501 box | | 3100 | | x |
| 3854 | CORE | PG1-1W | N | No activation/light on | 3505 box | | 3100 | x | x |
| 3855 | CORE | PG1-2E | N | No activation/light on | 3502 box | | 3100 | x | x |
| 3857 | CORE | PG1-3E | N | No activation/light on | 3503 box | | 4100 | | x |
| 3858 | CORE | PG1-3W | N | No activation/light on | 3507 box | | 3100 | x | x |
| 3861 | CORE | PG2-1E | N | No activation/light on | 3517 box | | 4100 | | |
| 3864 | CORE | PG2-2W | N | No activation/light on | 3822 box | | 4100 | | |
| 3866 | CORE | PG2-3W | N | No activation/light on | 3924 box | | 4100 | | |
| 3867 | CORE | PG2-4E | N | No activation/light on | 3520 box | | 4100 | | |
| 3868 | CORE | PG2-4W | N | No activation/light on | 3525 box | | 4100 | | x |
| 3869 | CORE | PG2-5E | N | No activation/light on | 3521 box | | 4100 | | x |
| 3870 | CORE | PG2-5W | N | No activation/light on | 3526 box | | 4100 | | |
| 3873 | CORE | PG3-2E | N | No activation/light on | 3554 box | | 4100 | | |
| 3875 | CORE | PG3-3E | N | No activation/no light | 3556 box | | 4100 | | |
| 3878 | CORE | PG3-4W | N | No activation/light on | 3557 box | | 4100 | | |
| 3841 | 29 NLV | Aquatics Center | N | Upon activation busy signal | 1968 box | | 4100 | | |
| 3844 | 22 NLV | SH Laundry 2 pole | N | | 1957 pole | | 3300 | x | x |
| 3845 | 23 NLV | SH Laundry 3 pole | N | | 1988 pole | | 4100 | | x |
| 3849 | 36 NLV | SH Between Q & O   pole | N | No activation/no light | 1923 pole | | 4100 | | x |
| 3877 | 13 NLV | Lake Pkwy E&W  - pole | N | No activation/light on | | pole | 4100 | | |
| 5437 | 35 NLV | Aux PL S Overflow Mid of Lot | N | | | pole | 4100 | | |
| 3815 | SV | GAR B 2W (Elevator) | N | No activation/light on | | box | 5000 | | |
| 3816 | SV | GAR B 2N | N | No activation/light on | | box | 5000 | | x |
| 3817 | SV | GAR B 3W (Elevator) | N | No activation/light on | | box | 5000 | | x |
| 3819 | SV | GAR B 4W (Elevator) | N | No activation/light on | | box | 5000 | | x |
| 3822 | SV | GAR B 5N | N | No activation/no light | | box | 5000 | | x |
| 3823 | SV | GAR B 6W (Elevator) | N | No activation/no light | | box | 5000 | | x |
| | | | | 33 call boxes/ poles bagged | poles | 9 | | | |
| | | | | | call box | 24 | | | |

core (non-garage location)

housing location

non-highlighted garages

000082

Sept 8, 2021

From: Gunter, Precious
Sent: Wednesday, September 8, 2021 11:33 AM
To: Smith, Kelli <kjsmith@fgcu.edu>
Subject: RE: Clery Statistics

Good Morning,

Emily is working on pulling the numbers at the moment. Also, wanted to note that we are still not receiving reports from
UPD. We received the ▮▮▮▮▮▮▮ UPD report from conduct and were informed that another student, ▮▮▮▮▮
contacted UPD, but we did not receive the report. Unfortunately, this has been an ongoing issue for a while now ( before
you). Perhaps, we need to conduct a training for UPD officers. I do not think we've conducted an in person training for
them in a while. Please let me know your thoughts.

Thanks!

Sincerely,

**Precious Green Gunter**
Director of Equity, Ethics, and Compliance, and Title IX Coordinator
Office of Institutional Equity and Compliance
Florida Gulf Coast University
Edwards Hall 114
10501 FGCU Boulevard South
Fort Myers, FL 33965-6565
(P) 239-745-4366 (F) 239-590-7470
Email: Pgunter@fgcu.edu

******CONFIDENTIALITY NOTICE******

This email may contain information that is privileged, confidential or otherwise exempt from disclosure under
applicable law. If you are not the addressee and it appears from the context or otherwise that you have received
this email in error, please advise me immediately by reply email, keep the contents confidential, and
immediately delete the message and any attachments from your system.

Florida has a very broad public records law. As a result, any written communication created or received by
Florida Gulf Coast University employees is subject to disclosure to the public and the media, upon request,
unless otherwise exempt. Under Florida law, email addresses are public records. If you do not want your email
address released in response to a public records request, do not send electronic mail to this entity. Instead,
contact this office by phone or in writing.

From: Smith, Kelli <kjsmith@fgcu.edu>
Sent: Wednesday, September 8, 2021 8:38 AM
To: Gunter, Precious <pgunter@fgcu.edu>
Subject: RE: Clery Statistics

Thank you so much for your help with the interviews. I wanted to circle back around and see if you might be able to get
me the Clery stats for 2020 this week. I promise we will have it together next year!

5



EXHIBIT
53

This email may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If you are not the addressee and it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

Florida has a very broad public records law. As a result, any written communication created or received by Florida Gulf Coast University employees is subject to disclosure to the public and the media, upon request, unless otherwise exempt. Under Florida law, email addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

**From:** Smith, Kelli <kjsmith@fgcu.edu>
**Sent:** Wednesday, September 8, 2021 2:28 PM
**To:** Gunter, Precious <pgunter@fgcu.edu>
**Subject:** RE: Clery Statistics

Hi Precious,

Thank you for your help. I will say that the reason you likely did not get this report is that it is listed as a battery/Assault (based on Florida Statute). I will add that one reason I think the gap in notification to your office about these types of incidents is exacerbated is the pd structure. I am hoping to identify a solution of a dedicated person to manage our police records and routing of documents. In the meantime, the correct classification of Florida Statute and a gap in services here is something we will work towards solving. I would definitely welcome training from your team. Maybe we can schedule it for next semester as our mandatory training has filled our calendar for this year?

Thank you for your patience and your help.

Kelli

Kelli Smith
Chief of Police
Florida Gulf Coast University Police Department
https://www.fgcu.edu/upd/



10501 FGCU Boulevard South, Fort Myers, FL 33965    fgcu.edu
P: 239-590-1900    E: kjsmith@fgcu.edu



Under Florida Law, e-mail addresses are Public Records. If you do not want your e-mail address released in response to a Public Record request, do not send electronic mail to the University. Instead, contact the University by phone or in writing.

4

500089

## Zablackas, Sandy

| | |
|---|---|
| **From:** | Smith, Kelli |
| **Sent:** | Tuesday, October 5, 2021 3:23 PM |
| **To:** | Gunter, Precious;Palmer, April;Leonard, Vee;Nanna, Emily;Whitaker, Deontre;Blakely, Dr. Christopher |
| **Cc:** | Stensrud, Sara |
| **Subject:** | RE: Collaborate... |
| **Categories:** | Print |

OK. I will ask [redacted] to coordinate our calendars to schedule a zoom meeting.

**From:** Gunter, Precious
**Sent:** Tuesday, October 5, 2021 3:22 PM
**To:** Smith, Kelli <kjsmith@fgcu.edu>; Palmer, April <appalmer@fgcu.edu>; Leonard, Vee <vleonard@fgcu.edu>; Nanna, Emily <enanna@fgcu.edu>; Whitaker, Deontre <dlwhitaker@fgcu.edu>; Blakely, Dr. Christopher <cblakely@fgcu.edu>
**Cc:** Stensrud, Sara <sstensrud@fgcu.edu>
**Subject:** RE: Collaborate...

I would prefer zoom and I've added Dr. Blakely.

Sincerely,

**Precious Green Gunter**
Chief Equity, Ethics, and Compliance Officer and Title IX Coordinator
Office of Institutional Equity and Compliance
Florida Gulf Coast University
Edwards Hall 114
10501 FGCU Boulevard South
Fort Myers, FL 33965-6565
(P) 239-745-4366 (F) 239-590-7470
Email: Pgunter@fgcu.edu



\*\*\*\*\*\*CONFIDENTIALITY NOTICE\*\*\*\*\*\*

This email may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If you are not the addressee and it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system.

Florida has a very broad public records law. As a result, any written communication created or received by Florida Gulf Coast University employees is subject to disclosure to the public and the media, upon request, unless otherwise exempt. Under Florida law, email addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

1

**From:** Smith, Kelli <kjsmith@fgcu.edu>
**Sent:** Tuesday, October 5, 2021 1:13 PM
**To:** Palmer, April <appalmer@fgcu.edu>; Leonard, Vee <vleonard@fgcu.edu>; Gunter, Precious <pgunter@fgcu.edu>;
Nanna, Emily <enanna@fgcu.edu>; Whitaker, Deontre <dlwhitaker@fgcu.edu>
**Cc:** Stensrud, Sara <sstensrud@fgcu.edu>
**Subject:** RE: Collaborate...

Would we like to zoom or in person? Also, I probably should have included Dr. Blakely?

Kelli

**From:** Palmer, April
**Sent:** Tuesday, October 5, 2021 1:00 PM
**To:** Leonard, Vee <vleonard@fgcu.edu>; Smith, Kelli <kjsmith@fgcu.edu>; Gunter, Precious <pgunter@fgcu.edu>;
Nanna, Emily <enanna@fgcu.edu>; Whitaker, Deontre <dlwhitaker@fgcu.edu>
**Cc:** Stensrud, Sara <sstensrud@fgcu.edu>
**Subject:** RE: Collaborate...

Good afternoon,

We would be more than willing to engage in this discussion.

Best,

**April Palmer, Ed.D** | *Assistant Dean of Students/Director of Student Conduct*
(she / her / hers)
**Campus Life** | **Student Success and Enrollment Management**



10501 FGCU Boulevard South, Fort Myers, FL 33965    fgcu.edu
**P: 239.590.7900**    E:appalmer@fgcu.edu



***Confidentiality Notice***
Florida has a very broad public records law. As a result, any written communication created or received by Florida Gulf Coast University employees is subject to
disclosure to the public and the media, upon request, unless otherwise exempt. Under Florida law, e-mail addresses are public records. If you do not want
your email address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

**From:** Leonard, Vee
**Sent:** Tuesday, October 5, 2021 12:35 PM
**To:** Smith, Kelli <kjsmith@fgcu.edu>; Gunter, Precious <pgunter@fgcu.edu>; Nanna, Emily <enanna@fgcu.edu>; Palmer,
April <appalmer@fgcu.edu>
**Cc:** Stensrud, Sara <sstensrud@fgcu.edu>
**Subject:** RE: Collabarote...

Certainly.

2

201528

**Vee Leonard** | *Vice President and General Counsel*
(she / her / hers)
**Office of the General Counsel | Division of Legal Affairs**
https://www.fgcu.edu/generalcounsel/



10501 FGCU Boulevard South, Fort Myers, FL 33965     fgcu.edu
P: **239.590.1101** | D: 239.590.1122   E: vleonard@fgcu.edu    F: 239.590.7470



This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law and is intended only for the use of the addressee(s). If you are not the addressee and it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system. Any review, dissemination, distribution or duplication of this communication by an unintended recipient is strictly prohibited.

**From:** Smith, Kelli
**Sent:** Tuesday, October 5, 2021 11:25 AM
**To:** Gunter, Precious <pgunter@fgcu.edu>; Nanna, Emily <enanna@fgcu.edu>; Palmer, April <appalmer@fgcu.edu>
**Cc:** Leonard, Vee <vleonard@fgcu.edu>; Stensrud, Sara <sstensrud@fgcu.edu>
**Subject:** Collaborote...

Hey team:

Can we schedule a phone call to discuss some of the off-campus reports we are seeing?

Sharing some interesting articles on the current climate.

https://universitybusiness.com/sexual-assault-claims-at-9-universities-during-red-zone-spark-protests/

https://www.yahoo.com/news/not-ok-missouri-university-let-100000775.html

Kelli Smith
**Chief of Police**
**Florida Gulf Coast University Police Department**
https://www.fgcu.edu/upd/



10501 FGCU Boulevard South, Fort Myers, FL 33965     fgcu.edu
P: 239-590-1900  | E: kjsmith@fgcu.edu|



Under Florida Law, e-mail addresses are Public Records.  If you do not want your e-mail address released in response to a Public Record request, do not send electronic mail to the University.  Instead, contact the University by phone or in writing.

3

201529

| | |
|---|---|
| **From:** | McLaren, Candace R. |
| **To:** | Smith, Kelli |
| **Cc:** | Stensrud, Sara |
| **Subject:** | RE: Florida Gulf Coast University Clery Training |
| **Date:** | Tuesday, December 21, 2021 7:33:28 PM |
| **Attachments:** | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |

Good evening, Kelli and Sara,

I hope that you both are well, and are getting geared up to have wonderful holidays. I apologize for the delay – things, as you can imagine, are very hectic at the end of the year, and it took me some time to get the permissions necessary to devise a flat fee arrangement for this engagement, which will be more economical than adhering to the traditional hourly rate structure.

So, here is where we landed: Given my rate, the number of hours required for the four trainings/presentations, and the estimated time needed to prepare the content and the materials, I can offer you the 10-hours of virtual training, spread out over the four distinct groups, for a "not to exceed" flat fee of $15,000. Should either the preparation or the presentations require more resources than expected and result in fees greater than $15,000, FGCU would not be billed any additional expenses until fees of $20,000 are reached, at which time the arrangement would be "reopened" and billed at a reduced hourly rate of $550/hour.

Let me know if you have any questions or would like to discuss. I'm taking this Friday and next week off, but will be checking my email periodically.

If we don't speak before the end of the week, have safe and wonderful holidays filled with food, family, and fun.

Take care,

Candace

**SAUL EWING**
**ARNSTEIN**
**& LEHR** ᴸᴸᴾ

Candace McLaren Lanham | Partner
SAUL EWING ARNSTEIN & LEHR LLP
1919 Pennsylvania Avenue, N.W., Suite 550
Washington, D.C., 20006-3434
Tel: 202.295.6646 | Fax: 202.295.6729
candace.mclaren@saul.com | www.saul.com

EXHIBIT
PENGAD 800-631-6989
55
12/1/23 Smith

**From:** Smith, Kelli <kjsmith@fgcu.edu>
**Sent:** Wednesday, December 15, 2021 3:01 PM
**To:** McLaren, Candace R. <candace.mclaren@saul.com>
**Cc:** Stensrud, Sara <sstensrud@fgcu.edu>

**Subject:** RE: Florida Gulf Coast University Clery Training

Good afternoon Candace,

Sara and I spoke regarding your questions below and provided our responses in red.

We are thinking a 3 hour block for groups 1,2 and 3; a 1 hour executive block. The 3 hour blocks with a segment that would apply to everyone in general – "the what is Clery and why is compliance essential" type material. Then a segment for the particular disciplines you are talking too. Again, we are open to your suggestions on this.

In our Zoom meeting, you'd envisioned a January/February time frame for these meetings. Does that still hold now that you've had a chance to think through these groups? **Yes –
Mid-February seems like it is the most workable time frame with the holidays upon us.**
Additionally, what are your thoughts as to holding these sessions virtually as opposed to in person? My concern is that, with the new variant already spreading and the upcoming holiday sure to cause a spike in numbers, the new year will bring about new health concerns. My Firm, for example, has already pushed its re-open date back from January to February, and I anticipate that other organizations/offices will follow suit. As I know all too well that every college/university has a COVID plan in place, please let me know your thoughts and protocols.
**While we would prefer to have you in person, we understand the concerns that you raise and respect that it may not be feasible. Our thought process now is that you would Zoom if necessary and then to foster an environment that would limit multi-tasking, we may have our teams in large rooms on campus and not in their offices.**

Lastly, in your proposal, you included a note regarding Deans as CSAs. As you likely know, with the recent rescission of the Handbook, universities can (and should) continue to use the Handbook as a guide, but now have much more autonomy in the selection of their CSAs. So, whether Deans are to be considered CSAs on your campus or not will really depend on the manner in which your school is structured, and whether the level of student contact generally had by your Deans makes deeming them CSAs both practical and prudent. So, we can discuss it further if you'd like, but, at the end of the day, it's now your call.

**I think that we include Deans. If there are organizational changes that place them in different roles the training is done. Plus, exposure to Clery Compliance Requirements is a good thing for the University.**

**Unless, you have other questions, suggestions or concerns, are you at a place where you could provide us with an estimate for services to move forward for review?**

Again, thank you for your insight.

Kelli

**Kelli Smith
Chief of Police
Florida Gulf Coast University Police Department**
https://www.fgcu.edu/upd/

001432



**FLORIDA
GULF COAST
UNIVERSITY**

10501 FGCU Boulevard South, Fort Myers, FL 33965 | fgcu.edu
P: 239-590-1900 | E: kjsmith@fgcu.edu



Under Florida Law, e-mail addresses are Public Records. If you do not want your e-mail address released in response to a Public Record
request, do not send electronic mail to the University. Instead, contact the University by phone or in writing.

**From:** McLaren, Candace R. <candace.mclaren@saul.com>
**Sent:** Tuesday, December 14, 2021 12:19 PM
**To:** Smith, Kelli <kjsmith@fgcu.edu>
**Cc:** Stensrud, Sara <sstensrud@fgcu.edu>
**Subject:** RE: Florida Gulf Coast University Clery Training

Good morning, Kelli and Sara,

Thanks for your follow up. I've reviewed your proposal, and appreciate the time that you put into
grouping the potential attendees by title and function. That was very insightful of you, and is very
helpful to me. The groups, however, are quite large, and I'm concerned that, for Groups 1, 2, and 3,
one hour would not be nearly enough time for me to cover the basics, provide some tailored
information, and answer questions. I'd think that two hours would be the minimum timeframe
within which I could provide a sufficient foundational training to groups of this size. Are you open to
that? I will also speak with some of my colleagues to see if they may have any ideas as to format and
structure, so I'll circle back once I've had those conversations.

In our Zoom meeting, you'd envisioned a January/February time frame for these meetings. Does
that still hold now that you've had a chance to think through these groups? Additionally, what are
your thoughts as to holding these sessions virtually as opposed to in person? My concern is that,
with the new variant already spreading and the upcoming holiday sure to cause a spike in numbers,
the new year will bring about new health concerns. My Firm, for example, has pushed its re-
open date back from January to February, and I anticipate that other organizations/offices will follow
suit. As I know all too well that every college/university has a COVID plan in place, please let me
know your thoughts and protocols.

Lastly, in your proposal, you included a note regarding Deans as CSAs. As you likely know, with the
recent rescission of the Handbook, universities can (and should) continue to use the Handbook as a
guide, but now have much more autonomy in the selection of their CSAs. So, whether Deans are to
be considered CSAs on your campus or not will really depend on the manner in which your school is
structured, and whether the level of student contact generally had by your Deans makes deeming

them CSAs both practical and prudent. So, we can discuss it further if you'd like, but, at the end of the day, it's now your call.

Thanks again for your proposal, and thanks in advance for your response. I look forward to hearing back.

Candace



**Candace McLaren Lanham | Partner**
**SAUL EWING ARNSTEIN & LEHR LLP**
1919 Pennsylvania Avenue, N.W., Suite 550
Washington, D.C., 20006-3434
Tel: 202.295.6646 | Fax: 202.295.6729
candace.mclaren@saul.com | www.saul.com

**From:** Smith, Kelli <kjsmith@fgcu.edu>
**Sent:** Monday, December 13, 2021 12:12 PM
**To:** McLaren, Candace R. <candace.mclaren@saul.com>
**Cc:** Stensrud, Sara <sstensrud@fgcu.edu>
**Subject:** Florida Gulf Coast University Clery Training

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

Good morning Candace,

I hope you are doing well. As we reviewed our stakeholders, we recognized that the number of people we need to have training is higher than what one session in this COVID-19 world would support. Understanding that consistency in you messaging is also critical, one idea that seemed to work was breaking the groups into "similar disciplines" where the first segment of the training is identical, but then perhaps some dedicated time to the specific groups.

For example:
1. ***Hour for Executive Leadership 13 participants***

(TBD time) for:
**Group 1-Administrative, Academics, General Counsel, Human Resources, Communications, FGCU PD, Emergency Management, Environmental Health & Safety**
**(27 participants + Deans?)**
(TBD time) for:
**Group 2 -Athletics, International Studies, Fraternities, Sororities, Campus Recreation**
**(23 participants)**
(TBD time) for:
**Group 3 -OIEC, Conduct, Residence Life and Housing, Student Care Services, CAPS, Student Health Services, Prevention and Wellness**

001434

**(34 participants)**

My initial thought was 3 hours for Groups 1,2,&3 and the 1 hour Executive Block.  This would effectively be 4 different groups for a total of ~10 hours of classroom with 97 attendees.  You may have a different suggestion than the 3 hour block.  We are open to your suggestions.

The attachment is our initial ideas of groups.  Feel free to provide some thoughts on this too.

Stay well.

Kelli

Kelli Smith
**Chief of Police**
**Florida Gulf Coast University Police Department**
https://www.fgcu.edu/upd/



10501 FGCU Boulevard South, Fort Myers, FL 33965  |  fgcu.edu
P: 239-590-1900  |  E: kjsmith@fgcu.edu

  

Under Florida Law, e-mail addresses are Public Records. If you do not want your e-mail address released in response to a Public Record request, do not send electronic mail to the University. Instead, contact the University by phone or in writing.

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~+

001435

**Zablackas, Sandy**

| | |
|---|---|
| **From:** | Smith, Kelli |
| **Sent:** | Tuesday, November 2, 2021 10:59 AM |
| **To:** | Nanna, Emily |
| **Cc:** | Gunter, Precious;Tsenekos, Diana |
| **Subject:** | RE: clery |

Thank you for the information. I am cc'ing Diania Tsenekos, she is our Clery Compliance Officer. I know she will be reaching out to schedule a meeting with your team. We are excited to have a dedicated resource to Clery Compliance and working with all of you.

Kelli Smith
**Chief of Police**
**Florida Gulf Coast University Police Department**
https://www.fgcu.edu/upd/



10501 FGCU Boulevard South, Fort Myers, FL 33965 | fgcu.edu
P: 239-590-1900 | E: kjsmith@fgcu.edu|

   

Under Florida Law, e-mail addresses are Public Records. If you do not want your e-mail address released in response to a Public Record request, do not send electronic mail to the University. Instead, contact the University by phone or in writing.

**From:** Nanna, Emily
**Sent:** Tuesday, November 2, 2021 9:54 AM
**To:** Smith, Kelli <kjsmith@fgcu.edu>
**Cc:** Gunter, Precious <pgunter@fgcu.edu>
**Subject:** clery



Hello Chief,

Two clery reports for you:

SoVi: Female student allegedly experiencing dating violence by non FGCU affiliated boyfriend, probably in SoVi at times, throughout the Fall 2021 semester

SoVi: Male student allegedly fondled two female students in SoVi, around August 21, 2021.

Thanks,

Emily

1

Emily Nanna
**Assistant Director & Senior Deputy Title IX Coordinator**
Office of Institutional Equity and Compliance
Florida Gulf Coast University
10501 FGCU Blvd S
Fort Myers, FL 33965
**(239) 745-4420** (Office)
enanna@fgcu.edu
www.fgcu.edu/equity

Under Florida law, email addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to the University. Instead, contact the University by phone or in writing.

2

001402

**Zablackas, Sandy**

| From: | Smith, Kelli |
|---|---|
| Sent: | Tuesday, November 9, 2021 8:21 AM |
| To: | McKay, Monique |
| Cc: | Stensrud, Sara;Gunter, Precious;Palmer, April;Blakely, Dr. Christopher;Hoover Jr., Daniel;Brown, Bev;Bingham, Charlotte |
| Subject: | RE: No trespass orders |

Good morning Monique,

I wish that trespass orders were simple and that we could effectively do what you're asking. However, there are several reasons this is not a sound practice. In many instances, trespass orders are issued for certain locations only; ie...housing, the bookstore, the rec center. As a result, the employees in these areas usually know who the person is. An all campus trespass occurs infrequently.

Additionally, trespass warnings are often temporary pending a situational remedy; ie...conduct hearing, relationship matters, fine assessments to name a few. Once these matters are addressed, the trespass warnings are canceled or lifted.

The other thing is if we send out trespass warnings with someone's photo, PD has no control over what happens to those documents. They can be forwarded, posted on social media, or posted publicly in a location. This could arguably damage someone's reputation. Compounding this issue is if the trespass warning is lifted and somehow there is an oversight in not notifying other departments this can also create a problem.

Please let me know if you have any other questions.

Kelli Smith
**Chief of Police**
**Florida Gulf Coast University Police Department**
https://www.fgcu.edu/upd/



10501 FGCU Boulevard South, Fort Myers, FL 33965 ¦ fgcu.edu
P: 239-590-1900 ¦ E: kjsmith@fgcu.edu|

   



EXHIBIT
57

Under Florida Law, e-mail addresses are Public Records. If you do not want your e-mail address released in response to a Public Record request, do not send electronic mail to the University. Instead, contact the University by phone or in writing.

**From:** McKay, Monique
**Sent:** Monday, November 8, 2021 6:41 PM
**To:** Smith, Kelli <kjsmith@fgcu.edu>
**Cc:** Stensrud, Sara <sstensrud@fgcu.edu>; Gunter, Precious <pgunter@fgcu.edu>; Palmer, April <appalmer@fgcu.edu>;

1

Blakely, Dr. Christopher <cblakely@fgcu.edu>; Hoover Jr., Daniel <dhoover@fgcu.edu>; Brown, Bev
<bdbrown@fgcu.edu>; Bingham, Charlotte <cbingham@fgcu.edu>
**Subject:** No trespass orders

Hi Kelli,
I am wondering if you could notify departments who are likely to deal with a student or employee who is
under a no trespass order from FGCU and provide a photo.
We are sometimes aware that an individual is not allowed on campus or is only allowed on campus on a
limited basis but we have no idea what they look like and they may show up at our offices unannounced and
in violation of the order.
If we could be provided with information about these cases it would be helpful and may help us manage
difficult situations.
Best,
Monique


*Monique McKay, LL.B., LL.M in Dispute Resolution*

*University Ombuds*

*Assistant to the President*

*239-590-1022*



*********************
*Florida has a very broad public records law. As a result, any written communication created or received by
Florida Gulf Coast University employees is subject to disclosure to the public and the media, upon request,
unless otherwise exempt. Under Florida law, e-mail addresses are public records. If you do not want your
email address released in response to a public records request, do not send electronic mail to this
entity. Instead, contact this office by phone or in writing.*

2

001404

# November 19, 2021
Friday

| November 2021 | December 2021 |
|---|---|
| SuMo TuWe Th Fr Sa | SuMo TuWe Th Fr Sa |
| 1  2  3  4  5  6 | 1  2  3  4 |
| 7  8  9 10 11 12 13 | 5  6  7  8  9 10 11 |
| 14 15 16 17 18 19 20 | 12 13 14 15 16 17 18 |
| 21 22 23 24 25 26 27 | 19 20 21 22 23 24 25 |
| 28 29 30 | 26 27 28 29 30 31 |

**FRIDAY**

**19**

**Daily Task List**

Arrange by: Due Date

**7** AM

**8**

**9**

1:1; Smith, Kelli

**10**

**Services Meeting**
Microsoft Teams Meeting
Balmer, Eric

**Services Meeting**
Microsoft Teams Meeting
Balmer, Eric

**11**

Introduction meeting-Diana Tsenekos; Cohen 267; Tsenekos, Diana

**12** PM

**1**

**Notes**

Coronavirus Meeting - Friday, November 19; via Teams; Burns, Ann

**2**

**Sexual Assault**
EH 210
Stensrud, Sara

**3**

Introduction Meeting-Diania Tsenekos; CSC 94; Tsenekos, Diania

**4**

**5**

**6**

EXHIBIT
58
12/2/23 Smith

Zablackas, Sandy                    1                    5/31/2022 9:12 AM

| | |
|---|---|
| **From:** | McLaren, Candace R. |
| **To:** | Smith, Kelli |
| **Cc:** | Stensrud, Sara |
| **Subject:** | RE: Florida Gulf Coast University Clery Training |
| **Date:** | Tuesday, December 14, 2021 12:19:40 PM |
| **Attachments:** | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |

Good morning, Kelli and Sara,

Thanks for your follow up. I've reviewed your proposal, and appreciate the time that you put into grouping the potential attendees by title and function. That was very insightful of you, and is very helpful to me. The groups, however, are quite large, and I'm concerned that, for Groups 1, 2, and 3, one hour would not be nearly enough time for me to cover the basics, provide some tailored information, and answer questions. I'd think that two hours would be the minimum timeframe within which I could provide a sufficient foundational training to groups of this size. Are you open to that? I will also speak with some of my colleagues to see if they may have any ideas as to format and structure, so I'll circle back once I've had those conversations.

In our Zoom meeting, you'd envisioned a January/February time frame for these meetings. Does that still hold now that you've had a chance to think through these groups? Additionally, what are your thoughts as to holding these sessions virtually as opposed to in person? My concern is that, with the new variant already spreading and the upcoming holiday sure to cause a spike in numbers, the new year will bring about new health concerns. My Firm, for example, has already pushed its re-open date back from January to February, and I anticipate that other organizations/offices will follow suit. As I know all too well that every college/university has a COVID plan in place, please let me know your thoughts and protocols.



Lastly, in your proposal, you included a note regarding Deans as CSAs. As you likely know, with the recent rescission of the Handbook, universities can (and should) continue to use the Handbook as a guide, but now have much more autonomy in the selection of their CSAs. So, whether Deans are to be considered CSAs on your campus or not will really depend on the manner in which your school is structured, and whether the level of student contact generally had by your Deans makes deeming them CSAs both practical and prudent. So, we can discuss it further if you'd like, but, at the end of the day, it's now your call.

Thanks again for your proposal, and thanks in advance for your response. I look forward to hearing back.

Candace

**Candace McLaren Lanham | Partner**
**SAUL EWING ARNSTEIN & LEHR LLP**
1919 Pennsylvania Avenue, N.W., Suite 550
Washington, D.C., 20006-3434



**SAUL EWING
ARNSTEIN
& LEHR**

Tel: 202.295.6646 | Fax: 202.295.6729
candace.mclaren@saul.com | www.saul.com

**From:** Smith, Kelli <kjsmith@fgcu.edu>
**Sent:** Monday, December 13, 2021 12:12 PM
**To:** McLaren, Candace R. <candace.mclaren@saul.com>
**Cc:** Stensrud, Sara <sstensrud@fgcu.edu>
**Subject:** Florida Gulf Coast University Clery Training

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

Good morning Candace,

I hope you are doing well.  As we reviewed our stakeholders, we recognized that the number of people we need to have training is higher than what one session in this COVID-19 world would support.  Understanding that consistency in you messaging is also critical, one idea that seemed to work was breaking the groups into "similar disciplines" where the first segment of the training is identical, but then perhaps some dedicated time to the specific groups.

For example:
1. ***Hour for Executive Leadership 13 participants***

(TBD time) for:
**Group 1-Administrative, Academics, General Counsel, Human Resources, Communications, FGCU PD, Emergency Management, Environmental Health & Safety
(27 participants + Deans?)**
(TBD time) for:
**Group 2 -Athletics, International Studies, Fraternities, Sororities, Campus Recreation
(23 participants)**
(TBD time) for:
**Group 3 -OIEC, Conduct, Residence Life and Housing, Student Care Services, CAPS, Student Health Services, Prevention and Wellness
(34 participants)**

My initial thought was 3 hours for Groups 1,2,&3 and the 1 hour Executive Block.  This would effectively be 4 different groups for a total of ~10 hours of classroom with 97 attendees.  You may have a different suggestion than the 3 hour block.  We are open to your suggestions.


The attachment is our initial ideas of groups.  Feel free to provide some thoughts on this too.

Q01420

Stay well.

Kelli


Kelli Smith
**Chief of Police**
**Florida Gulf Coast University Police Department**
https://www.fgcu.edu/upd/



**10501 FGCU Boulevard South, Fort Myers, FL 33965  |  fgcu.edu**
**P: 239-590-1900  |  E: kjsmith@fgcu.edu**

   

Under Florida Law, e-mail addresses are Public Records. If you do not want your e-mail address released in response to a Public Record
request, do not send electronic mail to the University. Instead, contact the University by phone or in writing.


"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient
(even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by
return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~+

1) Moove :- 133k ?

Kelli Smith

January 6, 2022

1:1

- RMS/CAD meeting yesterday ITS on the call
  - **Board meeting  - Board meeting January 18, 2022**
- **Firearms – Moving forward with the purchase**
- Records Manager/No redundancy **/ Interviews next week (4 candidates)**
- Code Blue phones – Garage 2 has a failed device called 8 port Patton; It is obsolete – JCI is working Code Blue to identify a solution.  They did not know this part failed until they began repairs and was not part of the estimate. – <mark>still a hotmess</mark>
- Garage B failures are the result of a network switch tripping.  It was reset.  There is no notification process for when the switch trips.  It worked on JCI test Nov 30 – did not work when we checked December 6, 2021.  Likely an FGCU network issue – remedy? No change
  - Clery Compliance Training – Proposal – emailed Candace – 15k proposed cost
- Allied Security **- Submitted with recommendation for new hire of officers and improved technological solutions at ETI – Alarm Systems**
  - Rate discussion meeting with Jason Client Manager Sept 8, 2021 (ETI and Buckingham)
  - Proposed an increase of 60k;
  - 2019-2020 overall costs - $157278 + Tonja Davis' salary
  - 2020-2021 overall costs - $170550.08 + Tonja Davis' salary
  - 2021-2022 Projected costs - $ $175.000ish + Tonja Davis' salary
  - Proposed rate increases$223,817.68; $207195.06, $195,775.50
  - Current coverage
    - Allied Security Buckingham
      - FGCU Employee 40 hours
      - Allied 190 hours + sick leave,Annual Leave etc...
    - ETI
      - 75 hours per week
  - 5 FTE positions to provide coverage (1 FGCU FTE already + 4 LEO's) = 240K-ish
  - 5 FTE positions (1 FGCU FTE + 3 LEO's) = 180k-ish
- <mark>ETI Proposal for security coverage Installation Fee $2653.00; $361.93 monitoring cost per month = approximately $4343.16 (yearly monitoring) + 1 time installation = $6996.16 (year 1)

Subsequent years $4343.16 Current annual costs for Allied security approximately $70k.</mark>

- Breast Cancer Research Donation – January 11, 2021
- Commander Pay Status
- OBCs and Tasers delayed – vendor impacts of Covid.
- Monique McKay
- Dispatch Lights
- Rispoli



Payroll $ $50.00  stipend/ - Check on

000063