**Leonard, Vee**

| | |
|---|---|
| **From:** | Leonard, Vee |
| **Sent:** | Friday, January 21, 2022 9:58 AM |
| **To:** | Stensrud, Sara; Gunter, Precious |
| **Cc:** | Smith, Kelli; Vazquez, David; Tsenekos, Diania |
| **Subject:** | RE: FGCU Clery Training Follow-up |

I believed you and Kelli overstepped in reaching out to outside legal counsel. There should have, first, been a conversation with me. Then a conversation with outside counsel in which I would have been included. Please read the policy below.
https://www.fgcu.edu/generalcounsel/policies/approved/policy1.002.pdf. I have heard of the firm, Saul Ewing, but I don't have a contract with them. We should talk.

**Vee Leonard** , *Vice President and General Counsel*
(she / her / hers)
**Office of the General Counsel | Division of Legal Affairs**
https://www.fgcu.edu/generalcounsel/



EXHIBIT
61
1/22/23 Smith
PENGAD 800-631-6989

10501 FGCU Boulevard South, Fort Myers, FL 33965    fgcu.edu
P: **239.590.1101**   D: 239.590.1122   E: vleonard@fgcu.edu    F: 239.590.7470



This email may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law and is intended only for the use of the addressee(s). If you are not the addressee and it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachments from your system. Any review, dissemination, distribution or duplication of this communication by an unintended recipient is strictly prohibited.

**From:** Stensrud, Sara
**Sent:** Friday, January 21, 2022 9:22 AM
**To:** Leonard, Vee <vleonard@fgcu.edu>; Gunter, Precious <pgunter@fgcu.edu>
**Cc:** Smith, Kelli <kjsmith@fgcu.edu>; Vazquez, David <dvazquez@fgcu.edu>; Tsenekos, Diania <dltsenekos@fgcu.edu>
**Subject:** FGCU Clery Training Follow-up

Good morning Vee and Precious,

As a follow-up to our conversations over the last few weeks, Chief Smith and I have been investigating clery training for FGCU.

With the advent of hiring our first clery compliance leader, Diania Tsenekos, now is a good time to reset our thoughts on clery compliance. Chief and I interviewed Candace McLaren Lanham, a Partner at Saul Ewing Arnstein &Lehr law firm in Washington DC, to investigate what components of clery training might be necessary for FGCU employees.

1

After some conversation, we arrived at a plan that would include multiple groups of employees with various time commitments based on their role at the University.

Before we continue our conversations with Candace, I thought it would be a good idea to have you both meet Candace and ensure she meets our University standards as an expert in the field to bring a new awareness to our clery process. I would love your input before investing in such training as Clery is a shared responsibility.

If you agree, I can set a Teams meeting for introduction and conversation with Candace.

I look forward to your thoughts and thank you for your continued support.

**Sara Stensrud** , *Senior Associate Vice President*
**Administrative Services    Administrative Services & Finance**
fgcu.edu/adminservices



10501 FGCU Boulevard South, Fort Myers, FL 33965    fgcu.edu
P: **(239) 590-1425**  E: sstensrud@fgcu.edu



2

001463



| FGCU POLICY 1.002 | **Responsible Unit:** |
|---|---|
| **Retention of External Legal Counsel** | Office of the General Counsel |

## A. POLICY STATEMENT

The General Counsel shall be responsible for the provision of all legal advice, counsel, and representation for matters involving the University or matters within the official responsibilities of any officer or employee of the University. External legal counsel may be retained only through the General Counsel and, where appropriate, to protect the University's legal interests. All contact with external counsel shall be under the auspices and at the direction of the General Counsel. The General Counsel shall review and, when appropriate, approve all invoices or requests for payment from external legal counsel.

## B. REASON FOR POLICY

The purpose of this Policy is to set out the authority, criteria, and process for the retention and compensation of external legal counsel.

## C. APPLICABILITY AND/OR ACCOUNTABILITY

The following individuals should be familiar with this Policy:

1. Deans, Directors, and department heads;

2. Unit administrators;

3. Faculty; and

4. Individuals considering hiring or retaining legal counsel to represent the University.

## D. DEFINITION OF TERMS

1. *General Counsel*: The term "General Counsel" shall include any assistant or associate general counsels authorized or requested by the General Counsel to act on his or her behalf.

2. *University*: The term "University" in this Policy includes the University as a public body corporate, and its direct support organizations of the Florida Gulf Coast University Foundation, Inc. and the Florida Gulf Coast University Financing Corporation.

## E. PROCEDURES

1. Normally, external legal counsel shall be engaged only for those matters that require specialized expertise. Requests for retention of external legal counsel shall be made in writing to the General Counsel by or through a vice president or other senior University administrator.

2. In overseeing an external legal counsel's representation, the General Counsel shall ensure:

   a. That outside counsel is accountable for the cost effective management of the assigned legal matter;

   b. That outside counsel devotes the time and skill level appropriate to the tasks at hand;

   c. That outside counsel's fees, costs, and disbursements are reasonable and are submitted for payment in writing;

   d. That outside counsel complies with applicable rules of professional conduct and the highest ethical standards;

   e. That outside counsel submits legal documents for review, as requested by the General Counsel, sufficiently in advance for meaningful review prior to filing or service; and

   f. That outside counsel provides the General Counsel with all significant documents and court rulings related to assigned legal matters.

3. The General Counsel, in consultation with the appropriate vice president or other senior University administrator, shall approve all major strategic and tactical decisions in legal matters.

4. This Policy does not contravene the authority of the members of the Florida Gulf Coast University Board of Trustees, the Florida Gulf Coast University Foundation Board of Directors, and the Florida Gulf Coast University Financing Corporation Board of Directors, to retain outside counsel under appropriate circumstances via approval of a corporate resolution so specifying.

*Authority*
  *BOG Regulation 1.001, University Board of Trustees Powers and Duties*

*History of Policy*
  *New 12/13/05; Format Changed 09/10/19; Reviewed 12/22/20*

**APPROVED**

    \*s/William C. Merwin             December 13, 2005
William C. Merwin, President          Date

| From: | Tsenekos, Diania |
|---|---|
| To: | Smith, Kelli |
| Subject: | Memo-60 Day Clery Act Compliance Assessment |
| Date: | Friday, January 14, 2022 3:03:38 PM |
| Attachments: | Memo-60 Day Assessment.docx |
| | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Hi Chief Smith,

Please review the attached memo and provide feedback, if needed.

Have a great weekend!

**Diania Tsenekos**
**Clery Act Compliance Officer**
**Florida Gulf Coast University Police Department**
https://www.fgcu.edu/upd/



FLORIDA
GULF COAST
UNIVERSITY

10501 FGCU Boulevard South, Fort Myers, FL 33965 | fgcu.edu
P: 239-590-1926 | E: dltsenekos@fgcu.edu



Under Florida Law, e-mail addresses are Public Records. If you do not want your e-mail address released in response to a Public Record request, do not send electronic mail to the University. Instead, contact the University by phone or in writing.



EXHIBIT
62
1/26/25 Smith



**Florida Gulf Coast University**
**Police Department**
10501 FGCU Blvd. South, Ft. Myers, FL 33965
Phone: (239) 590-1900 Fax: (239) 590-1910



# Memorandum

| | |
|---|---|
| **To:** | **Chief Kelli Smith** |
| **From:** | **Diania Tsenekos** |
| **Date:** | **14 January 2022** |
| **Re:** | **Clery Act Compliance Concerns** |

After sixty days in my position as Clery Act Compliance Officer, I have concluded through research and discussions with University staff that FGCU is in or leaning towards non-compliance for the following Clery Act requirements.

**Clery Act Policy-** There is no policy in place.

**Timely Warning Policy-** The current information stated is vague and lacks a clear and concise course of action to maintain compliance with the Clery Act.

**Timely Warning Procedure-** There is no clear and concise procedure in place that identifies approval of content, initiation, and dissemination of a notification.

**Emergency Notification Policy-** The current information stated is vague and lacks a clear and concise course of action to maintain compliance with the Clery Act.

**Emergency Notification Procedure-**There is no clear and concise procedure in place that identifies approval of content, initiation, dissemination, and audience segments of a notification.

**Clery Crime Reporting-** The current reporting process is not a streamlined effort campus wide among housing, conduct, and Title IX which leads to several gaps such as a duplication of efforts and underreporting. FGCU is currently in non-compliance in reporting liquor law and drug violation referrals, sex offenses, and VAWA violations to the crime collection unit to place on the daily crime log.

**Campus Security Authority (CSA) Reporting-** There is no formalized process of CSA reporting in place.

**Other Campus Locations-**While there are statistics on the ASR/FSR, there are no published separate policies and procedures regarding evacuation, access, and emergency notification for other campus locations.

**CSA Training and Awareness-**This is no consistent or advertised procedure in place for identifying and training Campus Security Authorities and their responsibilities.



**Florida Gulf Coast University**
**Police Department**
**10501 FGCU Blvd. South, Ft. Myers, FL 33965**
**Phone: (239) 590-1900 Fax: (239) 590-1910**



**Daily Crime Log-** Clery crimes are not being placed on log within the two-day time frame due to gaps in reporting process.

**Written Notification of Rights and Options-** Effective communication to students regarding Rights and Options from all CSAs.

**Clery Geography-** There is no clear list or map to identify on campus, non-campus, and public property in order to classify a Clery crime.

**Notification of Annual Security Report and Annual Fire Report-** There is no statement that is easily accessible to prospective students and employees notifying them on where to locate or get a print copy of the ASR/FSR.

**\*Clery Team-** There is no team in place to support collaboration for an institutional-wide approach information sharing of Clery Act requirements

**\*Victim-Centered Approach-** Victim support within the housing area does not provide students with a written notification of their rights and options. While victims at FGCU have several options to choose from providing all of the choices verbally is not a trauma centered approach of support. OIEC and UPD do provide victims with written notification on their rights and options.

**\*Culture of Compliance-** The need for compliance is not recognized by all departments within the University. This leads to a reporting process that is siloed and creates a pattern for noncompliance.

\*These are not compliance issues but are key factors in an institution maintaining compliance.

I am currently working on making changes to address these concerns in order for FGCU to maintain Clery compliant. I ask that you forward these concerns to top level administrators. Their support is a key component to remain in compliance.



- Goal:

Collaborate with AVP Stensrud and the Police Benevolent Association to negotiate, adopt and ratify a new Collective Bargaining Agreement.

- Description:
The current CBA is open for negotiations. Collaborate during the process to have well rounded communication while identifying needs, wants, and deliverables for the involved parties.

### *Mid-year Status –*

On-going with meetings, proposals, and counter proposals occurring every 2 weeks.

- Goal:

Conduct a manpower assessment of staffing levels for sworn officers and support staff while considering the COVID effects of normal operations versus University modified operations.

- Description:

FGCUPD has sworn officers dedicated to patrol, 1 investigator and 1 Community Relations Sgt. Assess the staffing levels to coincide with service needs for the community. There is 1 internal support person that; assess the workloads and efficiency of other daily tasks and who completes them

*Mid-year Status –* On-going; 2 critical needs identified and being addressed: Clery Compliance hired November 1, 2021 and a Records Manager – position advertised

- Goal:

Develop and implement a citizen survey to evaluate citizen perception, engagement, and experience with UPD personnel; sworn, communications center, and leadership.

### *Mid-year Status –* See attached



- Goal:

Develop a technology replacement plan to coincide with strategic budgeting to spread expenses out over a multi-year budget plan.

- Description

FGCUPD utilizes numerous technology-based solutions that are costly and have "end of life" cycles in which they are no longer supported. Tasers, Desktop Computers, laptop Computers, Message Boards, Electronic Speed Control Boards, Radar units, Portable Radios, License Plate Readers, and other

equipment. A replacement plan to coincide with fiscal budgeting and management of limited resources will be developed.

*Mid-year Status –* On-going; It is difficult to assess actuals with the previous business model of parking services and PD.


- Goal:

    Increase FGCUPD's outreach, transparency, and documentation of outreach through measurable means.

- Description:

    FGCUPD is a full service police department that provides services that focus heavily on community outreach and engagement. The data on the surface has been measured in the past. A more detailed measurement tool will be implemented to identify activity that goes beyond enforcement.

    *Mid-year Status –* No progress; A new CAD/RMS system will assist with this.


- Goal:

    Provide mentorship and development to Captain Rispoli to expand his skillset as a senior command staff member and be able to lead in the absence of myself or Captain Slapp.

- Description:

    Captain Slapp will be retiring in May, 2022. Captain Rispoli will be the senior Captain and must be prepared to assume some of the responsibilities that are currently handled by Captain Slapp. Captain Rispoli may serve as acting Chief in my absence for vacation and/or training. He must be solid in his skillset to do so.

    *Mid-year Status –* Processes are being developed to relieve Captain Rispoli of ancillary and clerical type tasks that he currently manages.  He has been informed that his skillset will be expanded and that he will delegate tasks that should be managed by administrative support staff.  He is being slowly integrated into the roles that Captain Slapp performs, but much of his time is consumed with tasks that limit his availability.

Survey questions

1. Do you live on campus?
   Yes           or           No

2. Do you feel safe on campus?

   Yes           or           No

3. Have you ever had direct contact with a UPD Officer?

   Yes           or           No

4. The contact with a UPD Officer was a:
   a. Traffic Stop/Traffic Crash
   b. Filing a report
   c. At an event or program
   d. On campus walking or driving around

5. On a scale of 1 -5, how would you rate your interaction with the officer?
   1- Unacceptable
   2- Poor
   3- Acceptable
   4- Very Good
   5- Excellent

6. Do you feel that UPD Officers are approachable?
   Yes           or           No

7. Are you aware of the RAVE Guardian Application?
   Yes           or           No

8. Are you registered with RAVE Guardian?
   Yes           or           No

9. Do you access social media sites that are managed by FGCUPD?
   Yes           or           No

10. Are you aware of the safety services UPD offers like escorts on campus, self-defense
    programming, and safety seminars?
    Yes           or           No

**Case: 225 - Hotline Web**
**Florida Gulf Coast University**
**Workplace Conduct_Offensive or Inappropriate Communication**

## Case Snapshot
**Opened:** 02/28/2022
**Days open:** 35
**Last modified:** 04/05/2022 11:14 AM
**Date closed:** 04/05/2022 11:14 AM
**Intake method:** Hotline Web
**Status:** Closed
**Alert:** Green

## General Case Info
**Case number:**
225
**Received/Reported date:**
02/28/2022
**Language:**
English
**Assigned tier:**
Florida Gulf Coast University

**Issue**
**Primary issue:**
Workplace Conduct_Offensive or Inappropriate Communication

## Case Details

### Reported tier information
**Case type:**
Allegation
**Intake method:**
Hotline Web

### Location
**Organization/Building name:**
Florida Gulf Coast University
**Location name:**
FGCU Main Campus
**Location/Address:**
FGCU Main Campus
**City:**
Fort Myers
**State/province:**
FL
**ZIP/postal code:**
33965
**Country/Territory:**
US



### Reporter Information
**Reporter anonymous:**
Yes

001336

## Case Information

**Relationship to Institution:**
Other/Remain Anonymous

**Please identify the person(s) engaged in this behavior:**
Kelli Smith - Chief

**Do you suspect or know that a supervisor or management is involved?**
Yes

**If yes, then who?**
She is the director of the police and safety department

**Is management aware of this problem?**
Do Not Know / Do Not Wish To Disclose

**What is the general nature of this matter?**
It is known that Chief Smith will text personal cell phone numbers of employees regarding work related issues during and after work hours. She is known to then get upset with the people she texts or calls when they don't respond. She has then been known to speak negatively to others in the department about the individual not answering their phone or responding to e-mails on their days off.

**Where did this incident or violation occur?**
This has been an ongoing issue since she started. She has been made aware that those communications to personal cell phones are unwanted. Yet she continues throughout the week. Additionally she expects non-salaried employees to monitor and respond to their work emails throughout the week including on their scheduled days off.

**How long do you think this problem has been going on?**
3 months to a year

**How did you become aware of this violation?**
Told to me by a co-worker

**Details:**
From what I understand she has done this to Captain Rispoli, Captain Slapp, Mrs. Rispoli (Parking Services), Sgt. Kittleson, Sgt. Jones, Sgt. McGowan, and Detective Anderson.

It has been expressed that she is creating a hostile work environment by violating labor laws (expecting hourly employees to respond via phone and email when not at work) and especially through her inappropriate retaliatory behavior as she openly speaks negatively about department members in front of others. The work environment has become uncomfortable and individuals are fearful of her verbal abuse.

## Legacy information

## Follow-ups

### Reporter Additional Information
There are no additional notes for this incident.

### Questions/Comments and Reporter Responses

**03/01/2022 - Nanna, Emily**
**Question:** Thank you for submitting this report. Do you have any more specific details that we can look into, or any evidence? For example, dates, times, who is involved, etc. Or, are there any other issues that you have heard about that we should also consider? Does anyone in supervisory positions above the Chief know about these issues? Has the union been involved or made aware?

For more information about our office you can visit www.fgcu.edu/equity or email me at enanna@fgcu.edu.

Emily Nanna
OIEC Assistant Director

**03/08/2022 - Reporter**
**Response** Much of this information is verbal and the chief's inappropriate behavior is verbal. I am unsure of what has been specifically said to who and/ or about whom. I was made aware that the chief speaks negatively about Captain Rispoli and Captain Slapp in front of other staff members, and she has spoken negatively about other staff members to Captain Slapp and Captain Rispoli. Chief Smith has specifically stated to one of the captains that Sargent

Kenzi was too old to be a police officer and needed to go. The officer managers desk is in the open, she may be able to shed more light on specific conversations. Not sure if you can request the chief's cell phone records, those should show that she frequently texts and calls hourly employees and the captains on their days off or when they are on leave.

From what I know the chief and her direct supervisor appear to be friends so those involved are afraid to say anything to chief's direct supervisor. I believe the union members are aware and have discussed options.

## Assignments & Access
**Case assignee(s):** None
**Restricted access:** None
**Case access list:** Cajuste, Valery; Gunter, Precious; McFarlane, Waneka; Molina, Elizabeth; Molina, Liz; Nanna, Emily; Webster, Kathryn

## Participants

| Name | Job Title | Relationship | Role | Results | Notes |
|------|-----------|--------------|------|---------|-------|
| Kelli Smith | Chief | None | None | None | |

## Attachments
None

## Synopsis

**Outcome of case**

**Primary outcome:**
- Select One -
**Secondary outcome 1:**
- Select One -
**Secondary outcome 2:**
- Select One -
**Action taken:**
- Select One -

**Additional details**

## Case Notes
None

3/3/22, 11:15 AM    RE: Base Pay Increase - Thompson, Kirsten - Outlook

⤺ Reply all  ⌄    🗑 Delete   🚫 Junk   Block sender   ⋯

## RE: Base Pay Increase

ⓘ    You forwarded this message on Wed 3/2/2022 4:59 PM

Stensrud, Sara                                                          ⊘ 👍 ↩ ↩ → ⋯
Wed 3/2/2022 4:53 PM
To: Thompson, Kirsten; MacQueen, Heather
Cc: Vazquez, David; Kroffke, Michele

It is approved.

Thank you,

**Sara Stensrud | ** *Senior Associate Vice President*
**Administrative Services | Administrative Services & Finance**
fgcu.edu/adminservices



10501 FGCU Boulevard South, Fort Myers, FL 33965 | fgcu.edu
P: **(239) 590-1425**| E: sstensrud@fgcu.edu


Under Florida law, e-mail addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

**From:** Thompson, Kirsten
**Sent:** Wednesday, March 2, 2022 2:56 PM
**To:** Stensrud, Sara <sstensrud@fgcu.edu>; MacQueen, Heather <hmacqueen@fgcu.edu>
**Cc:** Vazquez, David <dvazquez@fgcu.edu>; Kroffke, Michele <mkroffke@fgcu.edu>
**Subject:** RE: Base Pay Increase

Yes, that is 8%.

Is this approved to enter now or is there additional discussion still needed?

**Kirsten A. Thompson | ** *Assistant Director, Compensation & Classification*
**Human Resources**
fgcu.edu/hr/



10501 FGCU Boulevard South, Fort Myers, FL 33965 | fgcu.edu
P: 239.590.1423 | E: kithompson@fgcu.edu | F: 239.590.1011




**From:** Stensrud, Sara
**Sent:** Wednesday, March 2, 2022 1:59 PM
**To:** MacQueen, Heather <hmacqueen@fgcu.edu>; Thompson, Kirsten <kithompson@fgcu.edu>
**Cc:** Vazquez, David <dvazquez@fgcu.edu>; Kroffke, Michele <mkroffke@fgcu.edu>
**Subject:** Base Pay Increase

Hi Heather and Kirsten,

After some evaluation of Chief Smith's role and responsibilities, we would like to increase her base salary by 10k.

I think I have the numbers correct below, please confirm my math:
   1. Chief Smith current pay 125,000
   2. Increase of 10k is about 8%

I have copied David here as well as he has approved the increase.

**000015**

about:blank                                                                                    1/1

| From: | Tsenekos, Diania |
|---|---|
| To: | Smith, Kelli |
| Subject: | Updated cost- Clery Edge Software |
| Date: | Thursday, March 3, 2022 2:40:57 PM |
| Attachments: | Prof Development Budget-Diania T.xlsx |
| | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Hi Chief Smith,

I just finished a conference call with a NACCOP representative and they estimated a cost of $3,043 per year based on a 3 year contract for the Clery Edge Software. I updated and attached the budget sheet I provided to you earlier.

Thanks!

**Diania Tsenekos**
**Clery Act Compliance Officer**
**Florida Gulf Coast University Police Department**
https://www.fgcu.edu/upd/



10501 FGCU Boulevard South, Fort Myers, FL 33965 | fgcu.edu
P: 239-590-1926 | E: dltsenekos@fgcu.edu

   

Under Florida Law, e-mail addresses are Public Records. If you do not want your e-mail address released in response to a Public Record request, do not send electronic mail to the University. Instead, contact the University by phone or in writing.

001505

**Professional Development Budget**
**Clery Act Compliance Officer**
**Fiscal Year 2023**

| MEMBERSHIPS | COST |
|---|---|
| Clery Center | $3,500 |
| NACCOP | $390 |
| IACLEA (Department Membership) | $0.00 |
| **MEMBERSHIP TOTAL** | **$3,890** |
| | |
| ANNUAL TRAINING TOTAL | COST |
| NACCOP In-Person Conference- Baltimore, MD  7/19/22-7/22/22 | $675.00 |
| Lodging       $179 a night x 4 nights= $716.00 plus tax | $800.00 |
| Flight | $290.00 |
| Meals | $100.00 |
| **Estimated ANNUAL TRAINING TOTAL** | **$1,865.00** |
| | |
| ADDITIONAL TRAINING | COST |
| Clery Compliance Officer Certification Program | $2,800.00 |
| **ADDITIONAL TRAINING TOTAL** | **$2,800.00** |
| | |
| SOFTWARE REQUEST | COST |
| Clery Edge Software | 3 year contract-$3,043 per year |
| **SOFTWARE REQUEST TOTAL** | **3 year contract-$3,043 per year** |

| ANNUAL TRAINING | COST |
|---|---|
| Virtual Clery Act Training Seminar- 4/18/22-4/22/22 | $525 OR Free to Members |
| | $525/FREE |
| NACCOP Virtual Conference- 1/19/22-1/20/22 | $445.00 |
| | $445 |

001507

| From: | Tsenekos, Diania |
|---|---|
| To: | Smith, Kelli |
| Subject: | Talking points for Meeting-revised |
| Date: | Monday, March 7, 2022 8:13:43 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

**Talking Points:**

- Clery compliance is not just a Buzz Word- it's a federal mandate, a priority, and an obligation. It is not an option for the university and steep fines exist if FGCU does not maintain compliance.
    - Share fines and sanctions from other universities along with reputation challenges
    - Share and explain examples from the DOE sent to Chief Moore in 2019 that directly related to FGCU failures regarding timely warnings and the crime log
- FGCU struggles currently with transparency and an effective process for collecting and communicating crime reports. FGCU must implement a more accurate, consistence, and timely reporting process to keep students, employees, and guests safe on campus.
- Two biggest challenges: flow of information and communication process
    - FGCU lacks a well-developed process in CSA Reporting for Clery Compliance
    - Primary gaps lie within housing, conduct, and Title IX reporting in order to obtain the information necessary to meet Clery Compliance and assess for a timely warning and/or an emergency notification, especially in VAWA reports.
        - Clery cannot just receive a number of reports at the end of the year. It has to have a case # with confirmed violations and geography for DOE auditing purposes.
            - An example is reporting of liquor law violations
        - Reporting is not happening and/or knowledge of CSA reporting is unknown
            - Athletics, directors, academics, club advisors, study abroad, victim's advocate, CAPS, student health- only exclusions in Clery are pastoral and counselors acting in their role
    - Policies and procedures direct employees to report primarily to Title IX. This is inconsistent with Clery requirements which states crime reports must be directed to the crime collection unit.
        - A solution would be to report to both Clery and Title IX simultaneously OR Clery is the primary report and then shares it with Title IX. This would only apply to cases reported by CSAs due to the timely warning component.

**What are the solutions?**
The communication and avenues to reporting, responding, and recovery should be streamlined. A simultaneous approach will create a stronger reporting structure for compliance for both Clery crimes and Title IX knowledge regarding VAWA Offenses.

**Current solutions:**
The Clery Compliance Office will implement a CSA Reporting form for ALL Campus Security Authorities.

- The CSA reporting form has been created to be shared in real time with a Title IX contact for





VAWA offenses- domestic violence, dating violence, stalking, and sexual misconduct as well as any hate crime.
- UPD has a process in place to monitor the CSA inbox 24/7 and notify decision makers timely.
- CSA Training is beginning next week and it is mandatory to attend every year.
  - While an in-person training is recommended, a virtual format has been created and will be made available soon.
  - 30 minute drop in TEAMS sessions will be made available to discuss the material

**Better solution:**
Have one reporting tool for the University to utilize- everyone will know where to report, but can choose.

**Diania Tsenekos**
**Clery Act Compliance Officer**
**Florida Gulf Coast University Police Department**
https://www.fgcu.edu/upd/



**10501 FGCU Boulevard South, Fort Myers, FL 33965 | fgcu.edu**
**P: 239-590-1926 | E: ditsenekos@fgcu.edu**



Under Florida Law, e-mail addresses are Public Records. If you do not want your e-mail address released in response to a Public Record request, do not send electronic mail to the University. Instead, contact the University by phone or in writing.

| From: | Smith, Kelli |
|---|---|
| To: | MacQueen, Heather |
| Subject: | Re-organization |
| Date: | Monday, March 7, 2022 10:48:00 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | FGCU Police Department Org Chart.pptx |

Hi Heather,

I spoke with Sara about doing a larger reorganization with PD. With Captain Slapp retiring, Smitty
retiring, 2 new positions (Clery, Records,), reclassifying the Admin Asst to Business Mgr., a need to
address our training and accreditation responsibilities, giving the officers an opportunity to do
something beyond patrol, and parking services returning under the PD this is what we came up
with. This change would reclassify the Community Relations Sergeant to Accreditation/Training
Sergeant and reassign an officer as a community relations/outreach officer from patrol.

With our manpower levels being low, the people assigned to these positions would fill in for patrol
as needed.

Here is the org chart that I would like to institute. Please let me know what you think.

Kelli

Kelli Smith
**Chief of Police**
**Florida Gulf Coast University Police Department**
https://www.fgcu.edu/upd/



10501 FGCU Boulevard South, Fort Myers, FL 33965 | fgcu.edu
P: 239-590-1900 | E: kjsmith@fgcu.edu|

   

Under Florida Law, e-mail addresses are Public Records. If you do not want your e-mail address released in response to a Public Record
request, do not send electronic mail to the University. Instead, contact the University by phone or in writing.

EXHIBIT

001515



# FGCU Police Department
# Organizational Chart

001516

| From: | Smith, Kelli |
|---|---|
| To: | David Hendry; Chris Daniel; Mcossich; Terence.Calloway; jmaloy@fsu.edu; F.Mackesy; Stump-Kurnick,Linda J; Darren J Baxley; rholland; Danny Houser; Kathleen Vacca; Slapp, Jim; sbrammer; Adcasas; Carl.Metzger |
| Cc: | jerry.connolly@fsw.edu; dennis.weiner@palmbeachschools.org; Ed.Book; wes.hardin@tcc.fl.edu; vincentd@citrusschools.org |
| Subject: | Re: Two Requests for information |
| Date: | Wednesday, March 9, 2022 4:22:17 PM |
| Attachments: | image001.png image002.png image003.png |

1. No K9 at this time.
2. Nov. 1,2021 hired a full time Clery Coordinator for $56k. The justification- preventing 1 violation pays for itself. She is literally building our Clery compliance program from scratch.

I hope this helps.

Kelli

Get Outlook for iOS

**From:** David Hendry <davidhendry@usf.edu>
**Sent:** Wednesday, March 9, 2022 4:16:56 PM
**To:** Chris Daniel <cldaniel@usf.edu>; Mcossich <Mcossich@uwf.edu>; Terence.Calloway
<Terence.Calloway@famu.edu>; jmaloy@fsu.edu <jmaloy@fsu.edu>; F.Mackesy
<F.Mackesy@unf.edu>; Stump-Kurnick,Linda J <Lstump@ufl.edu>; Darren J Baxley
<DBaxley@ufl.edu>; rholland <rholland@floridapoly.edu>; Danny Houser
<jhouser@floridapoly.edu>; Kathleen Vacca <kvacca@ncf.edu>; Smith, Kelli <kjsmith@fgcu.edu>;
Slapp, Jim <jslapp@fgcu.edu>; sbrammer <sbrammer@fau.edu>; Adcasas <Adcasas@fiu.edu>;
Carl.Metzger <Carl.Metzger@ucf.edu>
**Cc:** jerry.connolly@fsw.edu <jerry.connolly@fsw.edu>; dennis.weiner@palmbeachschools.org
<dennis.weiner@palmbeachschools.org>; Ed.Book <Ed.Book@sfcollege.edu>; wes.hardin@tcc.fl.edu
<wes.hardin@tcc.fl.edu>; vincentd@citrusschools.org <vincentd@citrusschools.org>
**Subject:** RE: Two Requests for information

**External Email:** Do not click links or attachments unless you recognize the sender and know the content is safe.

1. NA
2. Clery is an add on duty to existing position

**From:** Chris Daniel <cldaniel@usf.edu>
**Sent:** Wednesday, March 9, 2022 3:54 PM
**To:** Mcossich <Mcossich@uwf.edu>; Terence.Calloway <Terence.Calloway@famu.edu>;
jmaloy@fsu.edu; F.Mackesy <F.Mackesy@unf.edu>; Stump-Kurnick,Linda J <Lstump@ufl.edu>;
Darren J Baxley <DBaxley@ufl.edu>; rholland <rholland@floridapoly.edu>; Danny Houser
<jhouser@floridapoly.edu>; David Hendry <davidhendry@usf.edu>; Kathleen Vacca
<kvacca@ncf.edu>; Kelli Smith (kjsmith@fgcu.edu) <kjsmith@fgcu.edu>; Slapp, Jim
<jslapp@fgcu.edu>; sbrammer <sbrammer@fau.edu>; Adcasas <Adcasas@fiu.edu>; Carl.Metzger
<Carl.Metzger@ucf.edu>

PENGAD 800-631-6989    EXHIBIT
69
Kelli Smith

**Cc:** jerry.connolly@fsw.edu; dennis.weiner@palmbeachschools.org; Ed.Book <Ed.Book@sfcollege.edu>; wes.hardin@tcc.fl.edu; vincentd@citrusschools.org
**Subject:** Two Requests for Information

Good afternoon

We have two topics about which members have presented questions. As always, please reply to the group with your answers so all can be on the same page. Thank you.

1. For those agencies with K-9 programs, how do you handle insurance coverage for K-9s when they are not on the clock?
   Have you had any incidents occurring off the clock?
   Did the state refuse to cover it?
   If so, what was your resolution?

2. How many of you have the university's / institutional Clery coordinator role as a position within the police department?
   How many positions are assigned to the Clery activities?
   What are the titles associated with the various Clery positions?
   What are the salaries, by position?

Thank you

**Chris Daniel**
*Chief of Police*
*Director of Public Safety*
(813) 974-2972 | Fax: (813) 974-8027
4202 E Fowler Ave, UPB002
Tampa, FL 33620-8750
cldaniel@usf.edu | usfpd.usf.edu


**UNIVERSITY** OF **SOUTH FLORIDA** TAMPA BAY
A Preeminent Research University |

USF Police on Facebook

**From:** Smith, Kelli
**To:** Chris Daniel; Kathleen Vacca
**Subject:** Re: Budget Question
**Date:** Friday, March 18, 2022 10:56:44 AM
**Attachments:** image001.png
image002.png
image003.png

Chris,

What is your overall budget?
- How much of it is personnel costs vs operational costs?

FGCUPD has never had an official budget to include operating costs. We are moving in that direction now.

- How many officer positions
21; Chief, 2 captains, 5 sergeants, 1 detective and 12 officers.
- How many communications positions
5 and 1 manager - 1 position has been infilled for more than a year - no qualified candidates.
- How many Security positions
Offsite location - Buckingham - 1 staff and a security contract company
- How many civilian office staff (not counting any civilians above)?
3 - Clery compliance officer (new position 11/1/2021)
Records manager (new position 3/7/2022)
Admin asst being reclassified to budget manager

I hope this helps.

Kelli



EXHIBIT

70

Smith

Get Outlook for iOS

**From:** Chris Daniel <cldaniel@usf.edu>
**Sent:** Friday, March 18, 2022 10:00:57 AM
**To:** Kathleen Vacca <kvacca@ncf.edu>
**Cc:** Smith, Kelli <kjsmith@fgcu.edu>
**Subject:** RE: Budget Question

**External Email**: Do not click links or attachments unless you recognize the sender and know the content is safe.

Thank you, this helps.

**From:** Kathleen Vacca <kvacca@ncf.edu>

**Sent:** Friday, March 18, 2022 9:38 AM
**To:** Chris Daniel <cldaniel@usf.edu>
**Cc:** Kelli Smith (kjsmith@fgcu.edu) <kjsmith@fgcu.edu>
**Subject:** Re: Budget Question

Chris,

I am off on Fridays, but just saw your e-mail. I will forward this request to our admin ass't to answer the budget questions. She is only in her second month, so it's possible we will have to get back to you next week for your first two questions ref the budget and operating costs.

We are authorized for 16 sworn positions. This includes four sergeants and two at-will positions: captain and chief. This leaves us with 10 officer positions.
We are authorized for four dispatchers; we call them PCOs (police communication operators).
We do not have any security positions. However, we have a Community Safety Aide position. This is an unarmed, part-time position.
We have one civilian office staff position, our administrative assistant. She is our fiscal liaison, public records, etc, etc.

On Fri, Mar 18, 2022 at 9:03 AM Chris Daniel <cldaniel@usf.edu> wrote:

Kathy / Kelli –

Good morning. I am working on a budget proposal and I have to include information for Tampa and St. Pete campuses. One of the requests is to contrast against other peer institutions. In order to do this right, I should do some contrasting with the St. Pete campus budget. Since New College Police and Florida Gulf Coast are of a similar size with our St. Pete campus, you are probably good comparators to use. Can you please provide the following information:

- What is your overall budget?

- How much of it is personnel costs vs operational costs?

- How many officer positions

- How many communications positions

001579

- How many Security positions

- How many civilian office staff (not counting any civilians above)?

Thank you for any assistance you can provide

**Chris Daniel**
*Chief of Police*
*Director of Public Safety*
(813) 974-2972 | Fax: (813) 974-8027
4202 E Fowler Ave, UPB002
Tampa, FL 33620-8750
cldaniel@usf.edu | usfpd.usf.edu


**UNIVERSITY OF**
**SOUTH FLORIDA**
**TAMPA BAY**
A Preeminent Research University |

USF Police on Facebook

--

*Follow us on social media*