UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**KELLI SMITH,**

      **Plaintiff,**

v.                                                                               Case No.:  2:23-cv-840-JES-KCD

**THE FLORIDA GULF COAST
UNIVERSITY BOARD OF TRUSTEES,**

      **Defendant.**
_____/

## DECLARATION OF MICHAEL MARTIN

I, Michael Martin, verify the following information under 28 U.S.C. § 1746, and under the penalty of perjury:

1. The facts set forth in this declaration are true and correct. Unless otherwise indicated, the facts set forth below are based on my personal knowledge.

2. My name is Michael Martin and I am over eighteen (18) years of age. I was employed as the President of Florida Gulf Coast University from 2017 until 2023.

3. During my tenure as president, including prior to the termination of Ms. Smith, I terminated male administrators for not having an effective management or communication style.

4.  During Ms. Smith's employment and prior to the decision to terminate her employment, I was not aware of any complaint of sex or gender discrimination made by Ms. Smith.

DATED this 27th day of March, 2025.

*Michael V. Martin*
Michael V. Martin (Mar 27, 2025 16:58 EDT)

Michael Martin