UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**KELLI SMITH,**

    **Plaintiff,**

v.                                              Case No.:  2:23-cv-840-JES-KCD

**THE FLORIDA GULF COAST
UNIVERSITY BOARD OF TRUSTEES,**

    **Defendant.**

_____/

**DECLARATION OF SARA STENSRUD**

I, Sara Stensrud, verify the following information under 28 U.S.C. § 1746, and under the penalty of perjury:

1. The facts set forth in this declaration are true and correct. Unless otherwise indicated, the facts set forth below are based on my personal knowledge.

2. My name is Sara Stensrud and I am over eighteen (18) years of age. I am employed as the Senior Associate Vice President & Chief Human Resources Officer at Florida Gulf Coast University and was so employed during Ms. Smith's employment with the University.

3. I was not involved in the decision to terminate Ms. Smith's employment. I have no knowledge as to why the decision was made to terminate her employment.

4. I am familiar with the hiring process for the Chief of Police, Director of Public Safety, which resulted in hiring Ms. Smith.  There were 6 candidates selected

for the first-round interview for the position, including Ms. Smith. Of those candidates, three were women and three were men.

5. I have authority to certify that the following exhibits are true and correct copies of original records maintained by FGCU, are kept in the course of the regularly conducted business activity of FGCU, and were prepared or maintained as a regular practice of FGCU:

   a. Exhibit 13 – Search Materials Audit Checklist
   b. Exhibit 64 – Case:225 – Hotline Web
   c. Exhibit 72 – Case: 233 – Hotline Web
   d. Exhibit A – FY20/21 Leadership Final Annual Review for Anthony J. Rispoli evaluated by Kelli Smith
   e. Exhibit B – FY21/22 Leadership Mid Year Review for Anthony J. Rispoli evaluated by Kelli Smith
   f. Exhibit C – On-Site Interview Question – Chief of Police by Captain Rispoli
   g. Exhibit D – Printout re Interim Chief of Police

DATED this 28th day of March, 2025.

*Sara Stensrud*
Sara Stensrud (Mar 28, 2025 09:04 EDT)
Sara Stensrud