| | |
|---|---|
| **Rispoli, Anthony J** | **FY20/21 Leadership Final Annual Review** |
| Police Captain | Organization: University Police Department (Craig William Kowalski) |
| Manager: Ms. Kelli Jeanne Smith (Terminated) | Location: Main Campus |
| Evaluated By: Ms. Kelli Jeanne Smith (Terminated) | 05/05/2021 - 06/04/2021 |

# Overall

## Manager Overall Evaluation

| | |
|---|---|
| Rating: | Exceeds Expectations |
| Comment: | Captain Rispoli strives to improve those he works with and has a great commitment to the University and the Police Department. He is a true asset to the University. |

# Acknowledgement

## Employee

| | | | |
|---|---|---|---|
| Entered by: | Mr. Anthony J Rispoli (Retired) | Date: | 06/07/2021 |
| Status: | Acknowledged | | |
| Comment: | | | |

# Goals

## Community Outreach

Participate on committees, such as Commencement, and develop and implement ideas for such committees when so directed by the committee and keep the Police Chief informed of such. Meet and work with student and employee groups as needed for projects and improvements. Work with Prevention & Outreach Officer to help define and advance the program.

| | | | | | |
|---|---|---|---|---|---|
| Due Date: | 05/31/2021 | Status: | In Progress | Completion Date: | |
| Category: | | | | | |

## Management of sworn personnel (officers and detective)

Oversee all aspects of law enforcement personnel and manage to assure compliance with all standards and job performance of law enforcement personnel as directed by general order, policy or the Chief of police.

| | | | | | |
|---|---|---|---|---|---|
| Due Date: | 05/31/2021 | Status: | In Progress | Completion Date: | |
| Category: | | | | | |

**EXHIBIT A**

## Personal training and expanded training of sworn personnel

Completes the required monthly in-service on-line training within the proper month due. Complete other requires and optional training to lead by example. Review efforts of Patrol personnel in regards to training and recommend addition training needs to Chief

002178

| | | | | | |
|---|---|---|---|---|---|
| Due Date: | 05/31/2021 | Status: | In Progress | Completion Date: | |

Category:

## Property room management and improvements

Manage and review the maintenance of the property/evidence room to ensure it is in compliance with accreditation standards. Provide proper training for property technician and look for any improvements for the system.

| | | | | | |
|---|---|---|---|---|---|
| Due Date: | 05/31/2021 | Status: | In Progress | Completion Date: | |

Category:

# Competencies

## Communicates Effectively

Articulates ideas and instructions in a clear and concise manner. Encourages dialogue, candor and welcomes others to voice their opinion. Demonstrate active listening skills and takes the time to consider alternative points of view. Uses multiple channels to communicate information in a timely and efficient manner.

**Manager Evaluation**

Rating: **Meets Expectations**

Comment: Feedback from colleagues reflects that Captain Rispoli knows the environment and the audience to which he is engaged with. He can effectively communicate his thoughts and direction.

## Strategic Thinking and Planning

Ability to see the big picture by thinking conceptually, imaginatively, and systematically. Visionary and forward thinking. Able to see long-term opportunities. Demonstrates the ability to develop effective plans in line with organizational goals.

**Manager Evaluation**

Rating: **Meets Expectations**

Comment: Captain Rispoli understands and sees the direction the University is moving in and can draw on his historical knowledge to advance the goals of the PD and University.

## Results Driven

Takes initiative to get things done by actively setting priorities and continuously acts upon opportunities to improve quality, service and productivity. Finds ways to overcome challenges and obstacles so that assignments are completed and goals are met.

**Manager Evaluation**

Rating: **Exceeds Expectations**

Comment: Captain Rispoli recognizes the importance of solving challenges and finding pathways to improve operations. He is conscious of working towards solutions.

## Organizational Effectiveness

Demonstrates the ability to develop effective plans in line with organizational goals with focus on short and long-term department initiatives. Actively sets priorities with focus energy and resources toward common organizational objectives.

**Manager Evaluation**

Rating: **Exceeds Expectations**

002179

| | |
|---|---|
| Comment: | Captain Rispoli is very engaged with University partners and helps to create awareness about the PD goals and move the organization forward while remaining in-line with University goals. |

## Leading Change and Innovation

Champions change and innovation and readily adapts to change by leading by example. Actively encourages and supports new ideas. Leads process improvement, encourages efficiency, works to build value for the organization. Helps develop innovative solutions.

**Manager Evaluation**

| | |
|---|---|
| Rating: | Meets Expectations |
| Comment: | Captain Rispoli evaluates operational processes and looks to identify solutions to lead to better practices. |

## Valuing Diversity

Demonstrates an understanding and values people of all races, ethnicities, religions, abilities, genders, and sexual orientations. Creates and supports an environment of learning, valuing, protecting, encouraging, and supporting individual differences in people. Takes diversity, equity, and inclusion in consideration in hiring, promotion, and rewarding employees.

**Manager Evaluation**

| | |
|---|---|
| Rating: | Exceeds Expectations |
| Comment: | Captain Rispoli has sought out training to embrace diversity and develop a greater sense of the various campus populations. He completed a 7 week certificate course offered by the University of South Florida; Equity, Inclusion and Diversity,;to enhance his understanding and support of under represented populations. |

## Delegating and Empowering

Delegate responsibilities to employees by providing clear objectives and guidelines to support employees in utilizing their initiative in accomplishing job duties within specified timelines. Empowers employees to take action by supporting team decisions both publicly and privately.

**Manager Evaluation**

| | |
|---|---|
| Rating: | Meets Expectations |
| Comment: | Captain Rispoli oversees the patrol unit. He works with the sergeants to ensure direction. He meets his responsibilities and allows them to function with the proper amount of oversight depending on their skillset. |

## Performance Management

Provides timely, effective, and constructive feedback and holds employees accountable for their performance and results. Creates an environment where employees and others feel valued and appreciated. Routinely recognizes team members for their contributions formally and/or informally.

**Manager Evaluation**

| | |
|---|---|
| Rating: | Meets Expectations |
| Comment: | Captain Rispoli reviews daily reports and keeps his finger on the pulse of activity and areas in which his team can improve. He provides guidance and input for their success. |

## Employee Development

Inspires others to ensure job knowledge and skills are current and valuable; provides others with experiences and opportunities for development.  Makes staff development a priority.

**Manager Evaluation**

| | |
|---|---|
| Rating: | Meets Expectations |
| Comment: | Captain Rispoli makes himself available to his team and provides feedback and growth. |

## Conflict Management

Anticipate employee problems that may lead to conflict and seek to proactively resolve them by addressing conflict directly and constructively.

### Manager Evaluation

Rating: **Meets Expectations**

Comment: Captain Rispoli has an understanding of his teams personalities and uses this to help manage the dynamics that come with staff in the workplace.

## Industry/Regulatory Compliance Knowledge

Exhibits knowledge of, and ensures compliance with, federal and state regulatory requirements applicable to the position. Demonstrates increasing knowledge of the organization, industry and marketplace and leverages business acumen to make appropriate decisions. Keeps abreast of new developments with organizational systems, procedures, and policies.

### Manager Evaluation

Rating: **Exceeds Expectations**

Comment: As a seasoned law enforcement professional and long term university employee he is looked to for guidance. He leverages his knowledge and experience to help those he leads.

002181