| | |
|---|---|
| Rispoli, Anthony J | FY21/22 Leadership Mid Year Review |
| Police Captain | Organization: University Police Department (Craig William Kowalski) |
| Manager: Ms. Kelli Jeanne Smith (Terminated) | Location: Main Campus |
| Evaluated By: Ms. Kelli Jeanne Smith (Terminated) | 12/06/2021 - 01/21/2022 |

## Acknowledgement

### Employee

| | | | |
|---|---|---|---|
| Entered by: | Mr. Anthony J Rispoli (Retired) | Date: | 01/05/2022 |
| Status: | Acknowledged | | |
| Comment: | | | |

## Goals

### Become familiar with the accreditation process to assist in bridging the gap upon Captain Slapp's retirement.

Become familiar with standards and documentation of proofs.

| Due Date: | 08/01/2022 | Status: | In Progress | Completion Date: |
|---|---|---|---|---|
| Category: | | | | |

**Manager Evaluation**

Comment:

### Become more versed in the duties and responsibilities of the departments detective.

Work with the detective to become more knowledgeable in writing warrant request, completing case reports and interviewing.

| Due Date: | 08/01/2022 | Status: | In Progress | Completion Date: |
|---|---|---|---|---|
| Category: | | | | |

**Manager Evaluation**

Comment:

### Have sergeants develop career paths for each officer.

Have sergeants work with officers to identify long term goals and set short term goals to works towards them.

| Due Date: | 08/01/2022 | Status: | In Progress | Completion Date: |
|---|---|---|---|---|
| Category: | | | | |

**Manager Evaluation**

Comment:

**EXHIBIT B**

Identify and develop a plan for the pending records management position.

Identify official records and documents generated to the department. Identify the flow of paperwork to internal (University) and external (Clerk of Courts, SAO, BAR) partners.

| | | | | | |
|---|---|---|---|---|---|
| Due Date: | 08/01/2022 | Status: | In Progress | Completion Date: | |

Category:

**Manager Evaluation**
Comment:

## Section Summary

### Manager Evaluation

Rating:  Partly Achieved

## Competencies

### Communicates Effectively

Articulates ideas and instructions in a clear and concise manner. Encourages dialogue, candor and welcomes others to voice their opinion. Demonstrate active listening skills and takes the time to consider alternative points of view. Uses multiple channels to communicate information in a timely and efficient manner.

**Manager Evaluation**
Comment:

### Strategic Thinking and Planning

Ability to see the big picture by thinking conceptually, imaginatively, and systematically. Visionary and forward thinking. Able to see long-term opportunities. Demonstrates the ability to develop effective plans in line with organizational goals.

**Manager Evaluation**
Comment:

### Results Driven

Takes initiative to get things done by actively setting priorities and continuously acts upon opportunities to improve quality, service and productivity. Finds ways to overcome challenges and obstacles so that assignments are completed and goals are met.

**Manager Evaluation**
Comment:

### Organizational Effectiveness

Demonstrates the ability to develop effective plans in line with organizational goals with focus on short and long-term department initiatives. Actively sets priorities with focus energy and resources toward common organizational objectives.

**Manager Evaluation**
Comment:

### Leading Change and Innovation

Champions change and innovation and readily adapts to change by leading by example. Actively encourages and supports new ideas. Leads process improvement, encourages efficiency, works to build value for the organization. Helps develop

innovative solutions.

Manager Evaluation
Comment:

## Valuing Diversity

Demonstrates an understanding and values people of all races, ethnicities, religions, abilities, genders, and sexual orientations. Creates and supports an environment of learning, valuing, protecting, encouraging, and supporting individual differences in people. Takes diversity, equity, and inclusion in consideration in hiring, promotion, and rewarding employees.

Manager Evaluation
Comment:

## Delegating and Empowering

Delegate responsibilities to employees by providing clear objectives and guidelines to support employees in utilizing their initiative in accomplishing job duties within specified timelines. Empowers employees to take action by supporting team decisions both publicly and privately.

Manager Evaluation
Comment:

## Performance Management

Provides timely, effective, and constructive feedback and holds employees accountable for their performance and results. Creates an environment where employees and others feel valued and appreciated. Routinely recognizes team members for their contributions formally and/or informally.

Manager Evaluation
Comment:

## Employee Development

Inspires others to ensure job knowledge and skills are current and valuable; provides others with experiences and opportunities for development. Makes staff development a priority.

Manager Evaluation
Comment:

## Conflict Management

Anticipate employee problems that may lead to conflict and seek to proactively resolve them by addressing conflict directly and constructively.

Manager Evaluation
Comment:

## Industry/Regulatory Compliance Knowledge

Exhibits knowledge of, and ensures compliance with, federal and state regulatory requirements applicable to the position. Demonstrates increasing knowledge of the organization, industry and marketplace and leverages business acumen to make appropriate decisions. Keeps abreast of new developments with organizational systems, procedures, and policies.

Manager Evaluation
Comment: