## On-Site Interview Questions – Chief of Police, Director of Public Safety

Candidate: Lisa Burns       Interviewer: Capt. Rispoli

1. Eric - After learning about the Chief of Police position here at FGCU, can you tell us about how your previous experience makes you the right candidate for this role?

   *Cape PD 30 yrs. Came up through the ranks. Knowledge of the Business end of Policing. Woulder experience, calls ahead, plan ahead.*

2. Captain Rispoli – What initiatives can you take to make the campus community feel safe?

   *Body cams*

3. Dr. Blakely - The University is committed to diversity, inclusion, and equitable practices. How might you approach leading the University Police Department through establishing inclusive and equitable practices that are aligned with the University's mission and value system. What experience do you have leading this type of major planning initiative?

   *UPD is not separate. Part of community.*

EXHIBIT C

001347

4. Sherrelle – What do you feel are some major issues college students are facing today?

*[handwritten response, partially illegible]* Russia in CJS / Russia in God. Should we ~~~ tackle ~~~ in these issues.

5. Kathy – Given that FGCU Athletics has such a great current relationship with UPD, have you had any previous experience providing police coverage for athletics events?

*[handwritten response, partially illegible]* Worked many events in Cape. On plan events, Alumni JCU event.

6. Jacob – Do you believe that community policing models are effective on University campuses such as ours at FGCU?

*[handwritten response, partially illegible]* Yes – can scale up or down. Principals apply.

7. Dr. Thomas - As you know the needs of community members who need mental health services has been at the forefront of police community relations because of the use of excessive force and deaths by police in an attempt to control persons in crisis. What are the kinds of programs might you institute to prevent these types of incidents from occurring here at FGCU?

    *officers are CIT trained*
    *De-esc by [illegible]*

8. Dr. Blakely – Overall, what is your philosophy on student affairs? How would plan to ensure that you and your (staff) officers are connected to and engaged with the students we serve at FGCU? Please tell us how you build relationships and establish trust with your direct reports and key stakeholders across the landscape of the university?

    *Pick up the phone*

9. Captain Rispoli – Are you familiar with the Cleary Act and Title IX and the reporting responsibilities of the department in regards to them?

001349

10. Sherrelle – Can you talk to us about what you see as the major challenges you would face if selected for this position? What do you believe are the elements of the job you could slide right into based on your current skills and experiences? And on the flip side, what are the elements or responsibilities of leading this complex department that might be a challenge for you?

*Slide with - 30 years in law enforcement.*
*Can take on a challenge - bring it on.*
*Challenge - Clery & Title IX*

11. Dr. Thomas – How have you handled disgruntled officers (or department morale issues) in the past? In your experience, what are some of the issues that can cause poor department morale?

*morale goes up and down*
*Talked about control issues, discussion*
*Investigating   Policy - keep current*

12. Kathy – Leadership is a critical trait for the Chief of Police at FGCU to hold. How would you describe your overall leadership style? Please provide us with a couple of specific examples of what you have done to simultaneously build strong, trusting leadership teams while maintaining accountability.

13. Eric – Any questions for the panel?

## On-Site Interview Questions – Chief of Police, Director of Public Safety

Candidate: James Slapp     Interviewer: Capt. A. Rispoli

1. Eric - After learning about the Chief of Police position here at FGCU, can you tell us about how your previous experience makes you the right candidate for this role?

   35 years LEO experience. Deputy Chief of Hyph when retired (wist though, inh)

2. Captain Rispoli – What initiatives can you take to make the campus community feel safe?

   Be visible + positive contacts, reach out to community

3. Dr. Blakely - The University is committed to diversity, inclusion, and equitable practices. How might you approach leading the University Police Department through establishing inclusive and equitable practices that are aligned with the University's mission and value system. What experience do you have leading this type of major planning initiative?

001351

4. Sherrelle – What do you feel are some major issues college students are facing today?

5. Kathy – Given that FGCU Athletics has such a great current relationship with UPD, have you had any previous experience providing police coverage for athletics events?

6. Jacob – Do you believe that community policing models are effective on University campuses such as ours at FGCU?

7. Dr. Thomas - As you know the needs of community members who need mental health services has been at the forefront of police community relations because of the use of excessive force and deaths by police in an attempt to control persons in crisis. What are the kinds of programs might you institute to prevent these types of incidents from occurring here at FGCU?

8. Dr. Blakely – Overall, what is your philosophy on student affairs? How would plan to ensure that you and your (staff) officers are connected to and engaged with the students we serve at FGCU? Please tell us how you build relationships and establish trust with your direct reports and key stakeholders across the landscape of the university?

9. Captain Rispoli – Are you familiar with the Cleary Act and Title IX and the reporting responsibilities of the department in regards to them?

**001353**

10. Sherrelle – Can you talk to us about what you see as the major challenges you would face if selected for this position? What do you believe are the elements of the job you could slide right into based on your current skills and experiences? And on the flip side, what are the elements or responsibilities of leading this complex department that might be a challenge for you?

11. Dr. Thomas – How have you handled disgruntled officers (or department morale issues) in the past? In your experience, what are some of the issues that can cause poor department morale?

12. Kathy – Leadership is a critical trait for the Chief of Police at FGCU to hold. How would you describe your overall leadership style? Please provide us with a couple of specific examples of what you have done to simultaneously build strong, trusting leadership teams while maintaining accountability.

13. Eric – Any questions for the panel?

001354

## On-Site Interview Questions – Chief of Police, Director of Public Safety

Candidate: Scott Dunning    Interviewer: Cpt A. Rispoli

1. Eric - After learning about the Chief of Police position here at FGCU, can you tell us about how your previous experience makes you the right candidate for this role?

   25+ years CEO at University

   Training, dealing Instructor

2. Captain Rispoli – What initiatives can you take to make the campus community feel safe?

   officers, seen - out and about

3. Dr. Blakely - The University is committed to diversity, inclusion, and equitable practices. How might you approach leading the University Police Department through establishing inclusive and equitable practices that are aligned with the University's mission and value system. What experience do you have leading this type of major planning initiative?

   his university has an equity + inclusion officer

001355

4. Sherrelle – What do you feel are some major issues college students are facing today?

   Don't feel like they are being heard.

5. Kathy – Given that FGCU Athletics has such a great current relationship with UPD, have you had any previous experience providing police coverage for athletics events?

6. Jacob – Do you believe that community policing models are effective on University campuses such as ours at FGCU?

   Officers need to be part of community

7. Dr. Thomas - As you know the needs of community members who need mental health services has been at the forefront of police community relations because of the use of excessive force and deaths by police in an attempt to control persons in crisis. What are the kinds of programs might you institute to prevent these types of incidents from occurring here at FGCU?

*Fair + impartial policing*
*Mental Health First aid*
*ICAT*
*Respond Reorder Based*

8. Dr. Blakely – Overall, what is your philosophy on student affairs? How would plan to ensure that you and your (staff) officers are connected to and engaged with the students we serve at FGCU? Please tell us how you build relationships and establish trust with your direct reports and key stakeholders across the landscape of the university?

9. Captain Rispoli – Are you familiar with the Cleary Act and Title IX and the reporting responsibilities of the department in regards to them?

*Have a definite process for Cleary*
*work very closely w/ Title IX*

**001357**

10. Sherrelle – Can you talk to us about what you see as the major challenges you would face if selected for this position? What do you believe are the elements of the job you could slide right into based on your current skills and experiences? And on the flip side, what are the elements or responsibilities of leading this complex department that might be a challenge for you?

*[handwritten notes:]*
SWOP
strength
weakness
opportunity
P Threat

11. Dr. Thomas – How have you handled disgruntled officers (or department morale issues) in the past? In your experience, what are some of the issues that can cause poor department morale?

12. Kathy – Leadership is a critical trait for the Chief of Police at FGCU to hold. How would you describe your overall leadership style? Please provide us with a couple of specific examples of what you have done to simultaneously build strong, trusting leadership teams while maintaining accountability.

*[handwritten: lead by example / I'm a coach]*

13. Eric – Any questions for the panel?

001358

## On-Site Interview Questions – Chief of Police, Director of Public Safety

Candidate: Clarella Thomas    Interviewer: Capt. A. Rispoli

1. Eric - After learning about the Chief of Police position here at FGCU, can you tell us about how your previous experience makes you the right candidate for this role?

   20 years Campus Law Enforcement
   12 % Penn

2. Captain Rispoli – What initiatives can you take to make the campus community feel safe?

3. Dr. Blakely - The University is committed to diversity, inclusion, and equitable practices. How might you approach leading the University Police Department through establishing inclusive and equitable practices that are aligned with the University's mission and value system. What experience do you have leading this type of major planning initiative?

**001359**

4. Sherrelle – What do you feel are some major issues college students are facing today?

   *social media, fake news · Mental Health*
   *Social Justice*
   *Relationship w/ service, CUP, Res Hall.*

5. Kathy – Given that FGCU Athletics has such a great current relationship with UPD, have you had any previous experience providing police coverage for athletics events?

6. Jacob – Do you believe that community policing models are effective on University campuses such as ours at FGCU?

001360

7. Dr. Thomas - As you know the needs of community members who need mental health services has been at the forefront of police community relations because of the use of excessive force and deaths by police in an attempt to control persons in crisis. What are the kinds of programs might you institute to prevent these types of incidents from occurring here at FGCU?

    *CIT Training   Have the right people*

8. Dr. Blakely – Overall, what is your philosophy on student affairs? How would plan to ensure that you and your (staff) officers are connected to and engaged with the students we serve at FGCU? Please tell us how you build relationships and establish trust with your direct reports and key stakeholders across the landscape of the university?

    *Safety Community Meeting*
    *Trust relationships.*
    *Walk around / show up*
    *Inspire*

9. Captain Rispoli – Are you familiar with the Cleary Act and Title IX and the reporting responsibilities of the department in regards to them?

    *Report to Command*
    *Annual Security Fire and Safety Report*
    *Stats*

001361

10. Sherrelle – Can you talk to us about what you see as the major challenges you would face if selected for this position? What do you believe are the elements of the job you could slide right into based on your current skills and experiences? And on the flip side, what are the elements or responsibilities of leading this complex department that might be a challenge for you?

*Challenge - Don't know the people - the people don't know me.*

*{Easy} - Community engagement. Slow up*
*Hard.*

11. Dr. Thomas – How have you handled disgruntled officers (or department morale issues) in the past? In your experience, what are some of the issues that can cause poor department morale?

12. Kathy – Leadership is a critical trait for the Chief of Police at FGCU to hold. How would you describe your overall leadership style? Please provide us with a couple of specific examples of what you have done to simultaneously build strong, trusting leadership teams while maintaining accountability.

13. Eric – Any questions for the panel?

## On-Site Interview Questions – Chief of Police, Director of Public Safety

Candidate: Chief Kelli Smith    Interviewer: Capt. A. Rispoli       ○ ○ ○ ○ ½

1. Eric - After learning about the Chief of Police position here at FGCU, can you tell us about how your previous experience makes you the right candidate for this role?

2. Captain Rispoli – What initiatives can you take to make the campus community feel safe?

   listen - engage

3. Dr. Blakely - The University is committed to diversity, inclusion, and equitable practices. How might you approach leading the University Police Department through establishing inclusive and equitable practices that are aligned with the University's mission and value system. What experience do you have leading this type of major planning initiative?

001363

4. Sherrelle – What do you feel are some major issues college students are facing today?

5. Kathy – Given that FGCU Athletics has such a great current relationship with UPD, have you had any previous experience providing police coverage for athletics events?

6. Jacob – Do you believe that community policing models are effective on University campuses such as ours at FGCU?

**001364**

7. Dr. Thomas - As you know the needs of community members who need mental health services has been at the forefront of police community relations because of the use of excessive force and deaths by police in an attempt to control persons in crisis. What are the kinds of programs might you institute to prevent these types of incidents from occurring here at FGCU?

8. Dr. Blakely – Overall, what is your philosophy on student affairs? How would plan to ensure that you and your (staff) officers are connected to and engaged with the students we serve at FGCU? Please tell us how you build relationships and establish trust with your direct reports and key stakeholders across the landscape of the university?

9. Captain Rispoli – Are you familiar with the Cleary Act and Title IX and the reporting responsibilities of the department in regards to them?

**001365**

10. Sherrelle – Can you talk to us about what you see as the major challenges you would face if selected for this position? What do you believe are the elements of the job you could slide right into based on your current skills and experiences? And on the flip side, what are the elements or responsibilities of leading this complex department that might be a challenge for you?

11. Dr. Thomas – How have you handled disgruntled officers (or department morale issues) in the past? In your experience, what are some of the issues that can cause poor department morale?

12. Kathy – Leadership is a critical trait for the Chief of Police at FGCU to hold. How would you describe your overall leadership style? Please provide us with a couple of specific examples of what you have done to simultaneously build strong, trusting leadership teams while maintaining accountability.

13. Eric – Any questions for the panel?

001366