| Employee | ████ | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Position | 10194000 Interim Chief of Police | | | | | | | |
| Effective Date | 04/03/2022 | | | | | | | |
| Employee Visibility Date | (empty) | | | | | | | |
| Reason | Transfer > Move to Another Manager | | | | | | | |

Compensation Basis Amount Changes  2 items

| | Current | | Proposed | | | |
|---|---|---|---|---|---|---|
| Compensation Basis | Total | % Increase | Amount Increase | Total | Currency | Frequency |
| Total Base Pay | 85,000.00 | 17.65% | 15,000.00 | 100,000.00 | USD | Annual |
| Total Salary & Allowances | 87,210.00 | 17.20% | 15,000.00 | 102,210.00 | USD | Annual |

**EXHIBIT D**

001626