


# Florida Gulf Coast University

## Search Materials Audit Checklist

| Posting Number | R0001158 |
|---|---|
| Posting Title | Chief of Police, Director of Public Safety |
| Committee or Panel | Panel |
| Name of Finalist | Kelli Smith |
| Hiring Manager | Sara Stensrud |
| Names of Committee/Panel Members | Sherrelle Findley  Anthony Rispoli  Eric Balmer  Christopher Blakely  David Thomas  Kathy Peterson |
| Candidate Names of First Round Interviews | James Slapp  Scott Dunning  Clarella Thomas  Lisa Barnes  Kelli Smith  Jacob Barton |
| Candidate Names of Second Round interviews | |
| Additional Advertising / Internal Vacancy Posting | |
| Veteran's Preference | |
| HR send email to Hiring Manager & Administrative Support to send Search Materials during offer submission. | |

| Posting Title: Chief of Police, Director of Public Safety | Posting Number: R0001158 |
|---|---|
| **Documents** | **Notes** |
| Blank Interview Questions | X |
| First Round Interview Notes | X |
| Second Round Interview Notes | N/A |
| Reference Checks (3 total) | X |
| Emails regarding search | X |
| Veteran's Preference Form | |
| Additional Advertising / Internal Vacancy Announcement | |
| Position Description | X |
| Confirm all docs are converted to PDF | N/A |



EXHIBIT 13

Florida Gulf Coast University | Human Resources | Updated: October 2023
An Affirmative Action Equal Opportunity Employer – A member of the State University System of Florida

001345