## Case: 225 - Hotline Web
Florida Gulf Coast University
Workplace Conduct_Offensive or Inappropriate Communication

### Case Snapshot
**Opened:** 02/28/2022
**Days open:** 35
**Last modified:** 04/05/2022 11:14 AM
**Date closed:** 04/05/2022 11:14 AM
**Intake method:** Hotline Web
**Status:** Closed
**Alert:** Green

### General Case Info
**Case number:**
225
**Received/Reported date:**
02/28/2022
**Language:**
English
**Assigned tier:**
Florida Gulf Coast University

### Issue
**Primary issue:**
Workplace Conduct_Offensive or Inappropriate Communication

### Case Details
**Reported tier information**
**Case type:**
Allegation
**Intake method:**
Hotline Web

### Location
**Organization/Building name:**
Florida Gulf Coast University
**Location name:**
FGCU Main Campus
**Location/Address:**
FGCU Main Campus
**City:**
Fort Myers
**State/province:**
FL
**ZIP/postal code:**
33965
**Country/Territory:**
US


EXHIBIT 64 1/22/25 Smith

### Reporter Information
**Reporter anonymous:**
Yes

## Case Information

**Relationship to Institution:**
Other/Remain Anonymous

**Please identify the person(s) engaged in this behavior:**
Kelli Smith - Chief

**Do you suspect or know that a supervisor or management is involved?**
Yes

**If yes, then who?**
She is the director of the police and safety department

**Is management aware of this problem?**
Do Not Know / Do Not Wish To Disclose

**What is the general nature of this matter?**
It is known that Chief Smith will text personal cell phone numbers of employees regarding work related issues during and after work hours. She is known to then get upset with the people she texts or calls when they don't respond. She has then been known to speak negatively to others in the department about the individual not answering their phone or responding to e-mails on their days off.

**Where did this incident or violation occur?**
This has been an ongoing issue since she started. She has been made aware that those communications to personal cell phones are unwanted. Yet she continues throughout the week. Additionally she expects non-salaried employees to monitor and respond to their work emails throughout the week including on their scheduled days off.

**How long do you think this problem has been going on?**
3 months to a year

**How did you become aware of this violation?**
Told to me by a co-worker

**Details:**
From what I understand she has done this to Captain Rispoli, Captain Slapp, Mrs. Rispoli (Parking Services), Sgt. Kittleson, Sgt. Jones, Sgt. McGowan, and Detective Anderson.

It has been expressed that she is creating a hostile work environment by violating labor laws (expecting hourly employees to respond via phone and email when not at work) and especially through her inappropriate retaliatory behavior as she openly speaks negatively about department members in front of others. The work environment has become uncomfortable and individuals are fearful of her verbal abuse.

**Legacy information**

## Follow-ups

**Reporter Additional Information**
There are no additional notes for this incident.

**Questions/Comments and Reporter Responses**

**03/01/2022 - Nanna, Emily**
**Question:** Thank you for submitting this report. Do you have any more specific details that we can look into, or any evidence? For example, dates, times, who is involved, etc. Or, are there any other issues that you have heard about that we should also consider? Does anyone in supervisory positions above the Chief know about these issues? Has the union been involved or made aware?

For more information about our office you can visit www.fgcu.edu/equity or email me at enanna@fgcu.edu.

Emily Nanna
OIEC Assistant Director

**03/08/2022 - Reporter**
**Response** Much of this information is verbal and the chief's inappropriate behavior is verbal. I am unsure of what has been specifically said to who and/ or about whom. I was made aware that the chief speaks negatively about Captain Rispoli and Captain Slapp in front of other staff members, and she has spoken negatively about other staff members to Captain Slapp and Captain Rispoli. Chief Smith has specifically stated to one of the captains that Sargent

001337

Kenzi was too old to be a police officer and needed to go. The officer managers desk is in the open, she may be able to shed more light on specific conversations. Not sure if you can request the chief's cell phone records, those should show that she frequently texts and calls hourly employees and the captains on their days off or when they are on leave.

From what I know the chief and her direct supervisor appear to be friends so those involved are afraid to say anything to chief's direct supervisor. I believe the union members are aware and have discussed options.

### Assignments & Access
**Case assignee(s):** None
**Restricted access:** None
**Case access list:** Cajuste, Valery; Gunter, Precious; McFarlane, Waneka; Molina, Elizabeth; Molina, Liz; Nanna, Emily; Webster, Kathryn

### Participants

| Name | Job Title | Relationship | Role | Results | Notes |
|---|---|---|---|---|---|
| Kelli Smith | Chief | None | None | None | |

### Attachments
None

### Synopsis
**Outcome of case**
**Primary outcome:**
- Select One -
**Secondary outcome 1:**
- Select One -
**Secondary outcome 2:**
- Select One -
**Action taken:**
- Select One -

**Additional details**

### Case Notes
None

001338