Case: 233 - Hotline Web
Florida Gulf Coast University
Safety_Other Safety Matters

## Case Snapshot
**Opened:** 03/28/2022
**Days open:** Less than 24 hours
**Last modified:** 03/29/2022 2:30 PM
**Date closed:** 03/29/2022
**Intake method:** Hotline Web
**Status:** Closed
**Alert:** Green

## General Case Info
**Case number:**
233
**Received/Reported date:**
03/28/2022
**Language:**
English
**Assigned tier:**
Florida Gulf Coast University

### Issue
**Primary issue:**
Safety_Other Safety Matters

## Case Details
### Reported tier information
**Case type:**
Allegation
**Intake method:**
Hotline Web

### Location
**Organization/Building name:**
Florida Gulf Coast University
**Location name:**
FGCU Main Campus
**Location/Address:**
FGCU Main Campus

### Reporter Information
**Reporter anonymous:**
Yes

### Case Information
**Relationship to Institution:**
Employee
**Please identify the person(s) engaged in this behavior:**
Kelli Smith
**Do you suspect or know that a supervisor or management is involved?**
Do Not Know / Do Not Wish To Disclose



001339

**Is management aware of this problem?**
Do Not Know / Do Not Wish To Disclose

**Where did this incident or violation occur?**
Main Campus

**Please provide the specific or approximate time this incident occurred:**
Last 10 months

**How long do you think this problem has been going on?**
3 months to a year

**How did you become aware of this violation?**
Other

**Details:**
Nothing has changed since we met with the president. She has no standards or expectations. She has no guidelines for anything she has others complete. She continuously talks behind everyone back to everyone. We all talk to each other and tell each other what she says. Toxic environment. She wants several of us gone. She is financially irresponsible, spends money on things that are not needed or not needed immediately.

People are being moved out of their positions- Kittleson is no longer going to be in outreach. Jones is no longer going to be in Training. Jones has been doing training for 10+ years. Kittleson has been doing outreach for 4 years. She's been hiring a lot of civilian staff to do what Chief Moore use to do on his own or other command staff didn't.

The overall environment is not a great working environment. We use to like coming to work, now we hate coming to work. We are all actively seeking other positions or retirement. One person already left. 7 others are looking at leaving. Of the 7 looking at leaving 2 are command staff/captains, 1 detective, and 2 supervisors/sergeants. Plus other officers. If something isn't done in a timely manner we are leaving. Some people are needing to put retirement paperwork in by mid-April because of FRS.

She bullies other departments and tries taking events over that aren't ours. She has been destroying our relationships with partners on and off campus and making it difficult for some others to do their jobs.

We can't fill positions that we have open we are 19 people total. If you lose 8 people. The department goes to 11 which is critical to the safety of the university due to staffing.

**Legacy information**

# Follow-ups

### Reporter Additional Information
There are no additional notes for this incident.

### Questions/Comments and Reporter Responses
There are no questions asked by the client.

# Assignments & Access
**Case assignee(s):** None
**Restricted access:** None
**Case access list:** Cajuste, Valery; Gunter, Precious; McFarlane, Waneka; Molina, Elizabeth; Molina, Liz; Nanna, Emily; Webster, Kathryn

# Participants

| Name | Job Title | Relationship | Role | Results | Notes |
|---|---|---|---|---|---|
| Kelli Smith | None | None | None | None | |

# Attachments
None

001340

## Synopsis

### Outcome of case

**Primary outcome:**
- Select One -

**Secondary outcome 1:**
- Select One -

**Secondary outcome 2:**
- Select One -

**Action taken:**
- Select One -

**Additional details**

## Case Notes

None