UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**KELLI SMITH,**

    **Plaintiff,**

v().                          Case No.:  2:23-cv-840-JES-KCD

**THE FLORIDA GULF COAST
UNIVERSITY BOARD OF TRUSTEES,**

    **Defendant.**

_____/

**DECLARATION OF SARA STENSRUD**

    I, Sara Stensrud, verify the following information under 28 U.S.C. § 1746, and under the penalty of perjury:

    1.    The facts set forth in this declaration are true and correct. Unless otherwise indicated, the facts set forth below are based on my personal knowledge.

    2.    My name is Sara Stensrud and I am over eighteen (18) years of age. I am employed as the Senior Associate Vice President & Chief Human Resources Officer at Florida Gulf Coast University and was so employed during Ms. Smith's employment with the University.

     3.     During Ms. Smith's employment, I did not disclose to or discuss with President Martin any complaint of sex or gender discrimination or bias made or raised by Ms. Smith.

DATED this 30th day of May, 2025.

*Sara Stensrud*
Sara Stensrud (May 30, 2025 17:15 EDT)

Sara Stensrud