UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KELLI SMITH, an individual,

      Plaintiff,

v.                        Case No:  2:23-cv-840-JES-KCD

THE FLORIDA GULF COAST UNIVERSITY BOARD OF TRUSTEES, a political subdivision of the State of Florida,

      Defendant.

**ORDER**

    On December 19, 2025, the Court entered an Order (Doc. #67) administratively closing the case for a period of time to allow the parties to submit final documents.  That time has now expired, and no stipulated form of final order or judgment has been submitted.

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the

file.

**DONE and ORDERED** at Fort Myers, Florida, this \_\_21st\_\_ day of January 2026.

*/s/ John E. Steele*
_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Parties of record